# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Edgard Hernandez, on behalf of City of Miami General Employees' & Sanitation Employees' Retirement Trust ("Miami Retirement Trust"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Pension Administrator of Miami Retirement Trust. I have reviewed the complaint with the Fund's legal counsel. Based on the legal counsel's knowledge and advice, Miami Retirement Trust has authorized the filing of the complaint.

2. Miami Retirement Trust did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Miami Retirement Trust is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Miami Retirement Trust's transactions in the Globe Life Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Miami Retirement Trust has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re James River Group Holdings, Ltd. Securities Litigation,*
No. 21-cv-444 (E.D. Va.)

6. Miami Retirement Trust has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc.,*
No. 22-cv-6339 (S.D.N.Y.)

7. Miami Retirement Trust will not accept any payment for serving as a representative party on behalf of the Class beyond Miami Retirement Trust's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25 day of April, 2024.


_____
Edgard Hernandez,
Pension Administrator
*City of Miami General Employees' & Sanitation Employees' Retirement Trust*

**City of Miami General Employees' & Sanitation Employees' Retirement Trust Transactions in Globe Life Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 11/1/2021 | 1,230 | 90.8598 |
| Purchase | 11/2/2021 | 2,860 | 91.8647 |
| Purchase | 11/3/2021 | 2,860 | 92.2022 |
| Purchase | 11/4/2021 | 5,460 | 91.8546 |
| Purchase | 11/10/2021 | 570 | 92.5050 |
| Purchase | 11/11/2021 | 4,770 | 93.1768 |
| Purchase | 11/12/2021 | 120 | 92.6083 |
| Purchase | 11/18/2021 | 1,830 | 93.0768 |
| Purchase | 11/23/2021 | 2,600 | 94.0789 |
| Purchase | 3/22/2022 | 4,700 | 101.6662 |
| Purchase | 6/7/2023 | 1,930 | 108.1676 |
| Purchase | 6/8/2023 | 4,900 | 107.6917 |
| Purchase | 6/9/2023 | 160 | 107.8462 |
| Purchase | 6/12/2023 | 440 | 108.1917 |
| Purchase | 4/8/2024 | 5,450 | 107.9500 |
| Purchase | 4/8/2024 | 960 | 107.7206 |
| Purchase | 4/9/2024 | 2,090 | 107.5327 |
| Sale | 11/3/2023 | (2,400) | 117.2522 |