## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

CITY OF MIAMI GENERAL EMPLOYEES'
& SANITATION EMPLOYEES'
RETIREMENT TRUST, on behalf of itself
and all others similarly situated,

        Plaintiff,

        v.

GLOBE LIFE INC. f/k/a TORCHMARK
CORPORATION, GARY L. COLEMAN,
LARRY M. HUTCHISON, FRANK M.
SVOBODA, M. SHANE HENRIE, JAMES
MATTHEW DARDEN, and THOMAS P.
KALMBACH,

        Defendants.

Case No. 4:24-cv-00376

## JOINT MOTION TO STAY

On April 30, 2024, Plaintiff filed a class action complaint against Defendants for alleged violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. The undersigned counsel for Defendants is authorized to and hereby accepts service of the summons and complaint on behalf of each of the Defendants while expressly preserving all other defenses except as to sufficiency of service of process.

This action is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which provides, among other things, that the Court appoint a Lead Plaintiff and Lead Counsel to pursue the claims on behalf of the purported class. In accordance with the PSLRA, 15 U.S.C. § 78u-4(a)(3)(A)(i), counsel for Plaintiff published notice alerting members of the purported class to the pendency of the action and the July 1, 2024 deadline for seeking appointment as Lead Plaintiff. The parties jointly request that all matters be stayed until the Court appoints a

Lead Plaintiff and Lead Counsel.  The parties also jointly request that the Court enter an order providing that within 14 days after the appointment of Lead Plaintiff and Lead Counsel, counsel for Defendants and Lead Counsel will confer and submit a proposed schedule for the filing of an amended complaint and briefing deadlines for Defendants' anticipated motion to dismiss.

Date: May 10, 2024

*/s/ Elvin E. Smith III*

**SIEBMAN LAW**
Elvin E. Smith III
Federal Courthouse Square
300 N. Travis
Sherman, Texas 75090
Telephone: (903) 870-0070
Facsimile: (903) 870-0066
elvinsmith@siebman.com

*Liaison Counsel for Plaintiff Miami General Employees' & Sanitation Employees' Retirement Trust*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Hannah Ross
Avi Josefson
Scott R. Foglietta
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
avi@blbglaw.com
scott.foglietta@blbglaw.com

*Counsel for Plaintiff Miami General Employees' & Sanitation Employees' Retirement Trust*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner
7080 Northwest 4th Street

*/s/ Paul R. Bessette*

**KING & SPALDING LLP**
Paul R. Bessette
Texas Bar No. 02263050
Michael J. Biles
Texas Bar No. 24008578
500 W. 2nd Street, Suite 1800
Austin, TX  78701
Tel: (512) 457-2000
Fax: (512) 457-2100
pbessette@kslaw.com
mbiles@kslaw.com

*Counsel for Defendants*

Plantation, FL 33315
Telephone: (954) 916-1202
bob@robertdklausner.com

*Additional Counsel for Plaintiff Miami*
*General Employees'& Sanitation Employees'*
*Retirement Trust*

## CERTIFICATE OF SERVICE

I certify that on May 10, 2024, I electronically filed the foregoing document with the

Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all

counsel of record.

*/s/ Paul R. Bessette*
Paul R. Bessette

## CERTIFICATE OF CONFERENCE

Pursuant to the Local Rules of this District, I hereby certify that counsel has complied

with the meet and confer requirement of Local Rule CV-7(h).  This motion is made jointly by

all parties and is unopposed.

*/s/ Paul R. Bessette*
Paul R. Bessette