## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

CITY OF MIAMI GENERAL EMPLOYEES'
& SANITATION EMPLOYEES'
RETIREMENT TRUST, on behalf of itself
and all others similarly situated,

      Plaintiff,

v.

GLOBE LIFE INC. f/k/a TORCHMARK
CORPORATION, GARY L. COLEMAN,
LARRY M. HUTCHISON, FRANK M.
SVOBODA, M. SHANE HENRIE, JAMES
MATTHEW DARDEN, and THOMAS P.
KALMBACH,

      Defendants.

Case No. 4:24-cv-00376

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY

The Court grants the parties' Joint Motion to Stay.  Within 14 days after the Court appoints a Lead Plaintiff and Lead Counsel, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule for the filing of an amended complaint and briefing deadlines for Defendants' anticipated motion to dismiss.