**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>GLOBE LIFE INC. f/k/a TORCHMARK CORPORATION, GARY L. COLEMAN, LARRY M. HUTCHISON, FRANK M. SVOBODA, M. SHANE HENRIE, JAMES MATTHEW DARDEN, and THOMAS P. KALMBACH,<br><br>        Defendants. | Case No. 4:24-cv-00376 |

**ORDER GRANTING JOINT MOTION TO STAY**

Before the Court is the parties' Joint Motion to Stay (Dkt. #12).  The Court finds the motion should be and hereby is GRANTED.  Within 14 days after the Court appoints a Lead Plaintiff and Lead Counsel, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule for the filing of an amended complaint and briefing deadlines for Defendants' anticipated motion to dismiss.

**IT IS SO ORDERED.**

**SIGNED this 16th day of May, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE