UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST, on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>GLOBE LIFE INC. f/k/a TORCHMARK CORPORATION, et al.,<br><br>                              Defendants. | Civil Action No. 4:24-cv-00376-ALM<br><br>CLASS ACTION |

**ORDER APPOINTING KBC ASSET MANAGEMENT NV AND CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

Having considered KBC Asset Management NV and City of Birmingham Retirement and Relief System's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion" - Dkt. #14), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. The file in Case No. 4:24-cv-00376-ALM shall be the master file for the action. All securities class actions on behalf of purchasers of Globe Life Inc. securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action. The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), KBC Asset Management NV and City of Birmingham Retirement and Relief System are appointed as Lead Plaintiff.

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Motley Rice LLC and Robbins Geller Rudman & Dowd LLP are approved as Lead Counsel.

**IT IS SO ORDERED.**

**SIGNED this 24th day of July, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE