# EXHIBIT A

# A F F I D A V I T

STATE OF MICHIGAN        )
                         )  SS:
COUNTY OF INGHAM         )


AND NOW COMES the undersigned Affiant, Scott Dehning, who, being of proper age and duly sworn, states the following:

1. My name is Scott Dehning, and I reside in Lansing, MI.

2. I worked at American Income Life (AIL) for a number of years between 2012 and 2023.

3. I am writing this affidavit in response to the motion for summary judgment filed by my former employer, AIL.

4. I was terminated in May 2023 from AIL.

5. I believe that my termination was a direct result of my ongoing and repeated reporting of fraud to the Michigan Department of Insurance and Financial Services (DIFS). Thus, there is a causal connection between my reporting of fraud to DIFS and my termination by AIL.

6. I was one of about five vice presidents of AIL, putting me squarely in the hierarchy of management, though I still had several bosses/superiors at AIL. My immediate supervisor was Dominic "Dom" Bertini, the sole Senior Vice President at AIL. Above Dom was David Zophin, the President of AIL, and Steve Greer, the CEO of AIL.

7. Over the course of my time at AIL, I noticed that fraud was a serious and on-going problem that was not being adequately handled by AIL. I was troubled not just by the number of instances of fraud, nor by the variety of sources of the fraud, but by the lack of response by AIL. What I found most astonishing was the fact that AIL did not consider the widespread fraud to be a significant issue that needed addressed appropriately.

8. If instances of fraud were made public, AIL was forced to deal with individual instances of fraud. However, AIL did not want to hear about the instances of fraud and specifically told me to stop bringing fraud to their attention. Moreover, no efforts were being made to determine why fraud began, and what policies,

procedures, and/or financial controls could be installed to curb fraud and dissuade future fraud.

9. Because the fraud was so rampant, and because AIL did not make any serious efforts to curb the continued, on-going fraud, I began to suspect that certain people at AIL sanctioned the fraud. The more I considered the matter, the more I realized that the fraud was actually profitable to AIL. With this in mind, the plausibility that AIL sanctioned fraud became more likely, given their reactions to fraud.

10. We had weekly VP Meetings virtually, and once a month we had in-person VP meetings, where the top hierarchy of AIL would be present. Also in attendance at times were individuals from Globe Life, the parent of AIL. At these meetings, we discussed a number of topics.

11. I was known at AIL as one of the few individuals who would speak his mind openly in the VP Meetings, or elsewhere. At various times, I raised my concerns of widespread fraudulent business practices on behalf of AIL sales agents. My supervisors, Zophin and Greer, did not appreciate my concerns, because when I raised the issue of fraud, or other sensitive problem areas, such as sexual harassment, I was admonished and berated by my superiors and told to shut up, to sit down, and to stop bringing it up.

12. I specifically blew the whistle on the fraud because I had a personal problem with fraud; it was simply wrong by deceiving and defrauding innocent hardworking customers and sales agents. I decided that I would need to raise this issue, and that I would need to keep raising this issue, until I saw sufficient concern and reaction by my superiors at AIL.

13. When I was told by my superiors that they did not want to hear from me on the topic of fraud any longer, I began to realize that they were sanctioning it. When I reached that conclusion, I decided that I needed to report it to the proper authority, the Michigan Department of Insurance and Financial Services ("DIFS").

14. I told my superiors, specifically, David Zophin (President), Dominick Bertini (Senior Vice President), as well as other senior and executive managers such as Debbie Gamble, that I had spoken with DIFS and reported our fraud problems.

15. I began reporting the ongoing fraud on behalf of AIL to DIFS in 2021. By the time I was terminated in May 2023, AIL was still under investigation by DIFS due to my reporting of the fraud problems at AIL. Due to my reporting, AIL was under investigation by DIFS for several years.

16. David Zophin, President of AIL, set out on a mission to terminate me because of my whistleblowing to DIFS. My immediate supervisor, Dominic Bertini, told me on several occasions that Zophin wanted to have me fired because of my actions in

reporting AIL to DIFS. He specifically told me that Zophin was out to get me and that I better watch out.

17. On multiple two separate occasions in 2022, Zophin attempted to manufacture <u>four</u> separate reasons to fire me:

    a. The first manufactured reason occurred when I was called into Zophin's office and it was alleged by Zophin that Bob Olsen had implicated me in some wrongdoing. I denied Zophin's allegations and asked him to confirm with Olsen in my presence to call Bob so we could all discuss what Bob supposedly told Zophin. However, Zophin refused to do this, and eventually had to admitted that Olson had not implicated me in any wrongdoing.

        i. The second manufactured reason occurred immediately after Zophin had to admit that the Olson story was not true. Zophin said he was still putting me on thirty-days' notice, and when I asked why, he claimed that it was due to my individual performance numbers allegedly being below expectations.

            1. First my individual performance numbers should not be a fireable event pursuant to VP guidelines; geographic numbers are the metric by which VPs are judged, and my geographic numbers were good. This was yet another sign that he was manufacturing reasons to fire me. Bertini admitted to me afterwards that Zophin was looking for reasons to fire me, and that individual numbers were not a valid metric for discipline under our guidelines; I raised my individual numbers anyway, and Zophin was again forced to drop it.

    b. The third manufactured reason also occurred in 2022, when I was called into Steve Greer's office to meet with Greer, Zophin, Bertini, and Libassi. I was told that I handled a situation inappropriately. AIL wanted to replace Chad Deley as SGA, but Chad had just lost his baby and so they told me that I should not have handled it the way I did and that I would be terminated the next time I handled it this way. Bertini immediately spoke up for me and told the truth, specifically that he had told me to handle the Deley situation in the way in which I handled it, so that it was not held against me.

        i. The fourth manufactured reason never came to fruition, but occurred right after AIL could not use the pretext of the Chad Deley incident against me. Mike Libassi told me that Zophin had instructed him to find a reason to fire me. Libassi apologized, but admitted that he could not come up with any reason to terminate me, and told this to Zophin.

18. With respect to 17(a), which was the first of the incidents, I told Zophin that he was making up the story about Olson, and that I knew what he was trying to do, and that

I would not stand for it. I specifically told him that I would sue if he continued to pursue bogus reasons for terminating me.

19. Although the four instances where Zophin attempted to manufacture reason to fire me were explicit enough to set the picture, it should also be known that. In addition, I was being treated differently by Zophin ever since I blew the whistle to DIFS. For example, Zophin would host offsite work VP events, such as dinners or outings at sports' events. I was the only VP who was excluded.

20. Not only was I being targeted because of my past reporting of fraud to DIFS, but I was also told to cease and desist all reporting of fraud to DIFS.

   a. Because DIFS was still investigating AIL, DIFS was a continuing, on-going problem for AIL. Also, because fraud was so prevalent, future whistleblowing was also a problem for AIL. I was specifically told to stop cooperating with DIFS.

21. Over the past several months, there have been multiple reports about Globe Life/AIL, identifying the exact types of fraud that I was blowing the whistle on between 2021-2023. Since my reporting to DIFS, other government agencies such as the United States Justice Department and the Securities and Exchange Commission have initiated their own investigations of AIL and Globe Life's business operations.

22. I met Angela Ingalls in October 2021. We became friends between October 2021 and then in December 2021 we became intimate. Around New Years Eve, we discussed whether we wanted to date other people or remain exclusive to one another. At that time, we both agreed to date each other, and no one else. We remained in an exclusive, intimate/sexual relationship until I broke up with her in October 2022.

23. Shortly after meeting Angie, she let me how unhappy she was at her job as a bartender, and how she would like to switch jobs. The insurance agencies who sell AIL insurance are often referred to as recruiting companies that also sells insurance. This description explains how important recruiting and new "hires" are to AIL. There is an ever-present search for new employees, as the turnover employment rate is astronomical. Thus, when Angie told me that she wanted a new job, I told her that AIL's insurance agencies are always looking to hire due to AIL's business model based on a pyramid scheme, or multi-level management business ("MLM").

24. I helped facilitate Angie getting an interview at Chalom Insurance Agency. Ultimately, she was hired. After working there for a short time period, Angie told me that she was being sexually harassed, so I facilitated her getting an interview at Schreiber Agency. Ultimately, she was hired. Angie became disenthralled with selling insurance and asked me if AIL could hire her directly. I told her that I would

attempt to facilitate another interview, but I did not know what job postings were available or whether any were a match for her skill set.

25. In October 2022, I found out some very disturbing news about Angie that caused us to break up; the majority of the discord between her and I dealt with her lack of veracity. I found out that she had been lying to me for virtually the entire relationship about her personal and professional background. Given that I could no longer trust Angie, I reached out to AIL to advise that I could no longer endorse her for a job. Also, one of the last few conversations we had was that Angie had a new job. So, I also told AIL that Angie had secured other employment as well.

26. At the beginning of 2023, I was told that Angie was making a claim that I sexually harassed her; I was told that she claimed that I promised her a job with AIL in exchange for sex. This was untrue. It was also farcical. I did not take the claim seriously because I knew that this was my girlfriend, who I had dumped when I found out some significant personal information about her that reflected poorly on her. She was the quintessential jilted lover, angry about being rejected. If anyone wanted to do a serious investigation of these claims by Angie, they could be easily debunked. I have multiple witnesses who would confirm our status as consensual lovers from December 2021 to October 2022. I have all of the text messages between Angie and I for the entirety of my relationship with her. These messages show that Angie was the one constantly asking about a job and asking for help in that regard. From time to time, I did favors for her without condition. None of the text messages even hint at some quid pro quo exchange of a job for anything, let alone sex. Angie used to be the primary initiator of sex in our relationship. Angie would send me nude photographs of herself, confirming our intimate relationship status. Our texts would also reflect that Angie would get mad when I had turned down sex with her when she was too inebriated, confirming that she was indeed interested in sex, and there was no "exchange" as her sexual harassment claim alludes.

27. At no time did I ever have any supervisory authority over Angie while she was employed as a sales agent, and/or attempting to pursue additional employment with AIL. I had no supervisory authority or input whatsoever in AIL's decision whether to hire Ingalls. This is why I was attempting to get AIL to interview her --- to determine for themselves whether she was right for any position. At best, I could vouch for her character, which I was later forced to retract upon learning of significant flaws in her character. Moreover, I do not believe that AIL ever engaged in any decision-making process since Ingalls had secured alternate employment before she was interviewed by them.

28. AIL did not conduct an effective real investigation into Ingalls' claims of sexual harassment against me. This is based on, in part, AIL's failure to ask me any relevant questions about our relationship, Ingalls' consent and constant initiation of sexual relations with me, and my lack of supervisory authority over Ingalls and/or her candidacy for employment with AIL. Despite claims to the contrary, I was

terminated for blowing the whistle on the rampant fraud at AIL. Interestingly, when I was terminated, I was never provided a reason for the termination other than that I put the company at risk. Ingalls bogus claims were clearly the convenient excuse, i.e. a pretext, that Zophin had been looking for since I approached DIFS.

29. Additionally, when I withdrew my support for Angie, I had also told AIL that she did not need a job as she had taken another position. This was proven true as AIL terminated her from her sales job at Shreiber Insurance Agency on November 17, 2022, when they learned that she had taken a job selling non-AIL life insurance for another company. Further, I did not stand in the way between her and AIL. They were free to hire her or not, based on her own merits, assuming AIL had a position for which she was qualified.

30. I have seen the reports by Fuzzy Panda and Viceroy, and others, discussing the fraud that I had blown the whistle on. Not only did they confirm the problems with fraud at AIL, but they also conducted their own undercover investigations which showed new problems with fraud, as well. What these reports seem to grasp is that "growth" was always the key metric upon which business at AIL was judged. Everything was about growth, and that is why the fraud was looked on favorably within the top of the pyramid at AIL: the fraud showed growth. The fraud helped the agents' hit bonuses, but it also inflated the stock price by appearing that AIL was growing exponentially. It appeared as though the company kept selling more and more insurance policies, and as though the pyramid was getting bigger and bigger. If those policies were later retracted, it was no longer a factor. While I was unsuccessful in bringing about change regarding fraud at AIL, I hope that the confirmation of my concerns from so many other sources will finally bring about the needed changes at AIL.

31. If I had not blown the whistle on the AIL fraud problems, I am confident that AIL would have done a thorough investigation, including listening to my side of the story and reviewing my evidence, and they would have realized that Angie's claim was bogus, and merely an individual scorned. Since Zophin had not only been looking for reasons to terminate me, but actually manufacturing false reasons to terminate me, this was the perfect pretext. I have no doubt that my whistleblowing was the motivating factor behind my termination.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

7-1-24

Date

Scott Dehning