# EXHIBIT E

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **LIFE PREMIUM** | | | | | | | | |
| REPORTING PERIOD | GLOBE LIFE TOTAL LIFE PREMIUM | INCREASE OVER PRIOR YEAR REPORTING PERIOD | AIL LIFE PREMIUM | INCREASE OVER PRIOR YEAR PERIOD | AIL % OF GLOBE LIFE ANNUAL TOTAL LIFE PREMIUM | DATE OF REPORTING 8-K | DATE OF REPORTING 10-Q/10-K AND SIGNATORIES | CONFERENCE CALL DATE AND SPEAKERS |
| Q2 2019 | $631 million | 5% | $288 million | 7% | | 7/24 2019 | 8/8/2019 Coleman, Hutchison, Svoboda | 7/25/2019 Coleman, Hutchison, Svoboda |
| Q3 2019 | $631 million | 4% | $293 million | 7% | | 10/23/2019 | 11/12/2019 Coleman, Hutchison, Svoboda | 10/24/2019 Coleman, Hutchison, Svoboda |
| Q4 2019 | $631 million | 5% | $297 million | 8% | | 2/4/2020 | | 2/5/2020 Coleman, Hutchison, Svoboda |
| **FY 2019** | $2.5 billion | 5% | $1.16 billion | 7% | 46% | 2/4/2020 | 2/27/2020 Coleman, Hutchison, Svoboda, Henrie | |
| Q1 2020 | $650 million | 4% | $303 million | 7% | | 4/22/2020 | 5/7/2020 Coleman, Hutchison, Svoboda | 4/23/2020 Coleman, Hutchison, Svoboda |
| Q2 2020 | $671 million | 6% | $309 million | 7% | | 7/22/2020 | 8/6/2020 Coleman, Hutchison, Svoboda | 7/23/2020 Coleman, Hutchison, Svoboda |
| Q3 2020 | $674 million | 7% | $319 million | 9% | | 10/21/2020 | 11/5/2020 Coleman, Hutchison, Svoboda | 10/22/2020 Coleman, Hutchison, Svoboda |
| Q4 2020 | $678 million | 7% | $327 million | 10% | | 2/2/2021 | | 2/3/2021 Coleman, Hutchison, Svoboda |
| **FY 2020** | $2.7 billion | 6% | $1.26 billion | 9% | 47% | 2/2/2021 | 2/25/2021 Coleman, Hutchison, Svoboda, Henrie | |

4884-0164-8108.v1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **LIFE PREMIUM** | | | | | | | | |
| REPORTING PERIOD | GLOBE LIFE TOTAL LIFE PREMIUM | INCREASE OVER PRIOR YEAR REPORTING PERIOD | AIL LIFE PREMIUM | INCREASE OVER PRIOR YEAR PERIOD | AIL % OF GLOBE LIFE ANNUAL TOTAL LIFE PREMIUM | DATE OF REPORTING 8-K | DATE OF REPORTING 10-Q/10-K AND SIGNATORIES | CONFERENCE CALL DATE AND SPEAKERS |
| Q1 2021 | $708 million | 9% | $335 million | 11% | | 4/21 2021 | 5/6/2021 Coleman, Hutchison, Svoboda | 4/22/2021 Coleman, Hutchison, Svoboda |
| Q2 2021 | $728 million | 9% | $348 million | 13% | | 7/21/2021 | 8/5/2021 Coleman, Hutchison, Svoboda | 7/22/2021 Coleman, Hutchison, Svoboda |
| Q3 2021 | $729 million | 8% | $356 million | 12% | | 10/20/2021 | 11/4/2021 Coleman, Hutchison, Svoboda | 10/21/2021 Coleman, Hutchison, Svoboda |
| Q4 2021 | $733 million | 8% | $364 million | 11% | | 2/2/2022 | | 2/3/2022 Coleman, Hutchison, Svoboda |
| **FY 2021** | $2.9 billion | 8% | $1.4 billion | 11% | 48% | 2/2/2022 | 2/24/2022 Coleman, Hutchison, Svoboda, Henrie | |
| Q1 2022 | $755 million | 7% | $370 million | 10% | | 4/20/2022 | 5/6/2022 Coleman, Hutchison, Svoboda | 4/21/2022 Coleman, Hutchison, Svoboda |
| Q2 2022 | $760 million | 4% | $376 million | 8% | | 7/27/2022 | 8/5/2022 Coleman, Hutchison, Svoboda | 7/28/2022 Coleman, Hutchison, Svoboda |
| Q3 2022 | $755 million | 4% | $378 million | 6% | | 10/26/2022 | 11/8/2022 Coleman, Hutchison, Svoboda | 10/27/2022 Coleman, Hutchison, Svoboda, Darden |
| Q4 2022 | $754 million | 3% | $381 million | 5% | | 2/1/2023 | | 2/2/2023 Svoboda, Darden, Majors, Kalmbach |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **LIFE PREMIUM** | | | | | | | | |
| **REPORTING PERIOD** | **GLOBE LIFE TOTAL LIFE PREMIUM** | **INCREASE OVER PRIOR YEAR REPORTING PERIOD** | **AIL LIFE PREMIUM** | **INCREASE OVER PRIOR YEAR PERIOD** | **AIL % OF GLOBE LIFE ANNUAL TOTAL LIFE PREMIUM** | **DATE OF REPORTING 8-K** | **DATE OF REPORTING 10-Q/10-K AND SIGNATORIES** | **CONFERENCE CALL DATE AND SPEAKERS** |
| **FY 2022** | $3.0 billion | 4% | $1.5 billion | 7% | 50% | 2/1/2023 | 2/23/2023 Darden, Svoboda, Kalmbach, Henrie | |
| Q1 2023 | $773 million | 3% | $388 million | 5% | | 5/3/2023 | 5/9/2023 Darden, Svoboda, Kalmbach | 5/4/2023 Svoboda, Darden, Kalmbach |
| Q2 2023 | $782 million | 3% | $395 million | 5% | | 7/26/2023 | 8/8/2023 Darden, Svoboda, Kalmbach | 7/27/2023 Svoboda, Darden, Majors, Kalmbach |
| Q3 2023 | $788 million | 4% | $400 million | 6% | | 10/25/2023 | 11/6/2023 Darden, Svoboda, Kalmbach | 10/26/2023 Svoboda, Darden, Kalmbach |
| Q4 2023 | $795 million | 4% | $406 million | 7% | | 2/7/2024 | | 2/8/2024 Svoboda, Darden, Kalmbach |
| **FY 2023** | $3.14 billion | 4% | $1.59 billion | 6% | 51% | 2/7/2024 | 2/28/2024 Darden, Svoboda, Kalmbach, Henrie | |
| Q1 2024 | $804 million | 4% | $414 million | 7% | | 4/22/2024 | 5/8/2024 Darden, Svoboda, Kalmbach | 4/23/2024 Svoboda, Darden, Kalmbach |

4884-0164-8108.v1