# EXHIBIT F

| LIFE NET SALES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REPORTING PERIOD | GLOBE LIFE LIFE NET SALES | INCREASE OVER PRIOR YEAR REPORTING PERIOD | AIL LIFE NET SALES | INCREASE OVER PRIOR YEAR PERIOD | AIL % OF GLOBE LIFE ANNUAL LIFE NET SALES | DATE OF REPORTING 8-K | DATE OF REPORTING 10-Q/10-K AND SIGNATORIES | CONFERENCE CALL DATE AND SPEAKERS |
| Q2 2019 | $112 million | 1% | $61 million | 2% | | 7/24 2019 | 8/8/2019 Coleman, Hutchison, Svoboda | 7/25/2019 Coleman, Hutchison, Svoboda |
| Q3 2019 | $105 million | 6% | $60 million | 9% | | 10/23/2019 | 11/12/2019 Coleman, Hutchison, Svoboda | 10/24/2019 Coleman, Hutchison, Svoboda |
| Q4 2019 | $107 million | 7% | $59 million | 9% | | 2/4/2020 | | 2/5/2020 Coleman, Hutchison, Svoboda |
| FY 2019 | $430 million | 4% | $238 million | 6% | 55% | 2/4/2020 | 2/27/2020 Coleman, Hutchison, Svoboda, Henrie | |
| Q1 2020 | $111 million | 5% | $63 million | 9% | | 4/22/2020 | 5/7/2020 Coleman, Hutchison, Svoboda | 4/23/2020 Coleman, Hutchison, Svoboda |
| Q2 2020 | $114 million | 2% | $51 million | (16%) | | 7/22/2020 | 8/6/2020 Coleman, Hutchison, Svoboda | 7/23/2020 Coleman, Hutchison, Svoboda |
| Q3 2020 | $128 million | 21% | $68 million | 14% | | 10/21/2020 | 11/5/2020 Coleman, Hutchison, Svoboda | 10/22/2020 Coleman, Hutchison, Svoboda |
| Q4 2020 | $131 million | 23% | $71 million | 20% | | 2/2/2021 | | 2/3/2021 Coleman, Hutchison, Svoboda |
| FY 2020 | $484 million | 13% | $253 million | 7% | 52% | 2/2/2021 | 2/25/2021 Coleman, Hutchison, Svoboda, Henrie | |

4863-3696-2283.v1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **LIFE NET SALES** | | | | | | | | |
| **REPORTING PERIOD** | **GLOBE LIFE LIFE NET SALES** | **INCREASE OVER PRIOR YEAR REPORTING PERIOD** | **AIL LIFE NET SALES** | **INCREASE OVER PRIOR YEAR PERIOD** | **AIL % OF GLOBE LIFE ANNUAL LIFE NET SALES** | **DATE OF REPORTING 8-K** | **DATE OF REPORTING 10-Q/10-K AND SIGNATORIES** | **CONFERENCE CALL DATE AND SPEAKERS** |
| Q1 2021 | $128 million | 16% | $70 million | 11% | | 4/21/2021 | 5/6/2021 Coleman, Hutchison, Svoboda | 4/22/2021 Coleman, Hutchison, Svoboda |
| Q2 2021 | $136 million | 19% | $73 million | 42% | | 7/21/2021 | 8/5/2021 Coleman, Hutchison, Svoboda | 7/22/2021 Coleman, Hutchison, Svoboda |
| Q3 2021 | $128 million | — | $74 million | 9% | | 10/20/2021 | 11/4/2021 Coleman, Hutchison, Svoboda | 10/21/2021 Coleman, Hutchison, Svoboda |
| Q4 2021 | $129 million | (1%) | $74 million | 4% | | 2/2/2022 | | 2/3/2022 Coleman, Hutchison, Svoboda |
| **FY 2021** | $522 million | 8% | $291 million | 15% | 56% | 2/2/2022 | 2/24/2022 Coleman, Hutchison, Svoboda, Henrie | |
| Q1 2022 | $139 million | 8% | $85 million | 23% | | 4/20/2022 | 5/6/2022 Coleman, Hutchison, Svoboda | 4/21/2022 Coleman, Hutchison, Svoboda |
| Q2 2022 | $140 million | 2% | $85 million | 16% | | 7/27/2022 | 8/5/2022 Coleman, Hutchison, Svoboda | 7/28/2022 Coleman, Hutchison, Svoboda |
| Q3 2022 | $126 million | (1%) | $76 million | 4% | | 10/26/2022 | 11/8/2022 Coleman, Hutchison, Svoboda | 10/27/2022 Coleman, Hutchison, Svoboda, Darden |
| Q4 2022 | $126 million | (2%) | $70 million | 6% | | 2/1/2023 | | 2/2/2023 Svoboda, Darden, Majors, Kalmbach |

| | | | | LIFE NET SALES | | | | |
|---|---|---|---|---|---|---|---|---|
| REPORTING PERIOD | GLOBE LIFE LIFE NET SALES | INCREASE OVER PRIOR YEAR REPORTING PERIOD | AIL LIFE NET SALES | INCREASE OVER PRIOR YEAR PERIOD | AIL % OF GLOBE LIFE ANNUAL LIFE NET SALES | DATE OF REPORTING 8-K | DATE OF REPORTING 10-Q/10-K AND SIGNATORIES | CONFERENCE CALL DATE AND SPEAKERS |
| **FY 2022** | $531 million | 2% | $317 million | 9% | 59% | 2/1/2023 | 2/23/2023 Darden, Svoboda, Kalmbach, Henrie | |
| Q1 2023 | $140 million | 1% | $83 million | (2%) | | 5/3/2023 | 5/9/2023 Darden, Svoboda, Kalmbach | 5/4/2023 Svoboda, Darden, Kalmbach |
| Q2 2023 | $139 million | — | $82 million | (4%) | | 7/26/2023 | 8/8/2023 Darden, Svoboda, Kalmbach | 7/27/2023 Svoboda, Darden, Majors, Kalmbach |
| Q3 2023 | $134 million | 6% | $81 million | 6% | | 10/25/2023 | 11/6/2023 Darden, Svoboda, Kalmbach | 10/26/2023 Svoboda, Darden, Kalmbach |
| Q4 2023 | $130 million | 3% | $76 million | 9% | | 2/7/2024 | | 2/8/2024 Svoboda, Darden, Kalmbach |
| **FY 2023** | $544 million | 3% | $323 million | 2% | 59% | 2/7/2024 | 2/28/2024 Darden, Svoboda, Kalmbach, Henrie | |
| Q1 2024 | $149 million | 7% | $97 million | 17% | | 4/22/2024 | 5/8/2024 Darden, Svoboda, Kalmbach | 4/23/2024 Svoboda, Darden, Kalmbach |

4863-3696-2283.v1