Case No. 4:24-cv-00376-ALM                              Appendix A: Challenged Statements Chart

**Business Culture Statements[1]**

| Compl. ¶ | Source | Speaker |
|---|---|---|
| 178, 180, 182 | Globe Life 2019 ESG Report | Globe Life |
| 179, 181, 183, 185, 187 | Globe Life 2020 ESG Report | Globe Life |
| 179, 181, 184, 186 | Globe Life 2021 ESG Report | Globe Life |
| 179, 181, 184, 186 | Globe Life 2022 ESG Report | Globe Life |
| 179, 181, 184, 186 | Globe Life 2023 ESG Report | Globe Life |
| 188, 189 | Globe Life Code of Conduct | Globe Life |
| 190, 192 | Globe Life 2021 SASB Report | Globe Life |
| 191 | Globe Life 2022 SASB Report | Globe Life |
| 191 | Globe Life 2023 SASB Report | Globe Life |
| 193 | February 28, 2023 *Business Insider* article | Jennifer Haworth |
| 194 | Globe Life Earnings Call on February 8, 2024 (Q4 2024) | Matthew Darden |

---

[1] Defendants provide a list of sources for statements referenced in the Complaint but chose not to attach copies of all the source documents to avoid burdening the court with voluminous documents. Defendants can provide copies of these materials at the Court's request.

Case No. 4:24-cv-00376-ALM                Appendix A: Challenged Statements Chart

**Financial Results Statements**

| Compl. ¶ | Source | Speaker |
|---|---|---|
| 196 | Globe Life Q2 2019 Form 10-Q | Globe Life |
| 196 | Globe Life Q3 2019 Form 10-Q | Globe Life |
| 196 | Globe Life Q4 2019 Form 10-Q | Globe Life |
| 196, 201, 202 | Globe Life FY 2019 Form 10-K | Globe Life |
| 196 | Globe Life Q1 2020 Form 10-Q | Globe Life |
| 196 | Globe Life Q2 2020 Form 10-Q | Globe Life |
| 196 | Globe Life Q3 2020 Form 10-Q | Globe Life |
| 196 | Globe Life Q4 2020 Form 10-Q | Globe Life |
| 196, 208, 209 210 | Globe Life FY 2020 Form 10-K | Globe Life |
| 196 | Globe Life Q1 2021 Form 10-Q | Globe Life |
| 196 | Globe Life Q2 2021 Form 10-Q | Globe Life |
| 196 | Globe Life Q3 2021 Form 10-Q | Globe Life |
| 196 | Globe Life Q4 2021 Form 10-Q | Globe Life |
| 196, 219 | Globe Life FY 2021 Form 10-K | Globe Life |
| 196 | Globe Life Q1 2022 Form 10-Q | Globe Life |
| 196 | Globe Life Q2 2022 Form 10-Q | Globe Life |
| 196 | Globe Life Q3 2022 Form 10-Q | Globe Life |
| 196 | Globe Life Q4 2022 Form 10-Q | Globe Life |
| 196 | Globe Life FY 2022 Form 10-K | Globe Life |
| 196 | Globe Life Q1 2023 Form 10-Q | Globe Life |
| 196 | Globe Life Q2 2023 Form 10-Q | Globe Life |
| 196 | Globe Life Q3 2023 Form 10-Q | Globe Life |
| 196 | Globe Life Q4 2023 Form 10-Q | Globe Life |
| 196 | Globe Life FY 2023 Form 10-K | Globe Life |
| 198 | Globe Life Earnings Call on October 24, 2019 (Q3 2019) | Larry Hutchison |
| 199, 200 | Globe Life Earnings Call on February 5, 2020 (Q4 2019) | Larry Hutchison |
| 203 | February 12, 2020 Bank of America Merrill Lynch Securities Insurance Conference | Larry Hutchison |

Case No. 4:24-cv-00376-ALM                    Appendix A: Challenged Statements Chart

| Compl. ¶ | Source | Speaker |
|---|---|---|
| 204 | Globe Life Earnings Call on April 23, 2020 (Q1 2020) | Larry Hutchison |
| 205 | Globe Life Earnings Call on October 22, 2020 (Q3 2020) | Larry Hutchison |
| 206 | Globe Life Earnings Call on February 3, 2021 (Q4 2020) | Larry Hutchison |
| 207 | February 10, 2021 Bank of America Insurance Conference | Larry Hutchison |
| 211 | Globe Life Earnings Call on April 22, 2021 (Q1 2021) | Larry Hutchison |
| 212, 213, 214 | Globe Life Earnings Call on July 22, 2021 (Q2 2021) | Larry Hutchison |
| 215 | Globe Life Earnings Call on October 21, 2021 (Q3 2021) | Larry Hutchison |
| 216 | Globe Life Earnings Call on February 3, 2022 (Q4 2021) | Larry Hutchison |
| 217, 218 | February 15, 2022 Bank of America Insurance Conference | Larry Hutchison Matthew Darden |
| 220 | February 14, 2023 Bank of America US Financials Conference | Matthew Darden |

3

Case No. 4:24-cv-00376-ALM          Appendix A: Challenged Statements Chart

**<u>Privacy Statements</u>**

| Compl. ¶ | Source | Speaker |
|---|---|---|
| 222 | Globe Life FY 2019 Form 10-K | Globe Life |
| 222 | Globe Life FY 2020 Form 10-K | Globe Life |
| 222 | Globe Life FY 2021 Form 10-K | Globe Life |
| 222 | Globe Life FY 2022 Form 10-K | Globe Life |
| 222 | Globe Life FY 2023 Form 10-K | Globe Life |
| 224 | Globe Life 2019 ESG Report | Globe Life |

Case No. 4:24-cv-00376-ALM                    Appendix A: Challenged Statements Chart

**Recruiting Statements**

| Compl. ¶ | Source | Speaker |
|---|---|---|
| 226 | Globe Life Form 8-K filed on July 24, 2019 | Globe Life |
| 227 | Globe Life Earnings Call on July 25, 2019 (Q2 2019) | Larry Hutchison |
| 228 | Globe Life Form 8-K filed on October 23, 2019 | Globe Life |
| 228 | Globe Life Earnings Call on October 24, 2019 (Q3 2019) | Larry Hutchison |
| 228 | Globe Life Form 8-K filed on February 4, 2020 | Globe Life |
| 228 | Globe Life Earnings Call on February 5, 2020 (Q4 2019) | Larry Hutchison |
| 228 | Globe Life Form 8-K filed on April 22, 2020 | Globe Life |
| 228 | Globe Life Form 8-K filed on July 22, 2020 | Globe Life |
| 228 | Globe Life Earnings Call on July 23, 2020 (Q2 2020) | Larry Hutchison |
| 228 | Globe Life Form 8-K filed on October 21, 2020 | Globe Life |
| 228 | Globe Life Earnings Call on October 22, 2020 (Q3 2020) | Larry Hutchison |
| 228 | Globe Life Form 8-K filed on February 2, 2021 | Globe Life |
| 228 | Globe Life Earnings Call on February 3, 2021 (Q4 2020) | Larry Hutchison |
| 228 | Globe Life Form 8-K filed on April 21, 2021 | Globe Life |
| 228 | Globe Life Earnings Call on April 22, 2021 (Q1 2021) | Larry Hutchison |
| 228 | Globe Life Form 8-K filed on July 21, 2021 | Globe Life |
| 228 | Globe Life Earnings Call on July 22, 2021 (Q2 2021) | Larry Hutchison |
| 228 | Globe Life Form 8-K filed on October 20, 2021 | Globe Life |
| 228 | Globe Life Earnings Call on October 21, 2021 (Q3 2021) | Larry Hutchison |
| 228 | Globe Life Form 8-K filed on February 2, 2024 | Globe Life |
| 228 | Globe Life Earnings Call on February 3, 2024 (Q4 2021) | Larry Hutchison |
| 228 | Globe Life Form 8-K filed on April 20, 2022 | Globe Life |
| 228 | Globe Life Earnings Call on April 21, 2022 (Q1 2022) | Larry Hutchison |

Case No. 4:24-cv-00376-ALM                    Appendix A: Challenged Statements Chart

| Compl. ¶ | Source | Speaker |
|---|---|---|
| 228 | Globe Life Form 8-K filed on July 27, 2022 | Globe Life |
| 228 | Globe Life Earnings Call on July 28, 2022 (Q2 2022) | Larry Hutchison |
| 228 | Globe Life Form 8-K filed on October 26, 2022 | Globe Life |
| 228 | Globe Life Earnings Call on October 27, 2022 (Q3 2022) | Larry Hutchison |
| 228 | Globe Life Form 8-K filed on February 1, 2023 | Globe Life |
| 228 | Globe Life Earnings Call on February 2, 2023 (Q4 2022) | Matthew Darden |
| 228 | Globe Life Form 8-K filed on May 3, 2023 | Globe Life |
| 228 | Globe Life Earnings Call on May 4, 2023 (Q1 2023) | Matthew Darden |
| 228 | Globe Life Form 8-K filed on July 26, 2023 | Globe Life |
| 228 | Globe Life Earnings Call on July 27, 2023 (Q2 2023) | Matthew Darden |
| 228 | Globe Life Form 8-K filed on October 25, 2023 | Globe Life |
| 228 | Globe Life Earnings Call on October 25, 2023 (Q3 2023) | Matthew Darden |
| 228 | Globe Life Form 8-K filed on February 7, 2024 | Globe Life |
| 228 | Globe Life Earnings Call on February 8, 2024 (Q4 2023) | Matthew Darden |
| 229 | Globe Life Q2 2022 Form 10-Q | Globe Life |
| 230 | Globe Life Q3 2019 Form 10-Q | Globe Life |
| 230 | Globe Life FY 2019 Form 10-K | Globe Life |
| 230 | Globe Life Q1 2020 Form 10-Q | Globe Life |
| 230 | Globe Life Q2 2020 Form 10-Q | Globe Life |
| 230 | Globe Life Q3 2020 Form 10-Q | Globe Life |
| 230 | Globe Life FY 2020 Form 10-K | Globe Life |
| 230 | Globe Life Q1 2021 Form 10-Q | Globe Life |
| 230 | Globe Life Q2 2021 Form 10-Q | Globe Life |
| 230 | Globe Life Q3 2021 Form 10-Q | Globe Life |
| 230 | Globe Life FY 2021 Form 10-K | Globe Life |
| 230 | Globe Life Q1 2022 Form 10-Q | Globe Life |
| 230 | Globe Life Q2 2022 Form 10-Q | Globe Life |

6

Case No. 4:24-cv-00376-ALM                    Appendix A: Challenged Statements Chart

| Compl. ¶ | Source | Speaker |
|---|---|---|
| 230 | Globe Life Q3 2022 Form 10-Q | Globe Life |
| 230 | Globe Life FY 2022 Form 10-K | Globe Life |
| 230 | Globe Life Q1 2023 Form 10-Q | Globe Life |
| 230 | Globe Life Q2 2023 Form 10-Q | Globe Life |
| 230 | Globe Life Q3 2023 Form 10-Q | Globe Life |
| 231, 232 | Globe Life Earnings Call on October 24, 2019 (Q3 2019) | Larry Hutchison Frank Svoboda |
| 233 | February 12, 2020 Bank of America Merrill Lynch Securities Insurance Conference | Larry Hutchison |
| 235, 236, 237 | February 10, 2021 Bank of America Insurance Conference | Larry Hutchison |
| 237 | Globe Life Earnings Call on February 3, 2022 (Q4 2021) | Larry Hutchison |
| 238 | Globe Life Earnings Call on April 21, 2022 (Q1 2022) | Larry Hutchison |
| 239, 240, 241, 242 | Globe Life Earnings Call on October 27, 2022 (Q3 2022) | Gary Coleman Larry Hutchison |
| 243, 244 | Globe Life Earnings Call on February 2, 2023 (Q4 2022) | Matthew Darden |
| 245 | February 14, 2023 Bank of America US Financials Conference | Matthew Darden |
| 246 | Globe Life Earnings Call on July 27, 2023 (Q2 2023) | Matthew Darden |
| 247 | Globe Life Earnings Call on February 8, 2024 (FY 2023) | Matthew Darden |

Case No. 4:24-cv-00376-ALM                    Appendix A: Challenged Statements Chart

**SOX Certification Statements**

| Compl. ¶ | Source | Speaker |
|---|---|---|
| 249, 250 | Globe Life Q2 2019 Form 10-Q | Globe Life<br>*SOX Certifications By:*<br>Larry Hutchison<br>Gary Coleman<br>Frank Svoboda |
| 250 | Globe Life Q1 2019 Form 10-Q | Globe Life<br>*SOX Certifications By:*<br>Larry Hutchison<br>Gary Coleman<br>Frank Svoboda |
| 250 | Globe Life Q3 2019 Form 10-Q | Globe Life<br>*SOX Certifications By:*<br>Larry Hutchison<br>Gary Coleman<br>Frank Svoboda |
| 250, 254, 255 | Globe Life FY 2019 Form 10-K | Globe Life<br>*SOX Certifications By:*<br>Larry Hutchison<br>Gary Coleman<br>Frank Svoboda |
| 250 | Globe Life Q1 2020 Form 10-Q | Globe Life<br>*SOX Certifications By:*<br>Larry Hutchison<br>Gary Coleman<br>Frank Svoboda |
| 250 | Globe Life Q2 2020 Form 10-Q | Globe Life<br>*SOX Certifications By:*<br>Larry Hutchison<br>Gary Coleman<br>Frank Svoboda |
| 250 | Globe Life Q3 2020 Form 10-Q | Globe Life<br>*SOX Certifications By:*<br>Larry Hutchison<br>Gary Coleman<br>Frank Svoboda |
| 250, 255 | Globe Life FY 2020 Form 10-K | Globe Life<br>*SOX Certifications By:*<br>Larry Hutchison<br>Gary Coleman<br>Frank Svoboda |

Case No. 4:24-cv-00376-ALM                    Appendix A: Challenged Statements Chart

| Compl. ¶ | Source | Speaker |
|---|---|---|
| 250 | Globe Life Q1 2021 Form 10-Q | Globe Life<br>*SOX Certifications By:*<br>Larry Hutchison<br>Gary Coleman<br>Frank Svoboda |
| 250 | Globe Life Q2 2021 Form 10-Q | Globe Life<br>*SOX Certifications By:*<br>Larry Hutchison<br>Gary Coleman<br>Frank Svoboda |
| 250 | Globe Life Q3 2021 Form 10-Q | Globe Life<br>*SOX Certifications By:*<br>Larry Hutchison<br>Gary Coleman<br>Frank Svoboda |
| 250, 255 | Globe Life FY 2021 Form 10-K | Globe Life<br>*SOX Certifications By:*<br>Larry Hutchison<br>Gary Coleman<br>Frank Svoboda |
| 250 | Globe Life Q1 2022 Form 10-Q | Globe Life<br>*SOX Certifications By:*<br>Larry Hutchison<br>Gary Coleman<br>Frank Svoboda |
| 250 | Globe Life Q2 2022 Form 10-Q | Globe Life<br>*SOX Certifications By:*<br>Larry Hutchison<br>Gary Coleman<br>Frank Svoboda |
| 250 | Globe Life Q3 2022 Form 10-Q | Globe Life<br>*SOX Certifications By:*<br>Larry Hutchison<br>Gary Coleman<br>Frank Svoboda |
| 250, 255 | Globe Life FY 2022 Form 10-K | Globe Life<br>*SOX Certifications By:*<br>Matthew Darden<br>Frank Svoboda<br>Thomas Kalmbach |

Case No. 4:24-cv-00376-ALM                    Appendix A: Challenged Statements Chart

| Compl. ¶ | Source | Speaker |
|---|---|---|
| 250 | Globe Life Q1 2023 Form 10-Q | Globe Life<br>*SOX Certifications By:*<br>Matthew Darden<br>Frank Svoboda<br>Thomas Kalmbach |
| 250 | Globe Life Q2 2023 Form 10-Q | Globe Life<br>*SOX Certifications By:*<br>Matthew Darden<br>Frank Svoboda<br>Thomas Kalmbach |
| 250 | Globe Life Q3 2023 Form 10-Q | Globe Life<br>*SOX Certifications By:*<br>Matthew Darden<br>Frank Svoboda<br>Thomas Kalmbach |
| 250, 255 | Globe Life FY 2023 Form 10-K | Globe Life<br>*SOX Certifications By:*<br>Matthew Darden<br>Frank Svoboda<br>Thomas Kalmbach |