**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST, on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>    v.<br><br>GLOBE LIFE INC. f/k/a TORCHMARK CORPORATION, et al.,<br><br>        Defendants. | Case No. 4:24-CV-00376-ALM<br><br>Hon. Amos L. Mazzant, III |

**DECLARATION OF FRANCES R. FINK IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT
AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT**

I, Frances R. Fink, declare as follows:

I am an attorney at the law firm of King & Spalding LLP, which represents Defendants Globe Life Inc., Gary L. Coleman, Larry M. Hutchison, Frank M. Svoboda, M. Shane Henrie, James Matthew Darden, Thomas P. Kalmbach, Steven K. Greer, Jennifer A. Haworth, R. Brian Mitchell, and Joel P. Scarborough (collectively, "Defendants") in the above-captioned matter. I am admitted to practice before this Court. I submit this declaration on behalf of all Defendants and in support of Defendants' Motion to Dismiss the Consolidated Complaint and Incorporated Memorandum of Law.

Attached to this declaration are true and correct copies of the following documents:

1.      Globe Life Inc. Form 10-K for the fiscal year ended December 31, 2019, filed with the United States Securities and Exchange Commission ("SEC") on February 27, 2020. A true and correct copy of relevant excerpts is attached as Exhibit 1.

1

2. Globe Life Inc. Form 10-Q for the quarterly period ended March 31, 2020, filed with the SEC on May 6, 2020. A true and correct copy of relevant excerpts is attached as Exhibit 2.

3. Globe Life Inc. Form 10-K for the fiscal year ended December 31, 2020, filed with the SEC on February 25, 2021. A true and correct copy of relevant excerpts is attached as Exhibit 3.

4. Globe Life Inc. Form 10-K for the fiscal year ended December 31, 2021, filed with the SEC on February 24, 2022. A true and correct copy of relevant excerpts is attached as Exhibit 4.

5. Globe Life, Inc. Form DEF 14A Proxy Statement, filed with the SEC on March 17, 2022. A true and correct copy of relevant excerpts is attached as Exhibit 5.

6. Globe Life Inc. Form 10-K for the fiscal year ended December 31, 2022, filed with the SEC on February 23, 2023. A true and correct copy of relevant excerpts is attached as Exhibit 6.

7. Globe Life Inc. Form 10-K for the fiscal year ended December 31, 2023, filed with the SEC on February 28, 2024. A true and correct copy of relevant excerpts is attached as Exhibit 7.

8. Transcript of an earnings call held by Globe Life Inc. on April 23, 2024 regarding the Company's Q1 2024 results. A true and correct copy is attached as Exhibit 8.

9. Transcript of an earnings call held by Globe Life Inc. on July 25, 2024 regarding the Company's Q2 2024 results. A true and correct copy is attached as Exhibit 9.

10. Globe Life Inc. Form 10-Q for the quarterly period ended September 30, 2024, filed with the SEC on November 6, 2024. A true and correct copy of relevant excerpts is attached as Exhibit 10.

11.    Compilation of Globe Life Inc.'s (f/k/a Torchmark Corporation) Life Annualized Premium in Force Rollforward and Lapse Rates (Unaudited) for the years 2014 to 2023 published on Globe Life Inc.'s website at https://investors.globelifeinsurance.com/financial-reports-and-other-financial-information.  A true and correct copy of the compilation is attached as Exhibit 11.

12.    Accusation submitted before the Insurance Commissioner of the State of California, *In the Matter of the License and Licensing Rights of Claude Lee Perry*, File No. SC201900146, dated October 9, 2020.  A true and correct copy is attached as Exhibit 12.

13.    Order Suspending and Removing from Office and Employment with Production Agency, filed in *In the Matter of the Licenses and Licensing Rights of Karen Manzano Gagarin*, File No. VA201300894, State of California Department of Insurance (San Francisco), dated December 18, 2014.  A true and correct copy is attached as Exhibit 13.

14.    Charts providing details on sales of Globe Life, Inc. stock by Gary Coleman between June 3, 2014 and April 10, 2024.  A true and correct copy is attached as Exhibit 14.

15.    Charts providing details on sales of Globe Life, Inc. stock by Larry Hutchison between June 3, 2014 and April 10, 2024.  A true and correct copy is attached as Exhibit 15.

16.    Charts providing details on sales of Globe Life, Inc. stock by Frank Svoboda between June 3, 2014 and April 10, 2024.  A true and correct copy is attached as Exhibit 16.

17.    Globe Life, Inc. Form 4 filed with the SEC on behalf of Frank Svoboda on February 29, 2024.  A true and correct copy is attached as Exhibit 17.

18.    Torchmark Corporation Form 3 filed with the SEC on behalf of Thomas Kalmbach on January 24, 2019.  A true and correct copy is attached as Exhibit 18.

19.    Torchmark Corporation Form 3 filed with the SEC on behalf of Jennifer Haworth on January 13, 2020.  A true and correct copy is attached as Exhibit 19.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2024.

/s/ Frances R. Fink
Frances R. Fink

4