# Exhibit 2

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

## FORM 10-Q

(Mark one)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended March 31, 2020

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

**Commission File Number: 001-08052**

# GLOBE LIFE INC.

(Exact name of registrant as specified in its charter)

| **Delaware** | **63-0780404** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**3700 South Stonebridge Drive, McKinney, Texas 75070**
(Address of principal executive offices) (Zip Code)

**(972) 569-4000**
(Registrant's telephone number, including area code)

## NONE
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $1.00 par value per share | GL | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | |
|---|---|---|
| Large accelerated filer ☒ | | Accelerated filer ☐ |
| Non-accelerated filer ☐ | | Smaller reporting company ☐ |
| | | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Indicate the number of shares outstanding for each of the issuer's classes of common stock, as of the last practicable date.

| Class | Outstanding at April 29, 2020 |
|---|---|
| Common Stock, $1.00 Par Value | 106,438,018 |

Table of Contents

**PART I-FINANCIAL INFORMATION**
**Item 1. Condensed Consolidated Financial Statements**

**Globe Life Inc.**
**Condensed Consolidated Balance Sheets**
**(Unaudited)**
(Dollar amounts in thousands, except per share data)

| | March 31, 2020 | December 31, 2019 |
|---|---|---|
| **Assets:** | | |
| Investments: | | |
| Fixed maturities-available for sale, at fair value (amortized cost: 2020-$16,371,944; 2019-$16,415,776, allowance for credit losses: 2020- $31,854; 2019- $0) | $ 17,879,541 | $ 18,907,147 |
| Policy loans | 579,133 | 575,492 |
| Other long-term investments (includes: 2020-$211,791; 2019-$185,851 under the fair value option) | 377,239 | 326,347 |
| Short-term investments | 272,601 | 38,285 |
| Total investments | 19,108,514 | 19,847,271 |
| Cash | 90,370 | 75,933 |
| Accrued investment income | 258,437 | 245,129 |
| Other receivables | 441,740 | 441,662 |
| Deferred acquisition costs | 4,386,478 | 4,341,941 |
| Goodwill | 441,591 | 441,591 |
| Other assets | 624,784 | 583,933 |
| Total assets | $ 25,351,914 | $ 25,977,460 |
| **Liabilities:** | | |
| Future policy benefits | $ 14,617,072 | $ 14,508,134 |
| Unearned and advance premium | 67,868 | 63,709 |
| Policy claims and other benefits payable | 364,276 | 365,402 |
| Other policyholders' funds | 96,525 | 96,282 |
| Total policy liabilities | 15,145,741 | 15,033,527 |
| Current and deferred income taxes | 1,295,024 | 1,476,832 |
| Short-term debt | 458,127 | 298,738 |
| Long-term debt (estimated fair value: 2020-$1,386,511; 2019-$1,473,364) | 1,346,795 | 1,348,988 |
| Other liabilities | 585,945 | 525,068 |
| Total liabilities | 18,831,632 | 18,683,153 |
| **Commitments and Contingencies (Note 5)** | | |
| **Shareholders' equity:** | | |
| Preferred stock, par value $1 per share-5,000,000 shares authorized; outstanding: 0 in 2020 and 2019 | - | - |
| Common stock, par value $1 per share-320,000,000 shares authorized; outstanding: (2020-117,218,183 issued; 2019- 117,218,183 issued) | 117,218 | 117,218 |
| Additional paid-in-capital | 519,428 | 531,554 |
| Accumulated other comprehensive income (loss) | 1,066,247 | 1,844,830 |
| Retained earnings | 5,686,431 | 5,551,329 |
| Treasury stock, at cost: (2020-10,783,915 shares; 2019-9,497,940 shares) | (869,042) | (750,624) |
| Total shareholders' equity | 6,520,282 | 7,294,307 |
| Total liabilities and shareholders' equity | $ 25,351,914 | $ 25,977,460 |

See accompanying Notes to Condensed Consolidated Financial Statements.

1

Table of Contents

**Globe Life Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(Unaudited)**
(Dollar amounts in thousands, except per share data)

as well as evaluating the fair value of the underlying collateral. The fair value of the underlying collateral is based on a third-party appraisal of the property at origination of the loan, and is reviewed on an annual basis thereafter, or more frequently when a loan is materially underperforming, 30 days delinquent, or in technical default. The Company determines the probability of estimated losses for the commercial mortgage loan portfolio and records an allowance if conclusions are reached that the collection of principal and interest are not probable. The allowance for credit losses is based on estimates, historical experience, probability of loss, value of the underlying collateral, and macro factors that affect the collectibility of the loan. All assumptions are reviewed and updated as necessary. If Management determines that foreclosure of a particular property is probable, the Company may elect the practical expedient to estimate that expected credit losses are based on the fair value of the property less amortized cost, adjusted for selling and other associated costs.

*Other Receivables, Agent Debit Balances*: Agent debit balances primarily represent commissions advanced to insurance agents, a common industry practice. These balances are repaid to the Company over time, generally one year, as the premiums associated with the advanced commissions are collected by the Company and a portion of the agents' commissions on such premiums are retained in order to repay the balances. The balances were $424 million at March 31, 2020 and December 31, 2019. When an agent sells a policy, commissions are advanced to the agent, and the collection of the advance is made as long as the policy stays in force. While there is a susceptibility to loss should an agent terminate, the ability of the Company to continue to collect an agent's commission streams over time from prior sales of policies reduces the Company's exposure to loss.

The Company has a very low inherent risk with regards to the collection of agent debit balances and views these balances as recoverable since they are, in aggregate, less than the estimated present value of future commissions discounted at a conservative rate which includes assumptions for lapses and mortality. The Company's security, or collateral, is in the form of future commission streams collected over the life of the policies sold by the respective agents, which ultimately revert to the Company in the event an agent is terminated. The Company evaluated the agent debit balances on a pool basis to determine the allowance for credit losses as the loans have similar characteristics. A provision for credit losses will be recorded in *Realized gains (losses)* on the *Condensed Consolidated Statement of Operations* and the asset balance will be reflected as Agent Debit Balances, net of allowance for credit losses (*Other receivables*). Based on factors considered by management, there were no additional credit losses recorded during the three months ended March 31, 2020. As of March 31, 2020, the allowance for credit losses was $1.2 million compared with $1.0 million as of December 31, 2019.

9

Table of Contents

**SIGNATURES**

Pursuant to the requirement of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**GLOBE LIFE INC.**

| Date: May 6, 2020 | /s/ Gary L. Coleman |
| --- | --- |
| | Gary L. Coleman |
| | Co-Chairman and Chief Executive Officer |
| Date: May 6, 2020 | /s/ Larry M. Hutchison |
| | Larry M. Hutchison |
| | Co-Chairman and Chief Executive Officer |
| Date: May 6, 2020 | /s/ Frank M. Svoboda |
| | Frank M. Svoboda |
| | Executive Vice President and Chief Financial Officer |

69