# Exhibit 4

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

(Mark one)

**[ ☒ ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2021

or

**[ ☐ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from to

Commission file number: 001-08052

# GLOBE LIFE INC.
(Exact name of registrant as specified in its charter)

| Delaware | 63-0780404 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 3700 South Stonebridge Drive, McKinney, TX | 75070 |
| (Address of principal executive offices) | (Zip Code) |

972-569-4000
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $1.00 par value per share | GL | New York Stock Exchange |
| 4.250% Junior Subordinated Debentures | GL PRD | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.

Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company", and "emerging growth company" in Rule 12b-2 of the Exchange Act.:

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.    ☐

Indicate by checkmark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes  No ☒

As of June 30, 2021, the aggregate market value of the registrant's common stock held by non-affiliates of the registrant was $9.5 billion based on the closing sale price as reported on the New York Stock Exchange.

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

| Class | Outstanding as of February 16, 2022 |
|---|---|
| Common Stock, $1.00 par value per share | 99,338,401 shares |

**DOCUMENTS INCORPORATED BY REFERENCE**

| Document | Parts Into Which Incorporated |
|---|---|
| Proxy Statement for the Annual Meeting of Stockholders to be held on April 28, 2022 (Proxy Statement) | Part III |

GL 2021 FORM 10-K

Table of Contents

**Globe Life Inc.**
**Consolidated Balance Sheets**
**(Dollar amounts in thousands, except per share data)**

| | | December 31, | | |
|---|---|---|---|---|
| | | **2021** | | **2020** |
| **Assets:** | | | | |
| Investments: | | | | |
| Fixed maturities-available for sale, at fair value (amortized cost: 2021-$17,805,309; 2020-$17,197,145, allowance for credit losses: 2021- $387; 2020- $3,346) | $ | 21,305,287 | $ | 21,213,509 |
| Policy loans | | 589,634 | | 584,379 |
| Other long-term investments (includes: 2021-$640,263; 2020-$385,038 under the fair value option) | | 793,925 | | 546,981 |
| Short-term investments | | 69,145 | | 107,782 |
| Total investments | | 22,757,991 | | 22,452,651 |
| Cash | | 92,163 | | 94,847 |
| Accrued investment income | | 251,307 | | 248,991 |
| Other receivables | | 487,443 | | 474,180 |
| Deferred acquisition costs | | 4,914,728 | | 4,595,444 |
| Goodwill | | 481,791 | | 441,591 |
| Other assets | | 782,625 | | 739,027 |
| Total assets | $ | 29,768,048 | $ | 29,046,731 |
| **Liabilities:** | | | | |
| Future policy benefits | $ | 16,034,727 | $ | 15,243,536 |
| Unearned and advance premium | | 65,472 | | 61,728 |
| Policy claims and other benefits payable | | 412,940 | | 399,507 |
| Other policyholders' funds | | 98,935 | | 97,968 |
| Total policy liabilities | | 16,612,074 | | 15,802,739 |
| Current and deferred income taxes | | 1,765,021 | | 1,833,723 |
| Short-term debt | | 479,644 | | 254,918 |
| Long-term debt (estimated fair value: 2021-$1,667,009; 2020-$1,871,754) | | 1,546,494 | | 1,667,886 |
| Other liabilities | | 722,009 | | 716,373 |
| Total liabilities | | 21,125,242 | | 20,275,639 |
| **Commitments and Contingencies (Note 6)** | | | | |
| **Shareholders' equity:** | | | | |
| Preferred stock, par value $1 per share-5,000,000 shares authorized; outstanding: 0 in 2021 and 2020 | | - | | - |
| Common stock, par value $1 per share-320,000,000 shares authorized; outstanding: (2021-109,218,183 issued; 2020-113,218,183 issued) | | 109,218 | | 113,218 |
| Additional paid-in-capital | | 520,564 | | 527,435 |
| Accumulated other comprehensive income (loss) | | 2,677,583 | | 3,029,244 |
| Retained earnings | | 6,182,100 | | 5,874,109 |
| Treasury stock, at cost: (2021-9,650,845 shares; 2020-9,420,699 shares) | | (846,659) | | (772,914) |
| Total shareholders' equity | | 8,642,806 | | 8,771,092 |
| Total liabilities and shareholders' equity | $ | 29,768,048 | $ | 29,046,731 |

See accompanying Notes to Consolidated Financial Statements.

56

Table of Contents

**Globe Life Inc.**
**Notes to Consolidated Financial Statements**
(Dollar amounts in thousands, except per share data)

*Current Expected Credit Loss Reserve (commercial mortgage loans)*: The Company evaluates the performance and credit quality of the commercial mortgage loan portfolio at least on a quarterly basis, or as needed, by utilizing common metrics such as loan-to-value or debt-service ratios as well as covenants, local market conditions, borrower quality, and underlying collateral. The fair value of the underlying collateral is based on a third-party appraisal of the property at origination of the loan. The fair value is assessed on an annual basis or more frequently when a loan is materially underperforming, 30 days delinquent, or in technical default. The Company determines the probability of estimated losses for the commercial mortgage loan portfolio on a pool basis each quarter and records an allowance. The allowance for credit losses is based on estimates, historical experience, probability of loss, value of the underlying collateral, and macro factors that affect the collectability of the loan. Each loan within the pool is assigned a risk rating (credit quality indicator) of low, medium, and high based on risk and expected future performance. A loan that is assigned as high risk would have a higher probability of a potential principal loss. The assigned risk category and the estimated loss rate is adjusted each quarter for current and forecasted economic factors management believes are relevant.

If management determines that foreclosure of a particular property is probable, the Company may elect the practical expedient for an individual mortgage loan to estimate the expected credit losses, which are based on the fair value of the property less amortized cost, adjusted for selling and other associated costs. See *Note 4* for current activity.
*Cash*: "Cash" consists of balances on hand and on deposit in banks and financial institutions.

*Accrued investment income*: "Accrued investment income" consists of interest income or dividends earned on the investment portfolio, but which are yet to be received as of the balance sheet date. The Company will write-off accrued investment income that is deemed to be uncollectible related to the fixed maturities.

"Accrued investment income" also consists of interest income earned on the commercial mortgage loan portfolio, but which is yet to be received as of the balance sheet date. Accrued investment income will be placed in nonaccrual status at the time the loan is 90 days delinquent or otherwise deemed to be uncollectible by management. Any currently accrued investment income will subsequently be written off. As of December 31, 2021, the accrued interest receivable for commercial mortgage loans was $389 thousand. Commercial mortgage loans generally pay interest monthly, therefore accrued interest is typically for a period of less than 30 days.

As a practical expedient, the Company excludes the accrued investment income from the amortized cost basis of the investment and separately reports it in another financial statement line item, "Accrued investment income." Additionally, the amount will be excluded from disclosures within *Note 4-Investments*.

*Other Receivables*: Agent debit balances primarily represent commissions advanced to insurance agents, a common industry practice. These balances are repaid to the Company over time, generally one year, as the premiums associated with the advanced commissions are collected by the Company and a portion of the agents' commissions on such premiums are retained in order to repay the balances. The balances were $467 million at December 31, 2021 and $456 million at December 31, 2020. When an agent sells a policy, commissions are advanced to the agent, and the collection of the advance is made as long as the policy stays in force. While there is a susceptibility to loss should an agent terminate or excessive policy lapses occur, the ability of the Company to continue to collect an agent's commission streams over time from prior sales of policies reduces the Company's exposure to loss.

The Company has a very low inherent risk with regards to the collection of agent debit balances and views these balances as recoverable since they are, in aggregate, less than the estimated present value of future commissions discounted at a conservative rate which includes assumptions for lapses and mortality. The Company's security, or collateral, is in the form of future commission streams collected over the life of the policies sold by the respective agents, which ultimately revert to the Company in the event an agent is terminated. The Company evaluated the agent debit balances on a pool basis to determine the allowance for credit losses, as the loans have similar characteristics. A provision for credit losses will be recorded in "Realized gains (losses)" on the *Consolidated Statements of Operations* and the asset balance will be reflected in agent debit balances, net of allowance for credit losses ("Other receivables"). Based on factors considered by management, there were no additional credit losses

GL 2021 FORM 10-K

Table of Contents

**Globe Life Inc.**
**Notes to Consolidated Financial Statements**
(Dollar amounts in thousands, except per share data)

recorded during the year ended December 31, 2021. As of December 31, 2021, the allowance for credit losses was $1.2 million.

*Deferred Acquisition Costs*: Certain costs of acquiring new insurance business are deferred and recorded as an asset. These costs are essential for the acquisition of new insurance business and are directly related to the successful issuance of an insurance contract including sales commissions, policy issue costs, and underwriting costs. Additionally, deferred acquisition costs (DAC) include the value of business acquired (VOBA), which are the costs of acquiring blocks of insurance from other companies or through the acquisition of other companies. These costs represent the difference between the fair value of the contractual insurance assets acquired and liabilities assumed compared against the assets and liabilities for insurance contracts that the Company issues or holds measured in accordance with GAAP.

DAC and VOBA are amortized in a systematic manner which matches these costs with the associated revenues. Policies other than universal life-type policies are amortized with interest over the estimated premium-paying period of the policies in a manner which charges each year's operations in proportion to the receipt of premium income. Universal life-type policies are amortized with interest in proportion to estimated gross profits. The assumptions used to amortize acquisition costs include interest, mortality, morbidity, and persistency, and are consistent with those used to estimate the liability for future policy benefits. For interest-sensitive and deposit-type products, these assumptions are reviewed on a regular basis and are revised if actual experience differs significantly from original expectations. For all other products, amortization assumptions are generally not revised once established.

DAC and VOBA are subject to periodic recoverability and loss recognition testing to determine if there is a premium deficiency. These tests evaluate whether the present value of future contract-related cash flows will support the capitalized DAC and VOBA assets. These cash flows consist primarily of premium income, less benefits and expenses. The present value of these cash flows, less the benefit reserve, is then compared with the unamortized deferred acquisition cost balance. In the event the estimated present value of net cash flows is less, the deficiency would be recognized by a charge to earnings and either a reduction of unamortized acquisition costs or an increase in the liability for future benefits, as described under the caption *Future Policy Benefits*. Refer to *Note 5-Deferred Acquisition Costs*.

*Advertising Costs*: Costs related to advertising are generally charged to expense as incurred. However, certain Direct to Consumer advertising costs are capitalized when there is a reliable and demonstrated relationship between total costs and future benefits that is a direct result of incurring these costs. Direct to Consumer advertising costs consist primarily of the production and distribution costs of direct mail advertising materials, and when capitalized are included as a component of DAC. Additionally, they are amortized in the same manner as other DAC. Direct to Consumer advertising costs charged to earnings and included in other operating expense were $10.0 million, $9.8 million, and $9.5 million in 2021, 2020, and 2019, respectively. Unamortized capitalized advertising costs included within DAC were $1.4 billion at December 31, 2021 and $1.4 billion at December 31, 2020.

*Goodwill:* The excess cost of a business acquired over the fair value of net assets acquired is reported as goodwill. In accordance with the guidance, goodwill is subject to impairment testing on an annual basis, or whenever potential impairment triggers occur. Impairment testing involves the performance of a qualitative analysis, which involves assessing current events and circumstances to determine if it is more likely than not that the fair value of a reporting unit is less than its carrying amount. In the event the fair value is less than the carrying value, further testing is required to determine the amount of impairment, if any. If there is an impairment in the goodwill of any reporting unit, it is written down and charged to earnings in the period of the test. Globe Life tests its goodwill annually as of June 30th for each of the years 2019 through 2021. The Company's goodwill was not impaired in any of those periods.

*Low-Income Housing Tax Credit Interests:* Globe Life invests in limited partnerships that provide low-income housing tax credits and other related federal income tax benefits to the Company. Globe Life holds passive interests in limited partnerships that provide investment returns through the provision of tax benefits (principally from the transfer of federal or state tax credits related to federal low-income housing). These investments are considered to be VIEs and do not qualify for consolidation. The carrying value of the Company's investment in these entities was

Table of Contents

## SIGNATURES

Pursuant to the requirements of Section 12 or 15(d) of the Securities Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Globe Life Inc.**

By:    /s/ GARY L. COLEMAN
_____
**Gary L. Coleman**
**Co-Chairman and Chief Executive Officer and Director**

By:    /s/ LARRY M. HUTCHISON
_____
**Larry M. Hutchison**
**Co-Chairman and Chief Executive Officer and Director**

By:    /s/ FRANK M. SVOBODA
_____
**Frank M. Svoboda**
**Executive Vice President and Chief Financial Officer**

By:    /s/ M. SHANE HENRIE
_____
**M. Shane Henrie**
**Corporate Senior Vice President and Chief Accounting Officer**

Date: February 23, 2022

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By:    /s/ CHARLES E. ADAIR *
_____
**Charles E. Adair**
**Director**

By:    /s/ JANE BUCHAN *
_____
**Jane M. Buchan**
**Director**

By:    /s/ LINDA L. ADDISON *
_____
**Linda L. Addison**
**Director**

By:    /s/ ROBERT W. INGRAM *
_____
**Robert W. Ingram**
**Director**

By:    /s/ MARILYN A. ALEXANDER *
_____
**Marilyn A. Alexander**
**Director**

By:    /s/ STEVEN P. JOHNSON *
_____
**Steven P. Johnson**
**Director**

By:    /s/ CHERYL D. ALSTON *
_____
**Cheryl D. Alston**
**Director**

By:    /s/ DARREN M. REBELEZ *
_____
**Darren M. Rebelez**
**Director**

By:    /s/ MARK A. BLINN *
_____
**Mark A. Blinn**
**Director**

By:    /s/ MARY E. THIGPEN *
_____
**Mary E. Thigpen**
**Director**

By:    /s/ JAMES P. BRANNEN *
_____
**James P. Brannen**
**Director**

Date: February 23, 2022

*By:    /s/ FRANK M. SVOBODA
_____
**Frank M. Svoboda**
**Attorney-in-fact**