# Exhibit 6

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

(Mark one)

**[ ☒ ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2022

or

**[ ☐ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _ to _

Commission file number: 001-08052

# GLOBE LIFE INC.
(Exact name of registrant as specified in its charter)

| Delaware | 63-0780404 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 3700 South Stonebridge Drive, McKinney, TX | 75070 |
| (Address of principal executive offices) | (Zip Code) |

972-569-4000
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $1.00 par value per share | GL | New York Stock Exchange |
| 4.250% Junior Subordinated Debentures | GL PRD | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.

Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.:

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Indicate by checkmark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements.

Indicate by checkmark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b).

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes  No  ☒

As of June 30, 2022, the aggregate market value of the registrant's common stock held by non-affiliates of the registrant was $9.3 billion based on the closing sale price as reported on the New York Stock Exchange.

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

| Class | Outstanding as of January 31, 2023 |
|---|---|
| Common Stock, $1.00 par value per share | 96,497,627 shares |

**DOCUMENTS INCORPORATED BY REFERENCE**

| Document | Parts Into Which Incorporated |
|---|---|
| Proxy Statement for the Annual Meeting of Stockholders to be held on April 27, 2023 (Proxy Statement) | Part III |

GL 2022 FORM 10-K

Table of Contents

**Globe Life Inc.**
**Consolidated Balance Sheets**
**(Dollar amounts in thousands, except per share data)**

| | | December 31, | | |
|---|---|---|---|---|
| | | **2022** | | **2021** |
| **Assets:** | | | | |
| Investments: | | | | |
| Fixed maturities-available for sale, at fair value (amortized cost: 2022-$18,301,692; 2021-$17,805,309, allowance for credit losses: 2022- $0; 2021- $387) | $ | 16,503,365 | $ | 21,305,287 |
| Policy loans | | 614,866 | | 589,634 |
| Other long-term investments (includes: 2022-$768,689; 2021-$640,263 under the fair value option) | | 976,016 | | 793,925 |
| Short-term investments | | 114,121 | | 69,145 |
| Total investments | | 18,208,368 | | 22,757,991 |
| Cash | | 92,559 | | 92,163 |
| Accrued investment income | | 259,581 | | 251,307 |
| Other receivables | | 484,887 | | 487,443 |
| Deferred acquisition costs | | 5,249,907 | | 4,914,728 |
| Goodwill | | 481,791 | | 481,791 |
| Other assets | | 760,066 | | 782,625 |
| Total assets | $ | 25,537,159 | $ | 29,768,048 |
| **Liabilities:** | | | | |
| Future policy benefits | $ | 16,721,846 | $ | 16,034,727 |
| Unearned and advance premium | | 60,742 | | 65,472 |
| Policy claims and other benefits payable | | 430,027 | | 412,940 |
| Other policyholders' funds | | 123,362 | | 98,935 |
| Total policy liabilities | | 17,335,977 | | 16,612,074 |
| Current and deferred income taxes | | 686,172 | | 1,765,021 |
| Short-term debt | | 449,103 | | 479,644 |
| Long-term debt (estimated fair value: 2022-$1,440,277; 2021-$1,667,009) | | 1,627,952 | | 1,546,494 |
| Other liabilities | | 542,094 | | 722,009 |
| Total liabilities | | 20,641,298 | | 21,125,242 |
| **Commitments and Contingencies (Note 6)** | | | | |
| **Shareholders' equity:** | | | | |
| Preferred stock, par value $1 per share-5,000,000 shares authorized; outstanding: 0 in 2022 and 2021 | | - | | - |
| Common stock, par value $1 per share-320,000,000 shares authorized; outstanding: (2022-105,218,183 issued; 2021-109,218,183 issued) | | 105,218 | | 109,218 |
| Additional paid-in-capital | | 529,661 | | 520,564 |
| Accumulated other comprehensive income (loss) | | (1,415,714) | | 2,677,583 |
| Retained earnings | | 6,466,220 | | 6,182,100 |
| Treasury stock, at cost: (2022-8,478,288 shares; 2021-9,650,845 shares) | | (789,524) | | (846,659) |
| Total shareholders' equity | | 4,895,861 | | 8,642,806 |
| Total liabilities and shareholders' equity | $ | 25,537,159 | $ | 29,768,048 |

See accompanying Notes to Consolidated Financial Statements.

59

Table of Contents

**Globe Life Inc.**
**Notes to Consolidated Financial Statements**
(Dollar amounts in thousands, except per share data)

*Current Expected Credit Loss Reserve (commercial mortgage loans)*: The Company evaluates the performance and credit quality of the commercial mortgage loan portfolio at least on a quarterly basis, or as needed, by utilizing common metrics such as loan-to-value or debt-service ratios as well as covenants, local market conditions, borrower quality, and underlying collateral. The fair value of the underlying collateral is based on a third-party appraisal of the property at origination of the loan. The fair value is assessed on an annual basis or more frequently when a loan is materially underperforming, 30 days delinquent, or in technical default. The Company determines the probability of estimated losses for the commercial mortgage loan portfolio on a pool basis each quarter and records an allowance. The allowance for credit losses is based on estimates, historical experience, probability of loss, value of the underlying collateral, and macro factors that affect the collectability of the loan.

If management determines that foreclosure of a particular property is probable, the Company may elect the practical expedient for an individual mortgage loan to estimate the expected credit losses, which are based on the fair value of the property less amortized cost, adjusted for selling and other associated costs. See *Note 4* for current activity.

*Cash*: *"*Cash" consists of balances on hand and on deposit in banks and financial institutions.

*Accrued investment income*: "Accrued investment income" consists of interest income or dividends earned on the investment portfolio, but which are yet to be received as of the balance sheet date. The Company will write-off accrued investment income that is deemed to be uncollectible related to the fixed maturities.

"Accrued investment income" also consists of interest income earned on the commercial mortgage loan portfolio, but which is yet to be received as of the balance sheet date. Accrued investment income will be placed in nonaccrual status at the time the loan is 90 days delinquent or otherwise deemed to be uncollectible by management. Any currently accrued investment income will subsequently be written off. As of December 31, 2022, the accrued interest receivable for commercial mortgage loans was $903 thousand. Commercial mortgage loans generally pay interest monthly, therefore accrued interest is typically for a period of less than 30 days.

As a practical expedient, the Company excludes the accrued investment income from the amortized cost basis of the investment and separately reports it in another financial statement line item, "Accrued investment income." Additionally, the amount will be excluded from disclosures within *Note 4-Investments*.

*Other Receivables:* Agent debit balances primarily represent commissions advanced to insurance agents, a common industry practice. These balances are repaid to the Company over time, generally one year, as the premiums associated with the advanced commissions are collected by the Company and a portion of the agents' commissions on such premiums are retained in order to repay the balances. The balances were $460 million at December 31, 2022 and $467 million at December 31, 2021. When an agent sells a policy, commissions are advanced to the agent, and the collection of the advance is made as long as the policy stays in force. While there is a susceptibility to loss should an agent terminate or excessive policy lapses occur, the ability of the Company to continue to collect an agent's commission streams over time from prior sales of policies reduces the Company's exposure to loss.

The Company has a very low inherent risk with regards to the collection of agent debit balances and views these balances as recoverable since they are, in aggregate, less than the estimated present value of future commissions discounted at a conservative rate which includes assumptions for lapses and mortality. The Company's security, or collateral, is in the form of future commission streams collected over the life of the policies sold by the respective agents, which ultimately revert to the Company in the event an agent is terminated. The Company evaluated the agent debit balances on a pool basis to determine the allowance for credit losses, as the loans have similar characteristics. A provision for credit losses will be recorded in "Realized gains (losses)" on the *Consolidated Statements of Operations* and the asset balance will be reflected in agent debit balances, net of allowance for credit losses ("Other receivables"). Based on factors considered by management, there were no additional credit losses recorded during the year ended December 31, 2022. As of December 31, 2022, the allowance for credit losses was $1.0 million.

*Deferred Acquisition Costs*: Certain costs of acquiring new insurance business are deferred and recorded as an asset. These costs are essential for the acquisition of new insurance business and are directly related to the

69

Table of Contents

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Globe Life Inc.**

By: _____/s/ J. MATTHEW DARDEN_____
**J. Matthew Darden**
**Co-Chief Executive Officer**

By: _____/s/ FRANK M. SVOBODA_____
**Frank M. Svoboda**
**Co-Chief Executive Officer**

By: _____/s/ THOMAS P. KALMBACH_____
**Thomas P. Kalmbach**
**Executive Vice President and Chief Financial Officer**

By: _____/s/ M. SHANE HENRIE_____
**M. Shane Henrie**
**Corporate Senior Vice President and Chief Accounting Officer**

Date: February 22, 2023

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By: _____/s/ LINDA L. ADDISON *_____
**Linda L. Addison**
**Director**

By: _____/s/ MARILYN A. ALEXANDER *_____
**Marilyn A. Alexander**
**Director**

By: _____/s/ CHERYL D. ALSTON *_____
**Cheryl D. Alston**
**Director**

By: _____/s/ MARK A. BLINN *_____
**Mark A. Blinn**
**Director**

By: _____/s/ JAMES P. BRANNEN *_____
**James P. Brannen**
**Director**

By: _____/s/ JANE BUCHAN *_____
**Jane Buchan**
**Director**

By: _____
**Alice S. Cho**
**Director**

By: _____/s/ GARY L. COLEMAN *_____
**Gary L. Coleman**
**Director**

By: _____/s/ LARRY M. HUTCHISON *_____
**Larry M. Hutchison**
**Director**

By: _____/s/ ROBERT W. INGRAM *_____
**Robert W. Ingram**
**Director**

By: _____/s/ STEVEN P. JOHNSON *_____
**Steven P. Johnson**
**Director**

By: _____/s/ DARREN M. REBELEZ *_____
**Darren M. Rebelez**
**Director**

By: _____
**David A. Rodriguez**
**Director**

By: _____/s/ MARY E. THIGPEN *_____
**Mary E. Thigpen**
**Director**

Date: February 22, 2023

*By: _____/s/ THOMAS P. KALMBACH_____
**Thomas P. Kalmbach**
**Attorney-in-fact**

GL 2022 FORM 10-K