# Exhibit 7

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

(Mark one)

**[ ☒ ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2023

or

**[ ☐ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _ to _

Commission file number: 001-08052

# GLOBE LIFE INC.
(Exact name of registrant as specified in its charter)

| Delaware | 63-0780404 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 3700 South Stonebridge Drive, McKinney, TX | 75070 |
| (Address of principal executive offices) | (Zip Code) |

972-569-4000
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $1.00 par value per share | GL | New York Stock Exchange |
| 4.250% Junior Subordinated Debentures | GL PRD | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.

Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.:

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☒

Indicate by checkmark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b).

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes  No  ☒

As of June 30, 2023, the aggregate market value of the registrant's common stock held by non-affiliates of the registrant was $10.4 billion based on the closing sale price as reported on the New York Stock Exchange.

Indicate the number of shares outstanding of each of the registrant's classes of common stock, as of the latest practicable date.

| Class | Outstanding as of January 31, 2024 |
|---|---|
| Common Stock, $1.00 par value per share | 93,707,838 shares |

**DOCUMENTS INCORPORATED BY REFERENCE**

| Document | Parts Into Which Incorporated |
|---|---|
| Proxy Statement for the Annual Meeting of Stockholders to be held on April 25, 2024 (Proxy Statement) | Part III |

GL 2023 FORM 10-K

Table of Contents

National Association of Insurance Commissioners (NAIC), insurance companies are examined periodically by one or more of the supervisory agencies.

*Risk-Based Capital (RBC)*-The NAIC requires that a risk-based capital formula be applied to all life and health insurers. The risk-based capital formula is a threshold formula rather than a target capital formula. It is designed only to identify companies that require regulatory attention and is not to be used to rate or rank companies that are adequately capitalized. All Globe Life's insurance subsidiaries are more than adequately capitalized under the risk-based capital formula. See further discussion of RBC in *Capital Resources*.

*Holding Company*-States have enacted legislation requiring registration and periodic reporting by insurance companies domiciled within their respective jurisdictions that control or are controlled by other corporations so as to constitute a holding company system. Globe Life Inc. and its subsidiaries have registered as a holding company system pursuant to such legislation in Indiana, Nebraska, Ohio, and New York.

Insurance holding company system statutes and regulations impose various limitations on investments in subsidiaries, and may require prior regulatory approval for material transactions between insurers and affiliates and for the payment of certain dividends and other distributions.

## Environmental, Social, and Governance (ESG)

Globe Life's sustainable business practices are a driver of the success and longevity that our Company has experienced since its origin. We plan to advance our sustainable business practices by further developing the Company's ESG strategy and have aligned disclosures with the Sustainability Accounting Standards Board (SASB) standards and the Task Force on Climate-related Financial Disclosures (TCFD) recommendations.

Environmental responsibility and sustainability are key components of our overall corporate responsibility efforts. We strive to reduce our impact on the environment by implementing green building initiatives at our corporate facilities, placing a company-wide emphasis on recycling and reducing waste generally, and focusing on efforts to reduce the use of paper and water. With respect to social matters, our focus continues to be on supporting a culture that is inclusive and attractive for all of our employees and independent sales agents. We are committed to maintaining a diverse workforce that reflects the communities in which we work. In addition, to enable the Company to appropriately respond to ESG-related challenges and opportunities, the Company has in place an ESG Committee, and the Board and its committees regularly engage with senior management on relevant ESG-related issues.

## Human Capital Management

Globe Life's talent base encompasses a broad range of experience that possesses the depth of critical skills to efficiently and effectively accomplish our business purpose and mission, serve our policyholders, and protect our shareholders' interests. Maintaining superior human capital is a key driver to the success and longevity that our Company has experienced since its origins dating back to the early 1900s. As of December 31, 2023, the Company had 3,636 full time, part-time, and temporary employees, a 3% increase over the prior year. The increase in headcount in 2023 was primarily to support the increased growth in recent periods, as well as lower attrition levels than normal. The Company engages over 15,400 independently-contracted insurance agents. Refer to Management's Discussion & Analysis for exclusive agent counts.

*People, Culture, and Community*

At Globe Life, we are united by our mission to-*Make Tomorrow Better*[1] and this starts with our employees and agents. Beyond providing insurance protection for millions of individuals, serving our policyholders and generating financial results for our shareholders, we focus on cultivating a healthy, positive culture and a thriving community within and among our campuses that is inclusive of and attractive for all. Globe Life promotes a diverse work force, where differences are celebrated and inclusiveness is embraced, to better enable our employees to consistently achieve outstanding individual and collective results. Our commitment to diversity starts at the top; of the 10 independent Board members, 60% are women and 30% are racial/ethnic minorities as of December 31, 2023.

[1]Per the Globe Life Employee Handbook, the Globe Life mission statement is "We help families *Make Tomorrow Better* by working to protect their financial future."

6

Table of Contents

**Globe Life Inc.**
**Consolidated Balance Sheets**
**(Dollar amounts in thousands, except per share data)**

| | | December 31, | | |
|---|---|---|---|---|
| | | **2023** | | **2022** |
| **Assets:** | | | | |
| Investments: | | | | |
| Fixed maturities-available for sale, at fair value (amortized cost: 2023-$18,924,914; 2022-$18,301,692, allowance for credit losses: 2023- $7,115; 2022- $0) | $ | 17,870,206 | $ | 16,503,365 |
| Mortgage loans | | 279,199 | | 181,305 |
| Policy loans | | 657,020 | | 614,866 |
| Other long-term investments (includes: 2023-$795,583; 2022-$768,689 under the fair value option) | | 835,878 | | 794,711 |
| Short-term investments | | 81,740 | | 114,121 |
| Total investments | | 19,724,043 | | 18,208,368 |
| Cash | | 103,156 | | 92,559 |
| Accrued investment income | | 270,396 | | 259,581 |
| Other receivables | | 630,223 | | 589,171 |
| Deferred acquisition costs | | 6,009,477 | | 5,535,697 |
| Goodwill | | 481,791 | | 481,791 |
| Other assets | | 832,413 | | 819,630 |
| Total assets | $ | 28,051,499 | $ | 25,986,797 |
| **Liabilities:** | | | | |
| Future policy benefits at current discount rates: (at original rates: 2023-$16,984,615; 2022-$16,355,726) | $ | 19,460,353 | $ | 18,097,341 |
| Unearned and advance premium | | 254,567 | | 253,360 |
| Policy claims and other benefits payable | | 514,875 | | 509,356 |
| Other policyholders' funds | | 236,958 | | 123,236 |
| Total policy liabilities | | 20,466,753 | | 18,983,293 |
| Current and deferred income taxes | | 494,639 | | 434,649 |
| Short-term debt | | 486,113 | | 449,103 |
| Long-term debt (estimated fair value: 2023-$1,491,229; 2022-$1,440,277) | | 1,629,559 | | 1,627,952 |
| Other liabilities | | 487,632 | | 542,223 |
| Total liabilities | | 23,564,696 | | 22,037,220 |
| **Commitments and Contingencies (Note 5)** | | | | |
| **Shareholders' equity:** | | | | |
| Preferred stock, par value $1 per share-5,000,000 shares authorized; outstanding: 0 in 2023 and 2022 | | - | | - |
| Common stock, par value $1 per share-320,000,000 shares authorized; outstanding: (2023-102,218,183 issued; 2022-105,218,183 issued) | | 102,218 | | 105,218 |
| Additional paid-in-capital | | 532,474 | | 529,661 |
| Accumulated other comprehensive income (loss) | | (2,772,419) | | (2,790,313) |
| Retained earnings | | 7,478,813 | | 6,894,535 |
| Treasury stock, at cost: (2023-8,426,854 shares; 2022-8,478,288 shares) | | (854,283) | | (789,524) |
| Total shareholders' equity | | 4,486,803 | | 3,949,577 |
| Total liabilities and shareholders' equity | $ | 28,051,499 | $ | 25,986,797 |

Prior period amounts have been adjusted for the adoption of ASU 2018-12 on January 1, 2023.

See accompanying Notes to Consolidated Financial Statements.

GL 2023 FORM 10-K

Table of Contents

**Globe Life Inc.**
**Notes to Consolidated Financial Statements**
(Dollar amounts in thousands, except per share data)

*Current Expected Credit Loss Reserve (mortgage loans):* The Company evaluates the performance and credit quality of the commercial mortgage loan portfolio at least on a quarterly basis, or as needed, by utilizing common metrics such as loan-to-value or debt-service ratios as well as covenants, local market conditions, borrower quality, and underlying collateral. The fair value of the underlying collateral is based on a third-party appraisal of the property at origination of the loan. The fair value is assessed on an annual basis or more frequently when a loan is materially underperforming, 30 days delinquent, or in technical default. The Company determines the probability of estimated losses for the commercial mortgage loan portfolio on a pool basis each quarter and records an allowance. The allowance for credit losses is based on estimates, historical experience, probability of loss, value of the underlying collateral, and macro factors that affect the collectability of the loan.

If management determines that foreclosure of a particular property is probable, the Company may elect the practical expedient for an individual mortgage loan to estimate the expected credit losses, which are based on the fair value of the property less amortized cost, adjusted for selling and other associated costs. See *Note 4* for current activity.

*Cash:* "Cash" consists of balances on hand and on deposit in banks and financial institutions.

*Accrued investment income:* "Accrued investment income" consists of interest income or dividends earned on the investment portfolio, but which are yet to be received as of the balance sheet date. The Company will write off accrued investment income that is deemed to be uncollectible related to the fixed maturities.

"Accrued investment income" also consists of interest income earned on the commercial mortgage loan portfolio, but which is yet to be received as of the balance sheet date. Accrued investment income will be placed in non-accrual status at the time the loan is 90 days delinquent or otherwise deemed to be uncollectible by management. Any currently accrued investment income will subsequently be written off. As of December 31, 2023, the accrued interest receivable for commercial mortgage loans was $1.7 million. Mortgage loans generally pay interest monthly, therefore accrued interest is typically for a period of less than 30 days.

As a practical expedient, the Company excludes the accrued investment income from the amortized cost basis of the investment and separately reports it in another financial statement line item, "Accrued investment income." Accordingly, the amount will be excluded from disclosures within *Note 4-Investments*.

*Other Receivables:* Agent debit balances primarily represent commissions advanced to insurance agents, a common industry practice. These balances are repaid to the Company over time, generally one year, as the premiums associated with the advanced commissions are collected by the Company and a portion of the agents' commissions on such premiums are retained in order to repay the balances. The balances were $501 million at December 31, 2023 and $460 million at December 31, 2022. When an agent sells a policy, commissions are advanced to the agent, and the collection of the advance is made as long as the policy stays in force. While there is a susceptibility to loss should an agent terminate or excessive policy lapses occur, the ability of the Company to continue to collect an agent's commission streams over time from prior sales of policies reduces the Company's exposure to loss.

The Company has a very low inherent risk with regard to the collection of agent debit balances and views these balances as recoverable since they are, in aggregate, less than the estimated present value of future commissions discounted at a conservative rate which includes assumptions for lapses and mortality. The Company's security, or collateral, is in the form of future commission streams collected over the life of the policies sold by the respective agents, which ultimately revert to the Company in the event an agent is terminated. The Company evaluated the agent debit balances on a pool basis to determine the allowance for credit losses, as the loans have similar characteristics. A provision for credit losses will be recorded in "Realized gains (losses)" on the *Consolidated Statements of Operations* and the asset balance will be reflected in agent debit balances, net of allowance for credit losses ("Other receivables"). Based on factors considered by management, there were no additional credit losses recorded during the year ended December 31, 2023. As of December 31, 2023, the allowance for credit losses was $1.2 million.

Table of Contents

### SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Globe Life Inc.**

By:    /s/ J. MATTHEW DARDEN
_____
**J. Matthew Darden**
**Co-Chairman and Chief Executive Officer and Director**

By:    /s/ FRANK M. SVOBODA
_____
**Frank M. Svoboda**
**Co-Chairman and Chief Executive Officer and Director**

By:    /s/ THOMAS P. KALMBACH
_____
**Thomas P. Kalmbach**
**Executive Vice President and Chief Financial Officer**

By:    /s/ M. SHANE HENRIE
_____
**M. Shane Henrie**
**Corporate Senior Vice President and Chief Accounting Officer**

Date: February 28, 2024

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| By: /s/ LINDA L. ADDISON * | By: /s/ MARILYN A. ALEXANDER * |
|---|---|
| **Linda L. Addison** | **Marilyn A. Alexander** |
| **Director** | **Director** |
| By: /s/ CHERYL D. ALSTON * | By: /s/ MARK A. BLINN * |
| **Cheryl D. Alston** | **Mark A. Blinn** |
| **Director** | **Director** |
| By: /s/ JAMES P. BRANNEN * | By: /s/ JANE BUCHAN * |
| **James P. Brannen** | **Jane Buchan** |
| **Director** | **Director** |
| By: /s/ ALICE S. CHO * | By: /s/ STEVEN P. JOHNSON * |
| **Alice S. Cho** | **Steven P. Johnson** |
| **Director** | **Director** |
| By: /s/ DAVID A. RODRIGUEZ * | By: /s/ MARY E. THIGPEN * |
| **David A. Rodriguez** | **Mary E. Thigpen** |
| **Director** | **Director** |

Date: February 28, 2024

*By:    /s/ THOMAS P. KALMBACH
_____
**Thomas P. Kalmbach**
**Attorney-in-fact**

155