# Exhibit 10

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

## FORM 10-Q

(Mark one)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended September 30, 2024

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

**Commission File Number: 001-08052**

# GLOBE LIFE INC.

(Exact name of registrant as specified in its charter)

| **Delaware** | **63-0780404** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**3700 South Stonebridge Drive, McKinney, Texas 75070**
(Address of principal executive offices) (Zip Code)

**(972) 569-4000**
(Registrant's telephone number, including area code)

## NONE
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, $1.00 par value per share | GL | New York Stock Exchange |
| 4.250% Junior Subordinated Debentures | GL PRD | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

| **Class** | **Outstanding at October 31, 2024** |
|---|---|
| Common Stock, $1.00 Par Value | 83,945,064 |

Table of Contents

**Globe Life Inc.**
**Notes to Condensed Consolidated Financial Statements**
(Dollar amounts in thousands, except per share data)

**Note 12-Business Segments**

Globe Life is organized into
four segments: life insurance, supplemental health insurance, annuities, and investments. In addition, other expenses not included in these segments are reported in "Corporate & Other."

Globe Life's reportable insurance segments are based on the insurance product lines it markets and administers: life insurance, supplemental health insurance, and annuities. These major product lines are set out as reportable segments because of the common characteristics of products within these categories, comparability of margins, and the similarity in regulatory environment and management techniques. There is also an investment segment that manages the investment portfolio and cash flow for the insurance segments and the corporate function. The Company's chief operating decision makers evaluate the overall performance of the operations of the Company in accordance with these segments.

Life insurance products marketed by Globe Life include traditional whole life and term life insurance. Health insurance products are generally guaranteed renewable and include Medicare Supplement, cancer, critical illness, accident, and other limited-benefit supplemental hospital and surgical products. Annuities include fixed-benefit contracts.

The following tables present segment premium revenue by each of Globe Life's distribution channels.

**Premium Income by Distribution Channel**

**Three Months Ended September 30, 2024**

| | Life | | Health | | Annuity | | Total | |
|---|---|---|---|---|---|---|---|---|
| Distribution Channel | Amount | % of Total | Amount | % of Total | Amount | % of Total | Amount | % of Total |
| American Income | $ 427,839 | 52 | $ 31,277 | 9 | $ - | - | $ 459,116 | 39 |
| Direct to Consumer | 246,425 | 30 | 18,072 | 5 | - | - | 264,497 | 23 |
| Liberty National | 93,625 | 12 | 47,277 | 13 | - | - | 140,902 | 12 |
| United American | 1,608 | - | 149,510 | 42 | - | - | 151,118 | 13 |
| Family Heritage | 1,684 | - | 107,819 | 31 | - | - | 109,503 | 9 |
| Other | 47,457 | 6 | - | - | - | - | 47,457 | 4 |
| | $ 818,638 | 100 | $ 353,955 | 100 | $ - | - | $ 1,172,593 | 100 |

**Three Months Ended September 30, 2023**

| | Life | | Health | | Annuity | | Total | |
|---|---|---|---|---|---|---|---|---|
| Distribution Channel | Amount | % of Total | Amount | % of Total | Amount | % of Total | Amount | % of Total |
| American Income | $ 400,214 | 51 | $ 30,535 | 9 | $ - | - | $ 430,749 | 39 |
| Direct to Consumer | 247,858 | 32 | 17,153 | 5 | - | - | 265,011 | 24 |
| Liberty National | 88,199 | 11 | 46,643 | 14 | - | - | 134,842 | 12 |
| United American | 1,802 | - | 137,077 | 42 | - | - | 138,879 | 12 |
| Family Heritage | 1,561 | - | 99,828 | 30 | - | - | 101,389 | 9 |
| Other | 48,465 | 6 | - | - | - | - | 48,465 | 4 |
| | $ 788,099 | 100 | $ 331,236 | 100 | $ - | - | $ 1,119,335 | 100 |

Table of Contents

**GLOBE LIFE INC.**
**Management's Discussion & Analysis**

Excluding our Direct to Consumer Division, we sell our policies primarily through independently contracted agents ("agents") who earn commissions in accordance with contracts they have with the respective insurance subsidiary of the Company. These contract arrangements with agents cover commission structures and rates, contract periods, credit terms for settlement of agent advance accounts, vesting rights in future renewal commissions upon termination of contracts and responsibility for premium collections. Contract terms with agents vary, but generally commissions are earned over the life of the policy as premiums are paid. Commissions are calculated on a policy-by-policy basis and vary by product type and policy year. Commission rates are higher for the first-year premium when a policy is issued and are generally reduced for policies that remain in effect for renewal periods (e.g., commission rates may reduce in years 2-10 and again in year 11 and after). After a certain period (typically 10 years), commission rates become constant over the remaining life of the policy and are considered level commissions.

Generally, commissions are paid to an agent when due over the life of a policy as premiums are paid. However, some agents may qualify to have their commissions (primarily first-year commissions) paid in advance of when the commissions are earned. To the extent an advance is made, we will generally advance up to 65% of first year commissions. This creates an agent debit balance which is classified within "Other receivables" in the consolidated financial statements. If an agent has an agent debit balance with the Company, commissions earned by that agent are generally first applied to reduce the amounts owed the company. Any excess will be paid to the agent in cash.

Commissions are earned by the agent over the contract period as long as premium is paid by the policyholder and the policy stays in force. As the commissions are earned by the agent and commission expense is incurred by the Company the agent debit balance is reduced. The portion of commission expense incurred related to non-level commissions is deferred and recorded as "Deferred acquisition cost." The portion of level commission is recognized as an expense within "Commissions, premium taxes, and non-deferred acquisition costs."

The Company continues to see positive signs in its core operations, including sales and premium growth, and a consistent operating ROE, excluding accumulated other comprehensive income, generally in the mid-teens.

62

Table of Contents

**Globe Life Inc.**
**Management's Discussion & Analysis**

A discussion of life operations by distribution channel follows.

The **American Income Life Division** markets to members of labor unions and other affinity groups and continues to diversify its lead sources, utilizing third-party internet vendor leads and obtaining referrals to facilitate sustainable growth. This Division is Globe Life's largest contributor of life premium of any distribution channel at 52% of the Company's September 30, 2024 total life premium. For the nine months ended September 30, 2024, the average monthly life premium issued per policy was $56 as compared to $53 for the same period in the prior year. Net sales were $289 million for the nine months ended September 30, 2024, up from $246 million in the year-ago period. The underwriting margin, as a percent of premium, was 47% for the nine months ended September 30, 2024 up from 45% in the year ago period.

Below is the average producing agent count for the nine months ended September 30, 2024 for the American Income Life Division. The average producing agent count is based on the actual count at the beginning and end of each week during the year. The average producing agent count increased 12% over the year-ago period, and over 65% of the Division's net sales are driven by agents that have been producing for the Division for 6 months or more. The increase in average producing agent count was driven by an increase in new agent recruiting along with continued improvement in new agent retention. Sales growth in this Division, as well as within our other exclusive agencies, is generally dependent on growth in the size of the agency force.

|  | At September 30, | | Change | |
|  | 2024 | 2023 | Amount | % |
|---|---|---|---|---|
| American Income | 11,680 | 10,395 | 1,285 | 12 |

American Income Life continues to focus on growing and strengthening the agency force, specifically through emphasis on agency middle-management growth and additional agency office openings. In addition to offering financial incentives and training opportunities, the Division has made considerable investments in information technology, including a customer relationship management (CRM) tool for the agency force. This tool is designed to drive productivity in lead distribution, conservation of business, manager dashboards and new agent recruiting. Additionally, this Division has invested in and successfully implemented technology that allows the agency force to engage in virtual recruiting, training, and sales activity. The agents have shifted to primarily a virtual experience with the customers and have generated a vast majority of sales through virtual presentations. We find this flexibility to be enticing for new recruits as well as a driver of sustainability for our agency force.

The **Direct to Consumer Division (DTC)** offers adult and juvenile life insurance through a variety of marketing approaches, including direct mailings, insert media, and electronic media. In recent years, production from electronic media, which is comprised of sales through both the internet and inbound phone calls to our call center, continue to be the customer preference when compared to direct mail. The proportion of sales from the internet and inbound phone calls continue to outpace the activity from the direct mailings, but all three channels continue to work in an omnichannel approach. The different media channels support and complement one another in the Division's efforts to reach the consumer. Additionally, this channel provides critical support to our agency business through brand impressions and the generation of sales leads. DTC's long-term growth has been fueled by constant innovation and name recognition. We continually introduce new initiatives in this Division in an attempt to increase response rates and create a seamless customer experience.

The juvenile market is an important source of sales, it is also a vehicle to reach the parents and grandparents of juvenile policyholders, who are more likely to respond favorably to a DTC solicitation for life coverage on themselves in comparison to the general adult population. Also, future offerings to juvenile policyholders and their parents are sources of lower acquisition-cost life insurance sales in the future.

DTC net sales declined 8% to $83 million for the nine months ended September 30, 2024 compared with $91 million for the same period in the prior year. This decline is due primarily to the management of direct mail and mailing insert marketing activity resulting from the impact of inflation on postage, paper and online advertising costs. While total sales have declined, the focus has been on improving profitability and improving the underwriting margin. DTC's underwriting margin, as a percent of premium, was 28% for the nine months ended September 30, 2024 compared with 24% for the same period in 2023.

Table of Contents

**Globe Life Inc.**
**Management's Discussion & Analysis**

The **Liberty National Division** markets individual life insurance to middle-income household and worksite customers. Recent investments in new sales technologies as well as recent growth in middle management within the agency are expected to help continue this growth. The underwriting margin as a percent of premium was 38% for the nine months ended September 30, 2024, up from 32% during the same period a year ago. The increase is primarily attributable to increased premiums and lower policy obligations as a percent of premium during the first nine months of 2024 as compared to same period in 2023. For the nine months ended September 30, 2024, the average monthly life premium per policy issued was $43 down slightly from the prior year period.

Net sales rose 4% in the nine months ended September 30, 2024 over the same period in 2023 due primarily to increased agent count.

Below is the average producing agent count for the nine months ended September 30, 2024 and 2023 for the Liberty National Division. The average producing agent count is based on the actual count at the beginning and end of each week during the year.

| | At September 30, | | Change | |
| --- | --- | --- | --- | --- |
| | **2024** | **2023** | **Amount** | **%** |
| Liberty National | 3,638 | 3,177 | 461 | 15 |

The Liberty National Division average producing agent count increased significantly compared with the prior-year comparable period. We continue to execute our long-term plan to grow this agency through expansion from small-town markets in the Southeast to more densely populated areas with larger pools of potential agent recruits and customers. Continued expansion of this agency's presence into more heavily populated, less-penetrated areas will help create long-term agency growth. In addition to the aforementioned geographic expansion, we have also started a campaign of market expansion to increase our agency presence in cities where we currently have offices, but not enough to properly serve the community, region, area and city. These tend to be larger geographic cities which will help create long-term sustainable agency growth. Additionally, the agency continues to help improve the ability of agents to develop new worksite marketing business. Systems that have been put in place, including the addition of a CRM platform and enhanced analytical capabilities, have helped the agents develop additional worksite marketing opportunities as well as improve the productivity of agents selling in the individual life market. As the Division continues to gain momentum in its sales and recruiting initiatives, as well as advances in its technology and CRM platform, the agency anticipates continued growth in recruiting activity and average producing agent count and projects sales growth for the full year.

The **Other** agency distribution channels primarily include non-exclusive independent agencies selling primarily life insurance. The other distribution channels contributed $153 million of life premium income, or 6% of Globe Life's total life premium income in the nine months ended September 30, 2024, and contributed 2% of net sales for the period.

**HEALTH INSURANCE**

Health insurance sold by the Company primarily includes Medicare Supplement insurance including Retiree Health Insurance business, accident coverage, and other limited-benefit supplemental health products including accident, cancer, critical illness, heart, and intensive care products.

Health premium accounted for 30% of our total premium in 2024, while the health underwriting margin accounted for 22% of total underwriting margin. Health underwriting margin increased slightly to $281 million compared to $280 million in the prior year. While the Company continues to emphasize life insurance sales relative to health due to life's superior long-term profitability and its greater contribution to excess investment income, the health business provides a significant contribution to return on equity as it does not require a substantial amount of up-front capital.

Table of Contents

**Globe Life Inc.**
**Management's Discussion & Analysis**

Below is the average producing agent count at the end of the period for the Family Heritage Division. The average producing agent count is based on the actual count at the beginning and end of each week during the year. The average producing agent count was slightly higher than compared with the same period a year ago. The Division has recently increased efforts to grow agent count and middle management. While growth in net sales and earned premium is impacted by agent productivity, growth in the number of average producing agents is what will ultimately be the primary driver of future growth in sales, similar to our other exclusive agencies.

|  | At September 30, | | Change | |
| --- | --- | --- | --- | --- |
|  | 2024 | 2023 | Amount | % |
| Family Heritage | 1,362 | 1,322 | 40 | 3 |

The **Liberty National Division** represented 14% of all Globe Life health premium income for the nine months ended September 30, 2024. The Liberty National Division markets limited-benefit supplemental health products, consisting primarily of cancer and critical illness insurance. Much of Liberty National's health business is generated through worksite marketing targeting small businesses. Health premium at the Liberty National Division was $143 million for the nine months ended September 30, 2024 up from $141 million for the same period in 2023. Liberty National's first-year collected premium rose 13% to $21 million in the nine months ended September 30, 2024 compared with $19 million for the same period in 2023. Health net sales for the nine months ended September 30, 2024 rose 1% from the comparable period in 2023. For the nine months ended September 30, 2024 and 2023, underwriting margin as a percent of premium was 56%.

While both the **American Income Life Division** and the **Direct to Consumer Division** sell life insurance, they also market health products. The American Income Life Division primarily markets accident plans. The Direct to Consumer Division primarily markets Medicare Supplements to employer or union-sponsored groups. On a combined basis, these other channels accounted for 14% of health premium for the nine months ended September 30, 2024 and 2023.

**ANNUITIES**

Annuities represent an insignificant part of our business. We do not currently market stand-alone fixed or deferred annuity products, favoring instead protection-oriented life and supplemental health insurance products.

**INVESTMENTS**

We manage our capital resources, including investments and cash flow, through the investment segment. Excess investment income represents the profit margin attributable to investment operations and is the measure that we use to evaluate the performance of the investment segment as described in *Note 12-Business Segments*. It is defined as net investment income less the required interest attributable to policy liabilities.

Management also views excess investment income per diluted common share as an important and useful measure to evaluate the performance of the investment segment. It is defined as excess investment income divided by the total diluted weighted average shares outstanding, representing the contribution by the investment segment to the consolidated earnings per share of the Company. As excess investment income per diluted common share incorporates all invested assets and insurance liabilities, we view excess investment income per diluted common share as a useful measure to evaluate the investment segment.

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**GLOBE LIFE INC.**

Date: November 6, 2024                    /s/ J. Matthew Darden
_____
J. Matthew Darden
Co-Chairman and Chief Executive Officer


Date: November 6, 2024                    /s/ Frank M. Svoboda
_____
Frank M. Svoboda
Co-Chairman and Chief Executive Officer


Date: November 6, 2024                    /s/ Thomas P. Kalmbach
_____
Thomas P. Kalmbach
Executive Vice President and Chief Financial Officer


96

GL Q3 2024 FORM 10-Q