# Exhibit 11

**TORCHMARK CORPORATION**

Life Annualized Premium In Force Rollforward and Lapse Rates

(In Thousands)

| | 4Q 2014 | | 3Q 2014 | | 2Q 2014 | | 1Q 2014 | | 4Q 2013 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | $ | Lapse Rate | $ | Lapse Rate | $ | Lapse Rate | $ | Lapse Rate | $ | Lapse Rate |
| **American Income Life** | | | | | | | | | | |
| Beginning of Qtr | $ 794,833 | | $ 781,649 | | $ 758,062 | | $ 749,165 | | $ 741,680 | |
| Net Sales | 46,156 | | 43,362 | | 44,628 | | 38,125 | | 37,624 | |
| Lapses | | | | | | | | | | |
| First Year | (14,029) | 9.95% | (11,196) | 8.23% | (10,369) | 8.02% | (10,960) | 8.70% | (12,497) | 9.77% |
| Renewal Year | (14,659) | 2.25% | (14,303) | 2.23% | (14,013) | 2.24% | (14,363) | 2.33% | (14,583) | 2.40% |
| | (28,688) | 3.63% | (25,499) | 3.28% | (24,382) | 3.23% | (25,323) | 3.41% | (27,080) | 3.68% |
| Deaths and Other * | (4,366) | | (4,679) | | 3,341 | | (3,905) | | (3,059) | |
| End of Qtr | $ 807,935 | | $ 794,833 | | $ 781,649 | | $ 758,062 | | $ 749,165 | |
| **Direct Response** | | | | | | | | | | |
| Beginning of Qtr | $ 718,014 | | $ 713,833 | | $ 705,695 | | $ 688,866 | | $ 688,607 | |
| Net Sales | 37,768 | | 35,464 | | 44,418 | | 40,439 | | 34,373 | |
| Lapses | | | | | | | | | | |
| First Year | (18,225) | 17.65% | (17,494) | 16.77% | (13,634) | 13.64% | (12,710) | 13.87% | (17,506) | 18.85% |
| Renewal Year | (14,276) | 2.43% | (14,219) | 2.45% | (12,425) | 2.17% | (13,850) | 2.46% | (13,729) | 2.45% |
| | (32,501) | 4.71% | (31,713) | 4.63% | (26,058) | 3.87% | (26,560) | 4.06% | (31,235) | 4.79% |
| Deaths and Other * | (2,020) | | 430 | | (10,222) | | 2,950 | | (2,879) | |
| End of Qtr | $ 721,261 | | $ 718,014 | | $ 713,833 | | $ 705,695 | | $ 688,866 | |
| **Liberty National** | | | | | | | | | | |
| Beginning of Qtr | $ 285,715 | | $ 285,528 | | $ 285,162 | | $ 287,079 | | $ 288,767 | |
| Net Sales | 9,414 | | 8,876 | | 8,732 | | 7,380 | | 8,194 | |
| Lapses | | | | | | | | | | |
| First Year | (2,970) | 9.09% | (2,753) | 8.71% | (2,236) | 7.20% | (2,401) | 7.95% | (2,681) | 8.68% |
| Renewal Year | (5,463) | 2.16% | (5,085) | 2.00% | (5,165) | 2.03% | (6,436) | 2.52% | (6,077) | 2.37% |
| | (8,433) | 2.95% | (7,838) | 2.75% | (7,401) | 2.59% | (8,837) | 3.09% | (8,758) | 3.04% |
| Deaths and Other * | (1,495) | | (851) | | (965) | | (460) | | (1,124) | |
| End of Qtr | $ 285,201 | | $ 285,715 | | $ 285,528 | | $ 285,162 | | $ 287,079 | |

* Include foreign exchange adjustments, changes in coverage and timing differences

**TORCHMARK CORPORATION**

Life Annualized Premium In Force Rollforward and Lapse Rates

(In Thousands)

| | 4Q 2015 $ | 4Q 2015 Lapse Rate | 3Q 2015 $ | 3Q 2015 Lapse Rate | 2Q 2015 $ | 2Q 2015 Lapse Rate | 1Q 2015 $ | 1Q 2015 Lapse Rate | 4Q 2014 $ | 4Q 2014 Lapse Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| **American Income Life** | | | | | | | | | | |
| Beginning of Qtr | $ 860,648 | | $ 844,735 | | $ 820,160 | | $ 807,935 | | $ 794,833 | |
| Net Sales | 50,265 | | 50,425 | | 50,212 | | 47,144 | | 46,156 | |
| Lapses | | | | | | | | | | |
| First Year | (14,379) | 8.78% | (13,985) | 8.84% | (11,875) | 7.82% | (12,499) | 8.63% | (14,029) | 9.95% |
| Renewal Year | (14,843) | 2.14% | (14,701) | 2.16% | (13,676) | 2.05% | (14,009) | 2.13% | (14,659) | 2.25% |
| | (29,222) | 3.41% | (28,686) | 3.42% | (25,551) | 3.13% | (26,508) | 3.30% | (28,688) | 3.63% |
| Deaths and Other * | (1,670) | | (5,826) | | (86) | | (8,411) | | (4,366) | |
| End of Qtr | $ 880,021 | | $ 860,648 | | $ 844,735 | | $ 820,160 | | $ 807,935 | |
| **Globe Life Direct Response** | | | | | | | | | | |
| Beginning of Qtr | $ 755,464 | | $ 751,659 | | $ 737,170 | | $ 721,261 | | $ 718,014 | |
| Net Sales | 36,707 | | 38,198 | | 44,630 | | 44,813 | | 37,768 | |
| Lapses | | | | | | | | | | |
| First Year | (18,293) | 17.02% | (19,562) | 17.71% | (14,358) | 13.24% | (13,894) | 13.60% | (18,225) | 17.65% |
| Renewal Year | (13,429) | 2.16% | (13,682) | 2.23% | (12,266) | 2.04% | (13,807) | 2.34% | (14,276) | 2.43% |
| | (31,722) | 4.35% | (33,244) | 4.60% | (26,624) | 3.75% | (27,701) | 4.00% | (32,501) | 4.71% |
| Deaths and Other * | (2,931) | | (1,149) | | (3,517) | | (1,203) | | (2,020) | |
| End of Qtr | $ 757,518 | | $ 755,464 | | $ 751,659 | | $ 737,170 | | $ 721,261 | |
| **Liberty National** | | | | | | | | | | |
| Beginning of Qtr | $ 284,779 | | $ 285,064 | | $ 284,235 | | $ 285,201 | | $ 285,715 | |
| Net Sales | 8,955 | | 9,006 | | 9,275 | | 8,546 | | 9,414 | |
| Lapses | | | | | | | | | | |
| First Year | (3,031) | 8.74% | (3,163) | 9.17% | (2,626) | 7.78% | (2,853) | 8.64% | (2,970) | 9.09% |
| Renewal Year | (5,329) | 2.13% | (5,414) | 2.16% | (4,830) | 1.93% | (5,707) | 2.27% | (5,463) | 2.16% |
| | (8,360) | 2.94% | (8,577) | 3.01% | (7,456) | 2.62% | (8,560) | 3.01% | (8,433) | 2.95% |
| Deaths and Other * | (777) | | (714) | | (990) | | (952) | | (1,495) | |
| End of Qtr | $ 284,597 | | $ 284,779 | | $ 285,064 | | $ 284,235 | | $ 285,201 | |

* Include foreign exchange adjustments, changes in coverage and timing differences

**TORCHMARK CORPORATION**

Life Annualized Premium In Force Rollforward and Lapse Rates

(In Thousands)

| | 4Q 2016 | | 3Q 2016 | | 2Q 2016 | | 1Q 2016 | | 4Q 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | $ | Lapse Rate | $ | Lapse Rate | $ | Lapse Rate | $ | Lapse Rate | $ | Lapse Rate |
| **American Income Life** | | | | | | | | | | |
| Beginning of Qtr | $ 949,430 | | $ 930,966 | | $ 901,914 | | $ 880,021 | | $ 860,648 | |
| Net Sales | 51,907 | | 52,348 | | 55,361 | | 50,240 | | 50,265 | |
| Lapses | | | | | | | | | | |
| First Year | (15,543) | 8.78% | (15,203) | 8.55% | (12,987) | 7.51% | (14,586) | 8.77% | (14,379) | 8.78% |
| Renewal Year | (16,707) | 2.18% | (16,201) | 2.17% | (14,923) | 2.06% | (16,076) | 2.28% | (14,843) | 2.14% |
| | (32,250) | 3.42% | (31,404) | 3.40% | (27,910) | 3.11% | (30,662) | 3.51% | (29,222) | 3.41% |
| Deaths and Other * | (2,097) | | (2,480) | | 1,601 | | 2,315 | | (1,670) | |
| End of Qtr | $ 966,990 | | $ 949,430 | | $ 930,966 | | $ 901,914 | | $ 880,021 | |
| **Globe Life Direct Response** | | | | | | | | | | |
| Beginning of Qtr | $ 782,808 | | $ 781,632 | | $ 768,518 | | $ 757,518 | | $ 755,464 | |
| Net Sales | 34,043 | | 34,613 | | 40,456 | | 41,155 | | 36,707 | |
| Lapses | | | | | | | | | | |
| First Year | (17,582) | 17.65% | (18,472) | 17.64% | (13,748) | 13.02% | (15,072) | 14.40% | (18,293) | 17.02% |
| Renewal Year | (14,740) | 2.23% | (14,299) | 2.19% | (12,598) | 1.97% | (14,051) | 2.24% | (13,429) | 2.16% |
| | (32,322) | 4.25% | (32,771) | 4.33% | (26,346) | 3.53% | (29,123) | 3.98% | (31,722) | 4.35% |
| Deaths and Other * | (2,307) | | (666) | | (996) | | (1,032) | | (2,931) | |
| End of Qtr | $ 782,222 | | $ 782,808 | | $ 781,632 | | $ 768,518 | | $ 757,518 | |
| **Liberty National** | | | | | | | | | | |
| Beginning of Qtr | $ 287,259 | | $ 286,757 | | $ 284,645 | | $ 284,597 | | $ 284,779 | |
| Net Sales | 10,303 | | 9,984 | | 10,421 | | 9,451 | | 8,955 | |
| Lapses | | | | | | | | | | |
| First Year | (3,523) | 9.16% | (3,020) | 8.02% | (2,693) | 7.42% | (2,774) | 7.99% | (3,031) | 8.74% |
| Renewal Year | (5,388) | 2.16% | (5,578) | 2.24% | (4,848) | 1.95% | (5,782) | 2.32% | (5,329) | 2.13% |
| | (8,911) | 3.10% | (8,598) | 3.00% | (7,541) | 2.64% | (8,556) | 3.01% | (8,360) | 2.94% |
| Deaths and Other * | (646) | | (884) | | (768) | | (847) | | (777) | |
| End of Qtr | $ 288,005 | | $ 287,259 | | $ 286,757 | | $ 284,645 | | $ 284,597 | |

* Include foreign exchange adjustments, changes in coverage and timing differences

**TORCHMARK CORPORATION**
Life Annualized Premium In Force Rollforward and Lapse Rates
(Unaudited)
(Dollar amounts in thousands)

| | 4Q 2017 | | 3Q 2017 | | 2Q 2017 | | 1Q 2017 | | 4Q 2016 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | $ | Lapse | $ | Lapse | $ | Lapse | $ | Lapse | $ | Lapse |
| **American Income Life** | | | | | | | | | | |
| Beginning of Qtr | $ 1,042,049 | | $ 1,013,333 | | $ 987,226 | | $ 966,990 | | $ 949,430 | |
| Net Sales | 55,781 | | 57,327 | | 56,754 | | 53,397 | | 51,907 | |
| Lapses | | | | | | | | | | |
| First Year | (16,343) | 8.67% | (16,030) | 8.63% | (13,630) | 7.53% | (15,329) | 8.59% | (15,543) | 8.78% |
| Renewal Year | (19,525) | 2.30% | (17,906) | 2.17% | (16,906) | 2.11% | (17,256) | 2.20% | (16,707) | 2.18% |
| | (35,868) | 3.46% | (33,936) | 3.36% | (30,536) | 3.11% | (32,585) | 3.39% | (32,250) | 3.42% |
| Deaths and Other [1] | (2,746) | | 5,325 | | (111) | | (576) | | (2,097) | |
| End of Qtr | $ 1,059,216 | | $ 1,042,049 | | $ 1,013,333 | | $ 987,226 | | $ 966,990 | |
| | | | | | | | | | | |
| **Globe Life Direct Response** | | | | | | | | | | |
| Beginning of Qtr | $ 799,336 | | $ 802,960 | | $ 794,027 | | $ 782,222 | | $ 782,808 | |
| Net Sales | 29,052 | | 30,927 | | 36,994 | | 38,731 | | 34,043 | |
| Lapses | | | | | | | | | | |
| First Year | (15,561) | 17.35% | (17,281) | 18.03% | (12,892) | 13.25% | (14,101) | 14.75% | (17,582) | 17.65% |
| Renewal Year | (15,159) | 2.19% | (14,979) | 2.18% | (13,591) | 2.01% | (15,086) | 2.26% | (14,740) | 2.23% |
| | (30,720) | 3.93% | (32,260) | 4.13% | (26,483) | 3.42% | (29,187) | 3.83% | (32,322) | 4.25% |
| Deaths and Other [1] | (1,040) | | (2,291) | | (1,578) | | 2,261 | | (2,307) | |
| End of Qtr | $ 796,628 | | $ 799,336 | | $ 802,960 | | $ 794,027 | | $ 782,222 | |
| | | | | | | | | | | |
| **Liberty National** | | | | | | | | | | |
| Beginning of Qtr | $ 292,672 | | $ 290,819 | | $ 288,698 | | $ 288,005 | | $ 287,259 | |
| Net Sales | 12,277 | | 11,896 | | 11,767 | | 10,946 | | 10,303 | |
| Lapses | | | | | | | | | | |
| First Year | (3,962) | 8.93% | (3,846) | 8.98% | (3,418) | 8.26% | (3,333) | 8.42% | (3,523) | 9.16% |
| Renewal Year | (5,215) | 2.09% | (5,255) | 2.11% | (5,136) | 2.07% | (5,867) | 2.36% | (5,388) | 2.16% |
| | (9,177) | 3.13% | (9,101) | 3.12% | (8,554) | 2.96% | (9,200) | 3.19% | (8,911) | 3.10% |
| Deaths and Other [1] | (537) | | (942) | | (1,092) | | (1,053) | | (646) | |
| End of Qtr | $ 295,235 | | $ 292,672 | | $ 290,819 | | $ 288,698 | | $ 288,005 | |

[1] Include foreign exchange adjustments, changes in coverage and timing differences.

Annualized premium in force is a statistical measure used as an indicator of potential growth in premium revenue. It is defined as the prmium income that would be received over the following twelve months at any given date on all active policies if those policies remain in force throughout the twelve month period.

**TORCHMARK CORPORATION**
Life Annualized Premium In Force Rollforward and Lapse Rates
(Unaudited)
(Dollar amounts in thousands)

| | Q4 2018 | | Q3 2018 | | Q2 2018 | | Q1 2018 | | Q4 2017 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate |
| **American Income Life** | | | | | | | | | | |
| Beginning of Quarter | $1,117,557 | | $1,097,253 | | $1,073,409 | | $1,059,216 | | $1,042,049 | |
| Net Sales | 54,482 | | 54,671 | | 59,670 | | 55,101 | | 55,781 | |
| Lapses | | | | | | | | | | |
| First Year | (16,232) | 8.51% | (15,420) | 7.99% | (13,928) | 7.25% | (16,479) | 8.72% | (16,343) | 8.67% |
| Renewal Year | (19,869) | 2.16% | (19,984) | 2.23% | (18,805) | 2.14% | (20,197) | 2.34% | (19,525) | 2.30% |
| | (36,101) | 3.25% | (35,404) | 3.25% | (32,733) | 3.06% | (36,676) | 3.49% | (35,868) | 3.46% |
| Deaths and Other[1] | (6,554) | | 1,037 | | (3,093) | | (4,232) | | (2,746) | |
| End of Quarter | $1,129,384 | | $1,117,557 | | $1,097,253 | | $1,073,409 | | $1,059,216 | |
| **Globe Life Direct Response** | | | | | | | | | | |
| Beginning of Quarter | $ 814,188 | | $ 814,212 | | $ 804,289 | | $ 796,628 | | $ 799,336 | |
| Net Sales | 29,155 | | 29,755 | | 35,040 | | 32,183 | | 29,052 | |
| Lapses | | | | | | | | | | |
| First Year | (14,606) | 17.32% | (14,802) | 17.35% | (10,923) | 12.92% | (12,442) | 14.84% | (15,561) | 17.35% |
| Renewal Year | (15,138) | 2.12% | (14,917) | 2.10% | (13,700) | 1.95% | (15,557) | 2.24% | (15,159) | 2.19% |
| | (29,744) | 3.73% | (29,719) | 3.74% | (24,623) | 3.13% | (27,999) | 3.60% | (30,720) | 3.93% |
| Deaths and Other[1] | (819) | | (60) | | (494) | | 3,477 | | (1,040) | |
| End of Quarter | $ 812,780 | | $ 814,188 | | $ 814,212 | | $ 804,289 | | $ 796,628 | |
| **Liberty National** | | | | | | | | | | |
| Beginning of Quarter | $ 299,845 | | $ 298,466 | | $ 295,301 | | $ 295,235 | | $ 292,672 | |
| Net Sales | 12,984 | | 11,959 | | 12,869 | | 11,361 | | 12,277 | |
| Lapses | | | | | | | | | | |
| First Year | (4,694) | 9.78% | (4,621) | 9.70% | (3,891) | 8.31% | (3,957) | 8.68% | (3,962) | 8.93% |
| Renewal Year | (6,409) | 2.55% | (5,835) | 2.32% | (5,253) | 2.10% | (5,942) | 2.38% | (5,215) | 2.09% |
| | (11,103) | 3.70% | (10,456) | 3.49% | (9,144) | 3.08% | (9,899) | 3.36% | (9,177) | 3.13% |
| Deaths and Other[1] | (880) | | (124) | | (560) | | (1,396) | | (537) | |
| End of Quarter | $ 300,846 | | $ 299,845 | | $ 298,466 | | $ 295,301 | | $ 295,235 | |

[1] Include foreign exchange adjustments, changes in coverage and timing differences.

Annualized premium in force is defined as the premium income that would be received over the following twelve months at any given date on all active policies if those policies remain in force throughout the twelve-month period. Annualized premium in force is an indicator of potential growth in premium revenue.

**GLOBE LIFE INC.**
**Life Annualized Premium In Force[1] Rollforward and Lapse Rates**
(Unaudited)
(Dollar amounts in thousands)

| | December 31, 2019 | | September 30, 2019 | | June 30, 2019 | | March 31, 2019 | | December 31, 2018 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate |
| **American Income Life Division** | | | | | | | | | | |
| Beginning of quarter | $1,198,567 | | $1,178,642 | | $1,152,414 | | $1,129,384 | | $1,117,557 | |
| Net sales | 59,296 | | 59,692 | | 61,048 | | 57,551 | | 54,482 | |
| Lapses | | | | | | | | | | |
| First year | (17,558) | 8.87% | (17,250) | 8.86% | (15,389) | 8.05% | (16,473) | 8.68% | (16,232) | 8.51% |
| Renewal year | (20,840) | 2.10% | (21,502) | 2.20% | (20,054) | 2.10% | (20,019) | 2.14% | (19,869) | 2.16% |
| | (38,398) | 3.22% | (38,752) | 3.31% | (35,443) | 3.09% | (36,492) | 3.25% | (36,101) | 3.25% |
| Deaths and other[2] | 1,018 | | (1,015) | | 623 | | 1,971 | | (6,554) | |
| End of quarter | 1,220,483 | | 1,198,567 | | 1,178,642 | | 1,152,414 | | 1,129,384 | |
| **Direct to Consumer Division** | | | | | | | | | | |
| Beginning of quarter | 831,499 | | 832,370 | | 821,990 | | 812,780 | | 814,188 | |
| Net sales | 29,788 | | 29,517 | | 34,456 | | 32,447 | | 29,155 | |
| Lapses | | | | | | | | | | |
| First year | (13,835) | 16.65% | (14,432) | 16.88% | (10,226) | 12.16% | (11,428) | 14.11% | (14,606) | 17.32% |
| Renewal year | (15,180) | 2.07% | (15,224) | 2.09% | (13,402) | 1.86% | (15,005) | 2.10% | (15,138) | 2.12% |
| | (29,015) | 3.56% | (29,656) | 3.64% | (23,628) | 2.93% | (26,433) | 3.32% | (29,744) | 3.73% |
| Deaths and other[2] | (533) | | (732) | | (448) | | 3,196 | | (819) | |
| End of quarter | 831,739 | | 831,499 | | 832,370 | | 821,990 | | 812,780 | |
| **Liberty National Division** | | | | | | | | | | |
| Beginning of quarter | 307,081 | | 304,832 | | 301,829 | | 300,846 | | 299,845 | |
| Net sales | 14,618 | | 13,413 | | 13,428 | | 12,259 | | 12,984 | |
| Lapses | | | | | | | | | | |
| First year | (4,697) | 8.86% | (4,396) | 8.53% | (4,075) | 8.07% | (3,766) | 7.77% | (4,694) | 9.78% |
| Renewal year | (6,521) | 2.56% | (6,217) | 2.45% | (6,137) | 2.43% | (6,599) | 2.61% | (6,409) | 2.55% |
| | (11,218) | 3.65% | (10,613) | 3.48% | (10,212) | 3.37% | (10,365) | 3.45% | (11,103) | 3.70% |
| Deaths and other[2] | (689) | | (551) | | (213) | | (911) | | (880) | |
| End of quarter | 309,792 | | 307,081 | | 304,832 | | 301,829 | | 300,846 | |
| **Other** | 219,614 | | 220,215 | | 220,792 | | 221,270 | | 221,718 | |
| **Total Life** | $2,581,628 | | $2,557,362 | | $2,536,636 | | $2,497,503 | | $2,464,728 | |

(1)  Annualized premium in force is defined as the premium income that would be received over the following twelve months at any given date on all active policies if those policies remain in force throughout the twelve-month period. Annualized premium in force is an indicator of potential growth in premium revenue.

(2)  Include foreign exchange adjustments, changes in coverage and timing differences.

Note: The following divisions are exclusive agencies of Globe Life Inc.: American Income Life Division, Family Heritage Division, and Liberty National Division.

Refer to 10-Q/10-K for supplemental information on www.sec.gov (NYSE: GL).

**GLOBE LIFE INC.**
**Life Annualized Premium In Force[1] Rollforward and Lapse Rates**
(Unaudited)
(Dollar amounts in thousands)

| | December 31, 2020 | | September 30, 2020 | | June 30, 2020 | | March 31, 2020 | | December 31, 2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate |
| **American Income Life Division** | | | | | | | | | | |
| Beginning of quarter | $1,292,549 | | $1,252,472 | | $1,230,659 | | $1,220,483 | | $1,198,567 | |
| Net sales | 71,185 | | 67,808 | | 51,414 | | 62,869 | | 59,296 | |
| Lapses | | | | | | | | | | |
| First year | (16,002) | 7.55% | (12,610) | 6.31% | (15,086) | 7.51% | (19,144) | 9.49% | (17,558) | 8.87% |
| Renewal year | (18,746) | 1.74% | (17,549) | 1.67% | (19,910) | 1.95% | (23,194) | 2.29% | (20,840) | 2.10% |
| | (34,748) | 2.70% | (30,159) | 2.41% | (34,996) | 2.86% | (42,338) | 3.49% | (38,398) | 3.22% |
| Deaths and other[2] | (3,693) | | 2,428 | | 5,395 | | (10,355) | | 1,018 | |
| End of quarter | 1,325,293 | | 1,292,549 | | 1,252,472 | | 1,230,659 | | 1,220,483 | |
| | | | | | | | | | | |
| **Direct to Consumer Division** | | | | | | | | | | |
| Beginning of quarter | 891,794 | | 869,556 | | 842,040 | | 831,739 | | 831,499 | |
| Net sales | 39,230 | | 44,253 | | 49,396 | | 32,547 | | 29,788 | |
| Lapses | | | | | | | | | | |
| First year | (17,557) | 15.59% | (11,162) | 10.58% | (8,686) | 9.85% | (10,345) | 12.67% | (13,835) | 16.65% |
| Renewal year | (11,265) | 1.48% | (9,258) | 1.24% | (10,553) | 1.43% | (15,396) | 2.10% | (15,180) | 2.07% |
| | (28,822) | 3.30% | (20,420) | 2.39% | (19,239) | 2.33% | (25,741) | 3.16% | (29,015) | 3.56% |
| Deaths and other[2] | (21,190) | | (1,595) | | (2,641) | | 3,495 | | (533) | |
| End of quarter | 881,012 | | 891,794 | | 869,556 | | 842,040 | | 831,739 | |
| | | | | | | | | | | |
| **Liberty National Division** | | | | | | | | | | |
| Beginning of quarter | 315,033 | | 311,296 | | 311,003 | | 309,792 | | 307,081 | |
| Net sales | 18,065 | | 13,669 | | 10,709 | | 12,488 | | 14,618 | |
| Lapses | | | | | | | | | | |
| First year | (4,523) | 8.31% | (4,020) | 7.69% | (4,216) | 7.92% | (4,390) | 8.09% | (4,697) | 8.86% |
| Renewal year | (5,773) | 2.20% | (5,320) | 2.05% | (5,456) | 2.12% | (6,963) | 2.72% | (6,521) | 2.56% |
| | (10,296) | 3.25% | (9,340) | 2.99% | (9,672) | 3.12% | (11,353) | 3.66% | (11,218) | 3.65% |
| Deaths and other[2] | (4,257) | | (592) | | (744) | | 76 | | (689) | |
| End of quarter | 318,545 | | 315,033 | | 311,296 | | 311,003 | | 309,792 | |
| | | | | | | | | | | |
| **Other** | 215,099 | | 217,460 | | 218,365 | | 218,959 | | 219,614 | |
| **Total Life** | $2,739,949 | | $2,716,836 | | $2,651,689 | | $2,602,661 | | $2,581,628 | |

(1) Annualized premium in force is defined as the premium income that would be received over the following twelve months at any given date on all active policies if those policies remain in force throughout the twelve-month period. Annualized premium in force is an indicator of potential growth in premium revenue.

(2) Include foreign exchange adjustments, source data adjustments, changes in coverage and timing differences.

Note: The following divisions are exclusive agencies of Globe Life Inc.: American Income Life Division, Family Heritage Division, and Liberty National Division.

**GLOBE LIFE INC.**
**Life Annualized Premium In Force[1] Rollforward and Lapse Rates**
(Unaudited)
(Dollar amounts in thousands)

| | December 31, 2021 | | September 30, 2021 | | June 30, 2021 | | March 31, 2021 | | December 31, 2020 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate |
| **American Income Life Division** | | | | | | | | | | |
| Beginning of quarter | $1,427,818 | | $1,394,464 | | $1,354,878 | | $1,325,293 | | $1,292,549 | |
| Net sales | 74,007 | | 73,649 | | 73,233 | | 69,623 | | 71,185 | |
| Lapses | | | | | | | | | | |
| First year | (19,181) | 8.23% | (16,700) | 7.30% | (15,028) | 6.81% | (17,627) | 8.16% | (16,002) | 7.55% |
| Renewal year | (22,655) | 1.91% | (20,721) | 1.79% | (20,366) | 1.80% | (18,821) | 1.71% | (18,746) | 1.74% |
| | (41,836) | 2.95% | (37,421) | 2.70% | (35,394) | 2.62% | (36,448) | 2.76% | (34,748) | 2.70% |
| Deaths and other[2] | (1,581) | | (2,874) | | 1,747 | | (3,590) | | (3,693) | |
| End of quarter | 1,458,408 | | 1,427,818 | | 1,394,464 | | 1,354,878 | | 1,325,293 | |
| | | | | | | | | | | |
| **Direct to Consumer Division** | | | | | | | | | | |
| Beginning of quarter | 928,520 | | 918,660 | | 899,778 | | 881,012 | | 891,794 | |
| Net sales | 33,805 | | 33,069 | | 42,281 | | 39,691 | | 39,230 | |
| Lapses | | | | | | | | | | |
| First year | (15,445) | 15.83% | (16,304) | 15.52% | (11,365) | 10.43% | (12,226) | 11.38% | (17,557) | 15.59% |
| Renewal year | (15,363) | 1.90% | (13,326) | 1.67% | (10,029) | 1.29% | (9,979) | 1.31% | (11,265) | 1.48% |
| | (30,808) | 3.39% | (29,630) | 3.29% | (21,394) | 2.42% | (22,205) | 2.56% | (28,822) | 3.30% |
| Deaths and other[2] | (2,320) | | 6,421 | | (2,005) | | 1,280 | | (21,190) | |
| End of quarter | 929,197 | | 928,520 | | 918,660 | | 899,778 | | 881,012 | |
| | | | | | | | | | | |
| **Liberty National Division** | | | | | | | | | | |
| Beginning of quarter | 336,199 | | 330,157 | | 322,693 | | 318,545 | | 315,033 | |
| Net sales | 18,827 | | 18,209 | | 17,923 | | 16,225 | | 18,065 | |
| Lapses | | | | | | | | | | |
| First year | (6,062) | 8.88% | (5,308) | 8.14% | (4,289) | 7.20% | (4,651) | 8.27% | (4,523) | 8.31% |
| Renewal year | (6,653) | 2.47% | (5,971) | 2.23% | (5,343) | 2.01% | (7,015) | 2.66% | (5,773) | 2.20% |
| | (12,715) | 3.76% | (11,279) | 3.39% | (9,632) | 2.96% | (11,666) | 3.65% | (10,296) | 3.25% |
| Deaths and other[2] | (979) | | (888) | | (827) | | (411) | | (4,257) | |
| End of quarter | 341,332 | | 336,199 | | 330,157 | | 322,693 | | 318,545 | |
| | | | | | | | | | | |
| **Other** | 214,248 | | 214,842 | | 214,801 | | 215,015 | | 215,099 | |
| **Total Life** | $2,943,185 | | $2,907,379 | | $2,858,082 | | $2,792,364 | | $2,739,949 | |

(1) Annualized premium in force is defined as the premium income that would be received over the following twelve months at any given date on all active policies if those policies remain in force throughout the twelve-month period. Annualized premium in force is an indicator of potential growth in premium revenue.

(2) Include foreign exchange adjustments, source data adjustments, changes in coverage and timing differences.

Note: The following divisions are exclusive agencies of Globe Life Inc.: American Income Life Division, Family Heritage Division, and Liberty National Division.

**GLOBE LIFE INC.**
**Life Annualized Premium In Force[1] Rollforward and Lapse Rates**
(Unaudited)
(Dollar amounts in thousands)

| | December 31, 2022 | | September 30, 2022 | | June 30, 2022 | | March 31, 2022 | | December 31, 2021 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate |
| **American Income Life Division** | | | | | | | | | | |
| Beginning of quarter | $1,536,438 | | $1,521,840 | | $1,492,223 | | $1,458,408 | | $1,427,818 | |
| Net sales | 69,796 | | 76,405 | | 85,164 | | 85,350 | | 74,007 | |
| Lapses | | | | | | | | | | |
| First year | (21,697) | 8.83% | (23,918) | 9.70% | (22,335) | 9.29% | (24,008) | 10.19% | (19,181) | 8.23% |
| Renewal year | (32,577) | 2.55% | (31,289) | 2.47% | (29,875) | 2.40% | (26,705) | 2.20% | (22,655) | 1.91% |
| | (54,274) | 3.56% | (55,207) | 3.65% | (52,210) | 3.51% | (50,713) | 3.49% | (41,836) | 2.95% |
| Deaths and other[2] | 1,043 | | (6,600) | | (3,337) | | (822) | | (1,581) | |
| End of quarter | 1,553,003 | | 1,536,438 | | 1,521,840 | | 1,492,223 | | 1,458,408 | |
| | | | | | | | | | | |
| **Direct to Consumer Division** | | | | | | | | | | |
| Beginning of quarter | 938,333 | | 939,186 | | 939,238 | | 929,197 | | 928,520 | |
| Net sales | 30,676 | | 28,774 | | 32,616 | | 33,913 | | 33,805 | |
| Lapses | | | | | | | | | | |
| First year | (13,207) | 16.99% | (15,190) | 18.37% | (13,331) | 15.17% | (12,731) | 13.87% | (15,445) | 15.83% |
| Renewal year | (17,951) | 2.14% | (18,815) | 2.25% | (17,499) | 2.11% | (14,096) | 1.73% | (15,363) | 1.90% |
| | (31,158) | 3.40% | (34,005) | 3.70% | (30,830) | 3.36% | (26,827) | 2.95% | (30,808) | 3.39% |
| Deaths and other[2] | (1,344) | | 4,378 | | (1,838) | | 2,955 | | (2,320) | |
| End of quarter | 936,507 | | 938,333 | | 939,186 | | 939,238 | | 929,197 | |
| | | | | | | | | | | |
| **Liberty National Division** | | | | | | | | | | |
| Beginning of quarter | 353,113 | | 349,377 | | 344,166 | | 341,332 | | 336,199 | |
| Net sales | 23,252 | | 18,513 | | 19,260 | | 17,365 | | 18,827 | |
| Lapses | | | | | | | | | | |
| First year | (6,684) | 9.01% | (6,429) | 8.94% | (5,854) | 8.27% | (6,585) | 9.46% | (6,062) | 8.88% |
| Renewal year | (8,013) | 2.85% | (7,552) | 2.71% | (6,773) | 2.46% | (8,454) | 3.10% | (6,653) | 2.47% |
| | (14,697) | 4.13% | (13,981) | 3.99% | (12,627) | 3.65% | (15,039) | 4.40% | (12,715) | 3.76% |
| Deaths and other[2] | (705) | | (796) | | (1,422) | | 508 | | (979) | |
| End of quarter | 360,963 | | 353,113 | | 349,377 | | 344,166 | | 341,332 | |
| | | | | | | | | | | |
| **Other** | 211,047 | | 211,408 | | 212,349 | | 213,164 | | 214,248 | |
| **Total Life** | $3,061,520 | | $3,039,292 | | $3,022,752 | | $2,988,791 | | $2,943,185 | |

(1) Annualized premium in force is defined as the premium income that would be received over the following twelve months at any given date on all active policies if those policies remain in force throughout the twelve-month period. Annualized premium in force is an indicator of potential growth in premium revenue.

(2) Include foreign exchange adjustments, source data adjustments, changes in coverage and timing differences.

Note: The following divisions are exclusive agencies of Globe Life Inc.: American Income Life Division, Family Heritage Division, and Liberty National Division.

### GLOBE LIFE INC.
### Life Annualized Premium In Force[1] Rollforward and Lapse Rates
(Unaudited)
(Dollar amounts in thousands)

| | December 31, 2023 | | September 30, 2023 | | June 30, 2023 | | March 31, 2023 | | December 31, 2022 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate | Amount | Lapse Rate |
| **American Income Life Division** | | | | | | | | | | |
| Beginning of quarter | $1,635,206 | | $1,613,415 | | $1,580,423 | | $1,553,003 | | $1,536,438 | |
| Net sales | 76,323 | | 81,066 | | 81,940 | | 83,329 | | 69,796 | |
| Lapses | | | | | | | | | | |
| First year | (23,242) | 8.71% | (22,229) | 8.50% | (20,233) | 7.93% | (21,793) | 8.92% | (21,697) | 8.83% |
| Renewal year | (36,229) | 2.67% | (33,207) | 2.48% | (32,381) | 2.45% | (32,016) | 2.46% | (32,577) | 2.55% |
| | (59,471) | 3.67% | (55,436) | 3.46% | (52,614) | 3.34% | (53,809) | 3.48% | (54,274) | 3.56% |
| Deaths and other[2] | 2,139 | | (3,839) | | 3,666 | | (2,100) | | 1,043 | |
| End of quarter | 1,654,197 | | 1,635,206 | | 1,613,415 | | 1,580,423 | | 1,553,003 | |
| | | | | | | | | | | |
| **Direct to Consumer Division** | | | | | | | | | | |
| Beginning of quarter | 938,656 | | 942,859 | | 946,496 | | 936,507 | | 938,333 | |
| Net sales | 25,861 | | 26,497 | | 31,629 | | 32,467 | | 30,676 | |
| Lapses | | | | | | | | | | |
| First year | (12,780) | 17.98% | (13,899) | 18.45% | (12,988) | 16.74% | (11,164) | 14.61% | (13,207) | 16.99% |
| Renewal year | (17,583) | 2.07% | (17,638) | 2.08% | (17,586) | 2.08% | (15,003) | 1.79% | (17,951) | 2.14% |
| | (30,363) | 3.30% | (31,537) | 3.42% | (30,574) | 3.31% | (26,167) | 2.86% | (31,158) | 3.40% |
| Deaths and other[2] | (1,097) | | 837 | | (4,692) | | 3,689 | | (1,344) | |
| End of quarter | 933,057 | | 938,656 | | 942,859 | | 946,496 | | 936,507 | |
| | | | | | | | | | | |
| **Liberty National Division** | | | | | | | | | | |
| Beginning of quarter | 382,511 | | 374,893 | | 367,543 | | 360,963 | | 353,113 | |
| Net sales | 26,046 | | 24,165 | | 23,269 | | 21,979 | | 23,252 | |
| Lapses | | | | | | | | | | |
| First year | (8,459) | 9.07% | (7,770) | 8.77% | (6,703) | 8.00% | (5,810) | 7.38% | (6,684) | 9.01% |
| Renewal year | (8,949) | 3.06% | (8,064) | 2.78% | (8,264) | 2.88% | (7,796) | 2.74% | (8,013) | 2.85% |
| | (17,408) | 4.51% | (15,834) | 4.18% | (14,967) | 4.03% | (13,606) | 3.75% | (14,697) | 4.13% |
| Deaths and other[2] | (456) | | (713) | | (952) | | (1,793) | | (705) | |
| End of quarter | 390,693 | | 382,511 | | 374,893 | | 367,543 | | 360,963 | |
| | | | | | | | | | | |
| **Other** | 207,798 | | 208,989 | | 209,714 | | 210,829 | | 211,047 | |
| **Total Life** | $3,185,745 | | $3,165,362 | | $3,140,881 | | $3,105,291 | | $3,061,520 | |

(1) Annualized premium in force is defined as the premium income that would be received over the following twelve months at any given date on all active policies if those policies remain in force throughout the twelve-month period. Annualized premium in force is an indicator of potential growth in premium revenue.

(2) Include foreign exchange adjustments, source data adjustments, changes in coverage and timing differences.

Note: The following divisions are exclusive agencies of Globe Life Inc.: American Income Life Division, Family Heritage Division, and Liberty National Division.