# Exhibit 13

**STATE OF CALIFORNIA**

**DEPARTMENT OF INSURANCE**

**SAN FRANCISCO**

|  |  |
|---|---|
| In the Matter of the Licenses and Licensing Rights of<br><br><br>KAREN MANZANO GAGARIN<br><br>                    Respondent | ORDER SUSPENDING AND REMOVING FROM OFFICE AND EMPLOYMENT WITH PRODUCTION AGENCY, and NOTICE OF RIGHT TO HEARING<br><br><br>File No.  VA201300894 |

TO: KAREN MANZANO GAGARIN

YOU ARE HEREBY IMMEDIATELY PROHIBITED from participating in any manner in the business of an insurer or insurance production agency, including engaging in any employment, management or control of any production agency, or from acting as an individual insurance producer, absent prior written consent of the Insurance Commissioner.

YOU ARE HEREBY NOTIFIED that the conduct, conditions and grounds which the Insurance Commissioner deems violative of the provisions of California Insurance Code section 1748.5(e), on which this action is based, are as follows:

(a)  At all times mentioned herein, Respondent Karen Manzano Gagarin has been licensed as an Accident and Health Agent, Life-Only Agent, Property Broker-Agent, and Casualty Broker-Agent pursuant to license number 0G20909.

(b)  On or about December 16, 2014, in Case Number CR 14 0627 SI in the United States District Court for the Northern District of California, San Francisco, an indictment was filed charging Respondent Behnam Halali with criminal activity as follows:

- One count of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §1349;

#894644v1                                                    -1-

- 14 counts of Wire Fraud, in violation of 18 U.S.C. §1343; and

- One count of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028(a)(1).

(d)  The crimes alleged involve Respondent's transaction of the business of insurance as a licensed insurance producer and his continued employment creates an ongoing opportunity to continue the conduct, exposing insurers and consumers to financial or other injury.  Specifically, the Indictment alleges Respondent was a participant in a conspiracy scheme to defraud American Income Life Insurance Company and obtain money from the insurance company by submitting applications for life insurance on behalf of individuals who did not know that a policy was applied for in their name and/or did not want a policy.  Respondent then allegedly shared the more than $2.5 million in commissions and bonuses received from the insurance company in connection with the fraudulent applications.

By reason of the foregoing, the Commissioner finds that Respondent has been charged in a indictment with a crime punishable by imprisonment for a term exceeding one year and which involves as one of its necessary elements a fraudulent act or an act of dishonesty in the acceptance, custody, or payment of money or property, and that a failure to immediately issue the order threatens the financial solvency of an insurer or may cause financial or other injury to any person, pursuant to Section 1748.5, subdivision(e)(1), of the California Insurance Code.

## NOTICE OF RIGHT TO HEARING

YOU ARE HEREBY NOTIFIED that within thirty (30) days after the issuance of this Order, you may file with the Insurance Commissioner an application for an hearing on the Order, addressed to Teresa R. Campbell, Assistant Chief Counsel, California Department of Insurance, Legal Division, San Francisco Enforcement Bureau, 45 Fremont Street, 21th Floor, San Francisco, California 94105.

YOU ARE FURTHER NOTIFIED that upon written request to the Insurance Commissioner at the above address, you may request an extension of the thirty (30) day period by an additional thirty (30) days provided that the request is filed with the Insurance Commissioner

#894644v1                                                                    -2-

within thirty (30) days after the Order is issued.

YOU ARE FURTHER NOTIFIED that a hearing will be scheduled within fifteen (15) business days after the application for a hearing is filed or within a longer period of time if requested by you.

YOU ARE FURTHER NOTIFIED that a violation of this Order may result in civil penalties of up to one thousand dollars ($1,000) per day for each day for which the violation continues.

This Order is issued as of the date set forth below and is effective immediately.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal this 18th day of December 2014.

DAVE JONES
Insurance Commissioner

By    /s/

Teresa R. Campbell
Assistant Chief Counsel

#894644v1

-3-