# Exhibit 14

**Gary Coleman Control Period Stock Sales (June 3, 2014 to May 7, 2019)**

| Sale Date | Shares Sold | Sale Price | Sale Amount | Shares Held After Sale | % of Shares Sold | Source |
|---|---|---|---|---|---|---|
| 05/21/14 | 25,000 | $80.343 | $2,008,583 | 349,982 | 6.7% | 05/21/14 Form 4 |
| 08/19/14 | 31,700 | $53.840 | $1,706,715 | 530,773 | 5.6% | 08/19/14 Form 4 |
| 12/11/14 | 37,500 | $53.948 | $2,023,050 | 530,773 | 6.6% | 12/12/14 Form 4 |
| 02/25/15 | 12,000 | $53.610 | $643,320 | 584,800 | 2.0% | 02/27/15 Form 4 |
| 02/24/16 | 17,105 | $50.640 | $866,197 | 608,469 | 2.7% | 02/26/16 Form 4 |
| 04/28/16 | 20,388 | $58.020 | $1,182,912 | 588,081 | 3.4% | 08/01/16 Form 4A |
| 05/02/16 | 37,500 | $57.878 | $2,170,421 | 588,081 | 6.0% | 08/01/16 Form 4A |
| 07/29/16 | 37,500 | $62.055 | $2,327,078 | 588,081 | 6.0% | 08/01/16 Form 4 |
| 10/27/16 | 22,850 | $63.225 | $1,444,698 | 602,731 | 3.7% | 10/31/16 Form 4 |
| 04/21/17 | 37,500 | $75.935 | $2,847,544 | 629,375 | 5.6% | 04/25/17 Form 4 |
| 07/28/17 | 37,500 | $78.566 | $2,946,210 | 629,375 | 5.6% | 07/31/17 Form 4 |
| 10/26/17 | 37,500 | $83.276 | $3,122,850 | 629,375 | 5.6% | 10/27/17 Form 4 |
| 02/15/18 | 12,000 | $85.995 | $1,031,934 | 629,375 | 1.9% | 02/20/18 Form 4 |
| 02/20/18 | 12,000 | $86.508 | $1,038,101 | 629,375 | 1.9% | 02/20/18 Form 4 |
| 02/26/18 | 13,089 | $87.600 | $1,146,596 | 649,547 | 2.0% | 02/28/18 Form 4 |
| 03/27/18 | 5,000 | $84.081 | $420,406 | 649,547 | 0.8% | 03/28/18 Form 4 |
| 04/20/18 | 10,000 | $86.956 | $869,563 | 649,547 | 1.5% | 04/23/18 Form 4 |
| 04/23/18 | 9,000 | $87.073 | $783,661 | 649,547 | 1.4% | 04/23/18 Form 4 |
| 06/07/18 | 12,000 | $85.537 | $1,026,444 | 649,547 | 1.8% | 06/08/18 Form 4 |
| 06/08/18 | 13,000 | $85.778 | $1,115,117 | 649,547 | 2.0% | 06/08/18 Form 4 |
| 08/27/18 | 12,250 | $88.802 | $1,087,825 | 649,547 | 1.9% | 08/28/18 Form 4 |
| 08/27/18 | 12,250 | $88.360 | $1,082,409 | 649,547 | 1.9% | 08/28/18 Form 4 |
| 02/15/19 | 13,000 | $83.105 | $1,080,362 | 649,547 | 2.0% | 02/19/19 Form 4 |
| 02/20/19 | 12,000 | $83.603 | $1,003,236 | 649,547 | 1.8% | 02/21/19 Form 4 |
| 02/28/19 | 21,947 | $82.560 | $1,811,944 | 683,373 | 3.1% | 03/04/19 Form 4 |
| 04/22/19 | 13,000 | $87.157 | $1,133,042 | 683,373 | 1.9% | 04/24/19 Form 4 |
| 04/23/19 | 12,000 | $87.051 | $1,044,612 | 683,373 | 1.7% | 04/24/19 Form 4 |
| 05/07/19 | 13,000 | $87.014 | $1,131,178 | 683,373 | 1.9% | 05/07/19 Form 4 |

1

**Gary Coleman Class Period Stock Sales (May 8, 2019 to April 10, 2024)**

| Sale Date | Shares Sold | Sale Price | Sale Amount | Shares Held After Sale | % of Shares Sold | Source |
|---|---|---|---|---|---|---|
| 05/14/19 | 12,000 | $87.444 | $1,049,326 | 683,373 | 1.7% | 05/15/19 Form 4 |
| 07/26/19 | 13,000 | $92.059 | $1,196,767 | 683,373 | 1.9% | 07/29/19 Form 4 |
| 07/29/19 | 12,000 | $92.791 | $1,113,491 | 683,373 | 1.7% | 07/29/19 Form 4 |
| 11/04/19 | 13,000 | $97.765 | $1,270,942 | 683,373 | 1.9% | 11/05/19 Form 4 |
| 11/05/19 | 12,000 | $98.121 | $1,177,451 | 683,373 | 1.7% | 11/05/19 Form 4 |
| 11/06/19 | 13,000 | $98.079 | $1,275,031 | 683,373 | 1.9% | 11/08/19 Form 4 |
| 11/07/19 | 12,000 | $99.264 | $1,191,164 | 683,373 | 1.7% | 11/08/19 Form 4 |
| 02/06/19 | 12,545 | $107.892 | $1,353,509 | 683,828 | 1.8% | 02/10/20 Form 4 |
| 02/06/19 | 455 | $108.500 | $49,368 | 683,373 | 0.1% | 02/10/20 Form 4 |
| 02/07/19 | 12,000 | $108.339 | $1,300,062 | 683,373 | 1.7% | 02/10/20 Form 4 |
| 02/26/20 | 26,637 | $100.740 | $2,683,411 | 724,426 | 3.5% | 02/28/20 Form 4 |
| 07/24/20 | 13,000 | $79.093 | $1,028,210 | 724,426 | 1.8% | 07/28/20 Form 4 |
| 07/27/20 | 11,143 | $79.382 | $884,557 | 725,283 | 1.5% | 07/28/20 Form 4 |
| 07/27/20 | 857 | $79.408 | $68,052 | 724,426 | 0.1% | 07/28/20 Form 4 |
| 08/28/20 | 13,000 | $84.694 | $1,101,019 | 724,426 | 1.8% | 08/31/20 Form 4 |
| 09/03/20 | 12,000 | $83.493 | $1,001,915 | 724,426 | 1.6% | 09/04/20 Form 4 |
| 10/23/20 | 13,000 | $85.634 | $1,113,243 | 724,426 | 1.8% | 10/26/20 Form 4 |
| 11/03/20 | 9,500 | $84.801 | $805,612 | 726,926 | 1.3% | 11/03/20 Form 4 |
| 11/03/20 | 2,500 | $85.504 | $213,761 | 724,426 | 0.3% | 11/03/20 Form 4 |
| 11/05/20 | 13,000 | $86.290 | $1,121,767 | 724,426 | 1.8% | 11/09/20 Form 4 |
| 11/06/20 | 12,242 | $84.738 | $1,037,360 | 725,184 | 1.7% | 11/09/20 Form 4 |
| 11/06/20 | 758 | $85.370 | $64,711 | 724,426 | 0.1% | 11/09/20 Form 4 |
| 11/09/20 | 7,436 | $9.706 | $72,175 | 740,990 | 1.0% | 11/09/20 Form 4 |
| 11/09/20 | 9,583 | $91.837 | $880,070 | 731,407 | 1.3% | 11/09/20 Form 4 |
| 11/09/20 | 6,981 | $92.614 | $646,536 | 724,426 | 1.0% | 11/09/20 Form 4 |
| 11/18/20 | 12,400 | $94.245 | $1,168,632 | 725,026 | 1.7% | 11/19/20 Form 4 |
| 11/18/20 | 600 | $94.808 | $56,885 | 724,426 | 0.1% | 11/19/20 Form 4 |
| 11/23/20 | 12,000 | $93.926 | $1,127,107 | 724,426 | 1.6% | 11/24/20 Form 4 |
| 11/24/20 | 13,000 | $96.961 | $1,260,497 | 724,426 | 1.8% | 11/25/20 Form 4 |
| 12/04/20 | 12,000 | $96.582 | $1,158,984 | 724,426 | 1.6% | 12/07/20 Form 4 |
| 02/24/21 | 19,636 | $98.320 | $1,930,612 | 634,702 | 3.0% | 02/26/21 Form 4 |
| 02/25/21 | 4,469 | $95.933 | $428,725 | 643,233 | 0.7% | 03/01/21 Form 4 |

2

| Sale Date | Shares Sold | Sale Price | Sale Amount | Shares Held After Sale | % of Shares Sold | Source |
|---|---|---|---|---|---|---|
| 02/25/21 | 8,531 | $96.847 | $826,199 | 634,702 | 1.3% | 03/01/21 Form 4 |
| 03/03/21 | 12,000 | $97.492 | $1,169,908 | 634,702 | 1.9% | 03/04/21 Form 4 |
| 03/09/21 | 13,000 | $100.520 | $1,306,760 | 634,702 | 2.0% | 03/10/21 Form 4 |
| 03/10/21 | 12,000 | $100.560 | $1,206,720 | 634,702 | 1.9% | 03/10/21 Form 4 |
| 03/12/21 | 13,000 | $100.409 | $1,305,322 | 634,702 | 2.0% | 03/15/21 Form 4 |
| 03/17/21 | 4,200 | $100.670 | $422,814 | 642,502 | 0.6% | 03/18/21 Form 4 |
| 03/17/21 | 7,800 | $101.110 | $788,658 | 634,702 | 1.2% | 03/18/21 Form 4 |
| 03/18/21 | 11,774 | $101.439 | $1,194,340 | 635,928 | 1.8% | 03/19/21 Form 4 |
| 03/18/21 | 1,226 | $102.045 | $125,107 | 634,702 | 0.2% | 03/19/21 Form 4 |
| 04/26/21 | 12,000 | $103.231 | $1,238,772 | 634,702 | 1.9% | 04/26/21 Form 4 |
| 05/03/21 | 13,000 | $203.519 | $2,645,742 | 634,702 | 2.0% | 05/04/21 Form 4 |
| 05/05/21 | 10,407 | $104.258 | $1,085,011 | 636,295 | 1.6% | 05/06/21 Form 4 |
| 05/05/21 | 1,593 | $104.889 | $167,089 | 634,702 | 0.3% | 05/06/21 Form 4 |
| 05/06/21 | 13,000 | $105.009 | $1,365,117 | 634,702 | 2.0% | 05/06/21 Form 4 |
| 05/10/21 | 11,255 | $107.251 | $1,207,115 | 636,447 | 1.7% | 05/11/21 Form 4A |
| 05/10/21 | 1,745 | $107.839 | $188,179 | 634,702 | 0.3% | 05/11/21 Form 4A |
| 06/01/21 | 12,000 | $105.627 | $1,267,525 | 634,702 | 1.9% | 06/03/21 Form 4 |
| 06/02/21 | 12,000 | $105.559 | $1,266,703 | 634,702 | 1.9% | 06/03/21 Form 4 |
| 02/23/22 | 6,166 | $103.230 | $636,516 | 631,016 | 1.0% | 02/24/22 Form 4 |
| 11/30/22 | 12,800 | $117.252 | $1,500,819 | 625,104 | 2.0% | 12/05/22 Form 4A |
| 11/30/22 | 200 | $117.943 | $23,589 | 624,904 | 0.0% | 12/05/22 Form 4A |
| 12/01/22 | 12,000 | $119.755 | $1,437,055 | 624,904 | 1.9% | 12/05/22 Form 4 |
| 12/29/22 | 13,000 | $120.876 | $1,571,389 | 624,904 | 2.0% | 12/30/22 Form 4 |
| 12/30/22 | 12,000 | $120.948 | $1,451,372 | 624,904 | 1.9% | 12/30/22 Form 4 |
| 02/22/23 | 7,896 | $120.490 | $951,389 | 637,079 | 1.2% | 02/23/23 Form 4 |
| 02/27/23 | 13,000 | $120.567 | $1,567,368 | 637,079 | 2.0% | 03/01/23 Form 4 |

3