# Exhibit 15

**Larry Hutchison Control Period Stock Sales (June 3, 2014 to May 7, 2019)**

| Sale Date | Shares Sold | Sale Price | Sale Amount | Shares Held After Sale | % of Shares Sold | Source |
|-----------|-------------|------------|-------------|------------------------|------------------|--------|
| 05/21/14 | 25,000 | $80.350 | $2,008,748 | 264,437 | 8.6% | 05/21/14 Form 4 |
| 08/19/14 | 37,500 | $53.826 | $2,018,490 | 396,655 | 8.6% | 08/19/14 Form 4 |
| 12/11/14 | 37,500 | $53.950 | $2,023,118 | 396,655 | 8.6% | 12/11/14 Form 4 |
| 02/26/16 | 1,370 | $54.600 | $74,802 | 502,086 | 0.3% | 02/26/16 Form 4 |
| 04/28/16 | 20,388 | $58.020 | $1,182,912 | 481,698 | 4.1% | 05/02/16 Form 4 |
| 05/02/16 | 37,500 | $57.876 | $2,170,354 | 481,698 | 7.2% | 05/02/16 Form 4 |
| 07/29/16 | 37,500 | $62.061 | $2,327,276 | 481,698 | 7.2% | 08/01/16 Form 4 |
| 10/27/16 | 37,500 | $63.265 | $2,372,441 | 481,698 | 7.2% | 10/31/16 Form 4 |
| 04/21/17 | 37,500 | $75.936 | $2,847,611 | 508,342 | 6.9% | 04/25/17 Form 4 |
| 07/28/17 | 37,500 | $78.564 | $2,946,154 | 508,342 | 6.9% | 07/31/17 Form 4 |
| 10/26/17 | 37,500 | $83.231 | $3,121,178 | 508,342 | 6.9% | 10/27/17 Form 4 |
| 02/15/20 | 12,000 | $85.975 | $1,031,705 | 508,342 | 2.3% | 02/20/18 Form 4 |
| 02/20/18 | 12,000 | $86.511 | $1,038,128 | 508,342 | 2.3% | 02/20/18 Form 4 |
| 03/27/18 | 5,000 | $84.192 | $420,961 | 541,603 | 0.9% | 03/28/18 Form 4 |
| 04/20/18 | 10,000 | $86.963 | $869,631 | 541,603 | 1.8% | 04/23/18 Form 4 |
| 04/23/18 | 9,000 | $87.073 | $783,656 | 541,603 | 1.6% | 04/23/18 Form 4 |
| 06/07/18 | 12,000 | $85.542 | $1,026,505 | 541,603 | 2.2% | 06/08/18 Form 4 |
| 06/08/18 | 13,000 | $85.784 | $1,115,192 | 541,603 | 2.3% | 06/08/18 Form 4 |
| 08/27/18 | 12,250 | $88.803 | $1,087,837 | 541,737 | 2.2% | 01/30/19 Form 4A |
| 08/28/18 | 12,250 | $88.354 | $1,082,330 | 541,737 | 2.2% | 01/30/19 Form 4A |
| 02/15/19 | 1,300 | $83.105 | $108,037 | 541,737 | 0.2% | 02/19/19 Form 4 |
| 02/20/19 | 12,000 | $83.605 | $1,003,259 | 541,737 | 2.2% | 02/21/19 Form 4 |
| 04/22/19 | 13,000 | $86.873 | $1,129,354 | 597,510 | 2.1% | 04/24/19 Form 4 |
| 04/23/19 | 12,000 | $87.048 | $1,044,580 | 597,510 | 2.0% | 04/24/19 Form 4 |
| 05/07/19 | 13,000 | $87.006 | $1,131,078 | 597,510 | 2.1% | 05/07/19 Form 4 |

1

**Larry Hutchison Class Period Stock Sales (May 8, 2019 to April 10, 2024)**

| Sale Date | Shares Sold | Sale Price | Sale Amount | Shares at Time of Sale | % of Shares Sold | Source |
|---|---|---|---|---|---|---|
| 05/14/19 | 12,000 | $87.425 | $1,049,102 | 597,510 | 2.0% | 05/15/19 Form 4 |
| 07/26/19 | 13,000 | $92.137 | $1,197,785 | 597,510 | 2.1% | 07/29/19 Form 4 |
| 07/29/19 | 12,000 | $92.791 | $1,113,487 | 597,510 | 2.0% | 07/29/19 Form 4 |
| 11/04/19 | 12,700 | $97.851 | $1,242,706 | 597,810 | 2.1% | 11/05/19 Form 4 |
| 11/04/19 | 300 | $98.513 | $29,554 | 597,510 | 0.1% | 11/05/19 Form 4 |
| 11/05/19 | 11,955 | $98.108 | $1,172,879 | 597,555 | 2.0% | 11/05/19 Form 4 |
| 11/05/19 | 45 | $98.794 | $4,446 | 597,510 | 0.0% | 11/05/19 Form 4 |
| 11/06/19 | 13,000 | $98.081 | $1,275,049 | 597,510 | 2.1% | 11/08/19 Form 4 |
| 11/07/19 | 12,000 | $99.264 | $1,191,163 | 597,510 | 2.0% | 11/08/19 Form 4 |
| 02/06/20 | 12,800 | $107.892 | $1,381,021 | 597,710 | 2.1% | 02/10/20 Form 4 |
| 02/06/20 | 200 | $108.493 | $21,699 | 297,510 | 0.1% | 02/10/20 Form 4 |
| 02/07/20 | 12,000 | $108.341 | $1,300,087 | 597,510 | 2.0% | 02/10/20 Form 4 |
| 07/24/20 | 13,000 | $79.093 | $1,028,209 | 665,200 | 1.9% | 07/28/20 Form 4 |
| 07/27/20 | 11,057 | $79.375 | $877,652 | 666,143 | 1.6% | 07/28/20 Form 4 |
| 07/27/20 | 943 | $80.066 | $75,502 | 665,200 | 0.1% | 07/28/20 Form 4 |
| 08/28/20 | 13,000 | $84.704 | $1,101,151 | 665,200 | 1.9% | 08/31/20 Form 4 |
| 09/03/20 | 11,058 | $83.067 | $918,558 | 666,142 | 1.6% | 09/04/20 Form 4 |
| 09/03/20 | 942 | $84.023 | $79,149 | 665,200 | 0.1% | 09/04/20 Form 4 |
| 10/23/20 | 13,000 | $85.855 | $1,116,115 | 665,200 | 1.9% | 10/26/20 Form 4 |
| 11/03/20 | 9,500 | $84.800 | $805,598 | 667,700 | 1.4% | 11/03/20 Form 4 |
| 11/03/20 | 2,500 | $85.499 | $213,748 | 665,200 | 0.4% | 11/03/20 Form 4 |
| 11/05/20 | 13,000 | $86.290 | $1,121,767 | 665,200 | 1.9% | 11/09/20 Form 4 |
| 11/06/20 | 12,248 | $84.735 | $1,037,838 | 665,952 | 1.8% | 11/09/20 Form 4 |
| 11/06/20 | 752 | $85.370 | $64,198 | 665,200 | 0.1% | 11/09/20 Form 4 |
| 11/09/20 | 7,436 | $90.706 | $674,491 | 681,764 | 1.1% | 11/09/20 Form 4 |
| 11/09/20 | 9,584 | $91.837 | $880,162 | 672,180 | 1.4% | 11/09/20 Form 4 |
| 11/09/20 | 6,980 | $92.614 | $646,444 | 665,200 | 1.0% | 11/09/20 Form 4 |
| 11/18/20 | 12,700 | $94.258 | $1,197,077 | 665,500 | 1.9% | 11/19/20 Form 4 |
| 11/18/20 | 300 | $94.867 | $28,460 | 665,200 | 0.0% | 11/19/20 Form 4 |
| 11/23/20 | 12,000 | $93.920 | $1,127,040 | 665,200 | 1.8% | 11/24/20 Form 4 |
| 11/24/20 | 13,000 | $96.964 | $1,260,527 | 665,200 | 1.9% | 11/25/20 Form 4 |
| 12/04/20 | 12,000 | $96.431 | $1,157,171 | 665,200 | 1.8% | 12/07/20 Form 4 |

| Sale Date | Shares Sold | Sale Price | Sale Amount | Shares at Time of Sale | % of Shares Sold | Source |
|---|---|---|---|---|---|---|
| 02/25/21 | 5,783 | $95.980 | $555,051 | 722,329 | 0.8% | 03/01/21 Form 4 |
| 02/25/21 | 7,217 | $96.792 | $698,546 | 715,112 | 1.0% | 03/01/21 Form 4 |
| 03/03/21 | 12,000 | $97.343 | $1,168,118 | 715,112 | 1.7% | 03/04/21 Form 4 |
| 03/09/21 | 13,000 | $100.630 | $1,308,190 | 715,112 | 1.8% | 03/10/21 Form 4 |
| 03/10/21 | 12,000 | $100.560 | $1,206,720 | 715,112 | 1.7% | 03/10/21 Form 4 |
| 03/12/21 | 13,000 | $100.511 | $1,306,639 | 715,112 | 1.8% | 03/15/21 Form 4 |
| 03/17/21 | 6,421 | $99.976 | $641,948 | 720,691 | 0.9% | 03/18/21 Form 4 |
| 03/17/21 | 5,579 | $100.939 | $563,137 | 715,112 | 0.8% | 03/18/21 Form 4 |
| 03/18/21 | 12,200 | $101.398 | $1,237,051 | 715,912 | 1.7% | 03/19/21 Form 4 |
| 03/18/21 | 800 | $102.018 | $81,614 | 715,112 | 0.1% | 03/19/21 Form 4 |
| 04/26/21 | 12,000 | $103.216 | $1,238,594 | 715,112 | 1.7% | 04/26/21 Form 4 |
| 05/03/21 | 13,000 | $103.512 | $1,345,652 | 715,112 | 1.8% | 05/04/21 Form 4 |
| 05/05/21 | 10,348 | $104.228 | $1,078,548 | 716,764 | 1.4% | 05/06/21 Form 4 |
| 05/05/21 | 1,652 | $104.879 | $173,261 | 715,112 | 0.2% | 05/06/21 Form 4 |
| 05/06/21 | 13,000 | $105.001 | $1,365,017 | 715,112 | 1.8% | 05/06/21 Form 4 |
| 05/10/21 | 11,680 | $107.247 | $1,252,641 | 716,432 | 1.6% | 05/11/21 Form 4 |
| 05/10/21 | 1,320 | $107.775 | $142,263 | 715,112 | 0.2% | 05/11/21 Form 4 |
| 06/01/21 | 12,000 | $105.604 | $1,267,249 | 715,112 | 1.7% | 06/03/21 Form 4 |
| 06/02/21 | 12,000 | $105.563 | $1,266,761 | 715,112 | 1.7% | 06/03/21 Form 4 |
| 11/30/22 | 12,800 | $117.259 | $1,500,911 | 730,992 | 1.7% | 12/05/22 Form 4A |
| 11/30/22 | 200 | $117.938 | $23,588 | 730,792 | 0.0% | 12/05/22 Form 4A |
| 12/01/22 | 12,000 | $119.745 | $1,436,938 | 730,792 | 1.6% | 12/05/22 Form 4 |
| 12/29/22 | 13,000 | $120.838 | $1,570,891 | 730,792 | 1.7% | 12/30/22 Form 4 |
| 12/30/22 | 12,000 | $102.975 | $1,235,702 | 730,792 | 1.6% | 12/30/22 Form 4 |
| 02/27/23 | 13,000 | $120.561 | $1,567,290 | 750,863 | 1.7% | 03/01/23 Form 4 |

3