# Exhibit 16

**Frank Svoboda Control Period Stock Sales (June 3, 2014 to May 7, 2019)**

| Date | Shares Acquired on Option Exercise | Shares Sold | Price | Sale Amount | Source |
|---|---|---|---|---|---|
| 11/12/14 | 15,000 | 8,004 | $53.250 | $426,216 | 11/14/14 Form 4 |
| 12/18/14 | 15,000 | 7,980 | $54.035 | $431,195 | 12/18/14 Form 4 |
| 02/24/16 | N/A (Code F)[1] | 1,196 | $50.640 | $60,565 | 02/26/16 Form 4 |
| 05/23/16 | 30,000 | 25,000 | $59.223 | $1,480,563 | 05/24/16 Form 4 |
| 08/08/16 | 26,250 | 21,250 | $61.941 | $1,316,244 | 08/08/16 Form 4 |
| 08/29/16 | 56,250 | 48,250 | $63.953 | $3,085,708 | 08/30/16 Form 4 |
| 02/21/17 | N/A (Code F) | 2,025 | $77.260 | $156,452 | 02/23/17 Form 4 |
| 02/26/18 | N/A (Code F) | 2,144 | $87.600 | $187,814 | 02/28/18 Form 4 |
| 03/12/18 | 12,375 | 12,375 | $86.876 | $1,075,086 | 03/13/18 Form 4 |
| 05/17/18 | 12,375 | 12,375 | $85.614 | $1,059,476 | 05/18/18 Form 4 |
| 08/27/18 | 12,375 | 12,375 | $88.806 | $1,098,979 | 08/29/18 Form 4 |
| 11/08/18 | 12,375 | 12,375 | $87.700 | $1,085,288 | 11/09/18 Form 4 |
| 02/28/19 | N/A (Code F) | 8,779 | $82.560 | $724,794 | 03/04/19 Form 4 |
| 03/04/19 | 15,000 | 15,000 | $82.720 | $1,240,803 | 03/05/19 Form 4 |

[1] A "Code F" transaction occurs when an insider of a public company delivers shares to the company or the company withholds securities to pay the exercise price or tax liability. There is no sale to the public. A Form 4, which is filed with the Securities and Exchange Commission to report an insider transaction, lists the relevant transaction code. *See Investor Bulletin: Insider Transactions and Forms 3, 4, and 5*, UNITED STATES SECURITIES AND EXCHANGE COMMISSION, https://www.sec.gov/files/forms-3-4-5.pdf.

**Frank Svoboda Class Period Stock Sales (May 8, 2019 to April 10, 2024)**

| Date | Shares Acquired on Option Exercise | Shares Sold | Price | Sale Amount | Source |
|---|---|---|---|---|---|
| 05/10/19 | 22,500 | 22,500 | $86.801 | $1,953,032 | 05/13/19 Form 4 |
| 07/31/19 | 11,250 | 11,250 | $91.851 | $1,033,326 | 08/02/19 Form 4 |
| 11/04/19 | 22,500 | 22,500 | $97.546 | $2,194,785 | 11/05/19 Form 4 |
| 11/13/19 | 10,000 | 10,000 | $99.040 | $990,401 | 11/15/19 Form 4 |
| 11/15/19 | 10,000 | 10,000 | $99.675 | $996,749 | 11/15/19 Form 4 |
| 02/10/20 | 15,000 | 15,000 | $108.237 | $1,623,561 | 02/12/20 Form 4 |
| 02/11/20 | 5,000 | 5,000 | $109.442 | $547,211 | 02/12/20 Form 4 |
| 02/21/20 | 8,750 | 8,750 | $109.948 | $962,049 | 02/25/20 Form 4 |
| 02/26/20 | N/A (Code F) | 8,327 | $100.740 | $838,862 | 02/28/20 Form 4 |
| 07/29/20 | 10,000 | 8,050 | $80.254 | $646,043 | 07/31/20 Form 4 |
| 11/03/20 | 16,028 | 16,028 | $84.797 | $1,359,131 | 11/03/20 Form 4 |
| 11/03/20 | 3,972 | 3,972 | $85.501 | $339,610 | 11/03/20 Form 4 |
| 02/24/21 | N/A (Code F) | 6,734 | $98.320 | $662,087 | 02/26/21 Form 4 |
| 03/01/21 | 15,000 | 15,000 | $95.384 | $1,430,756 | 03/03/21 Form 4 |
| 03/03/21 | 10,000 | 10,000 | $97.567 | $975,666 | 03/04/21 Form 4 |
| 03/11/21 | 15,000 | 15,000 | $100.404 | $1,506,054 | 03/15/21 Form 4 |
| 04/29/21 | 15,000 | 15,000 | $102.936 | $1,544,045 | 04/30/21 Form 4 |
| 05/05/21 | 12,403 | 12,403 | $104.410 | $1,295,001 | 05/06/21 Form 4 |
| 05/05/21 | 2,597 | 2,597 | $104.911 | $272,454 | 05/06/21 Form 4 |
| 05/21/21 | 20,000 | 20,000 | $105.107 | $2,102,138 | 05/24/21 Form 4 |
| 02/23/22 | N/A (Code F) | 1,310 | $103.230 | $135,231 | 02/25/22 Form 4 |
| 02/22/23 | N/A (Code F) | 2,622 | $102.490 | $268,729 | 02/23/23 Form 4 |
| 02/24/23 | 10,000 | 10,000 | $121.260 | $1,212,596 | 02/28/23 Form 4A |
| 02/28/23 | 10,000 | 10,000 | $121.360 | $1,213,596 | 02/28/23 Form 4A |
| 08/16/23 | 12,500 | 12,500 | $113.566 | $1,419,574 | 08/30/23 Form 4A |
| 11/06/23 | 20,000 | 20,000 | $115.925 | $2,318,496 | 11/07/23 Form 4 |
| 11/17/23 | 9,500 | 9,500 | $118.216 | $1,123,056 | 04/30/24 Form 4A |
| 02/28/24 | N/A (Code F) | 4,966 | $128.400 | $637,634 | 02/29/24 Form 4 |

2