# Exhibit 19

SEC Form 3

**FORM 3**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| | |
|---|---|
| OMB APPROVAL | |
| OMB Number: | 3235-0104 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Date of Event Requiring Statement (Month/Day/Year) | 3. Issuer Name **and** Ticker or Trading Symbol |
|---|---|---|
| Haworth Jennifer Allison | 01/01/2020 | GLOBE LIFE INC. [ GL ] |

| (Last) | (First) | (Middle) |
|---|---|---|
| GLOBE LIFE INC. | | |
| 3700 S. STONEBRIDGE DR. | | |

(Street)

| MCKINNEY | TX | 75070 |
|---|---|---|

| (City) | (State) | (Zip) |

| 4. Relationship of Reporting Person(s) to Issuer (Check all applicable) | | 5. If Amendment, Date of Original Filed (Month/Day/Year) |
|---|---|---|
| | Director          10% Owner | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| X | Officer (give title below)     Other (specify below) | X   Form filed by One Reporting Person |
| | EVP & Chief Marketing Officer | Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Beneficially Owned

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|
| Common Stock | 0 | D | |
| Common Stock | 1,476[1] | I | Thrift Plan Trust |

## Table II - Derivative Securities Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |
| Employee Stock Option (Right to Buy) | 01/23/2017 | 01/23/2022 | Common Stock | 7,500 | 30.3267 | D | |
| Employee Stock Option (Right to Buy) | 02/24/2019 | 02/24/2024 | Common Stock | 9,000 | 50.6934 | D | |
| Employee Stock Option (Right to Buy) | 02/25/2017 | 02/25/2025 | Common Stock | 9,000 | 53.61[2] | D | |
| Employee Stock Option (Right to Buy) | 02/24/2018 | 02/24/2026 | Common Stock | 10,000 | 50.64[3] | D | |
| Employee Stock Option (Right to Buy) | 02/21/2019 | 02/21/2027 | Common Stock | 9,700 | 77.26[4] | D | |
| Employee Stock Option (Right to Buy) | 02/26/2020 | 02/26/2028 | Common Stock | 10,500 | 87.6[5] | D | |
| Employee Stock Option (Right to Buy) | 02/28/2021 | 02/28/2026 | Common Stock | 10,500 | 82.56[6] | D | |

**Explanation of Responses:**

1. Shares in unitized fund in employee benefit plan - estimated conversion of $ balance to shares using $104.25 per share.

2. First exercisable as to 25% of shares 2/25/17, an additional 25% of shares 2/25/18, and additional 25% of shares 2/25/19 and 25% of shares 2/25/20.

3. First exercisable as to 25% of shares 2/24/18, an additional 25% of shares 2/24/19, and additional 25% of shares 2/24/20 and 25% of shares 2/24/21.

4. First exercisable as to 25% of shares 2/21/19, an additional 25% of shares 2/21/20, and additional 25% of shares 2/21/21 and 25% of shares 2/21/22.

5. First exercisable as to 25% of shares 2/26/20, an additional 25% of shares 2/26/21, and additional 25% of shares 2/26/22 and 25% of shares 2/26/23.

6. First exercisable as to 50% of shares 2/28/21 and remaining 50% of shares 2/28/22.

**Remarks:**

| | |
|---|---|
| Jennifer A. Haworth by Chris T. Moore, Attorney-in-fact | 01/13/2020 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 5 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

POWER OF ATTORNEY

KNOW ALL BY THESE PRESENTS, that the undersigned hereby constitutes and appoints each of R. Brian Mitchell, Chris T. Moore and Joel P. Scarborough, signing singly, the undersigned's true and lawful attorney-in-fact to:

1. execute for and on behalf of the undersigned, in the undersigned's capacity as an officer and/or director of Globe Life Inc. and/or its affiliate(s) (collectively and individually, the "Company"), Forms 3, 4, and 5 in accordance with Section 16(a) of the Securities Exchange Act of 1934 and the rules thereunder;

2. do and perform any and all acts for and on behalf of the undersigned which may be necessary or desirable to complete and execute any such Form 3, 4, or 5, complete and execute any amendment or amendments thereto, and timely file such form with the United States Securities and Exchange Commission and any stock exchange or similar authority; and

3. take any other action of any type whatsoever in connection with the foregoing which, in the opinion of such attorney-in-fact, may be of benefit to, in the best interest of, or legally required by, the undersigned, it being understood that the documents executed by such attorney-in-fact on behalf of the undersigned pursuant to this Power of Attorney shall be in such form and shall contain such terms and conditions as such attorney-in-fact may approve in such attorney-in-fact's discretion.

The undersigned hereby grants to each such attorney-in-fact full power and authority to do and perform any and every act and thing whatsoever requisite, necessary, or proper to be done in the exercise of any of the rights and powers herein granted, as fully to all intents and purposes as the undersigned might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all such attorney-in-fact, or such attorney-in-fact's substitute or substitutes, shall lawfully do or cause to be done by virtue of this power of attorney and the rights and powers herein granted.  The undersigned acknowledges that the foregoing attorneys-in-fact, in serving in such capacity at the request of the undersigned, are not assuming, nor is the Company assuming, any of the undersigned's responsibilities to comply with Section 16 of the Securities and Exchange Act of 1934.

This Power of Attorney shall remain in full force and effect until the undersigned is no longer required to file Forms 3, 4, and 5 with respect to

the undersigned's holdings of and transactions in securities issued by the

Company, unless earlier revoked by the undersigned in a signed writing

delivered to the Company or upon the undersigned's subsequent execution

of a new power of attorney related to the subject matter described herein.

The undersigned hereby revokes any previously executed power of attorney

related to the subject matter hereof.

IN WITNESS WHEREOF, the undersigned has caused this Power of Attorney to be

executed this 8th day of January, 2020.


/s/Jennifer A. Haworth