**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

CITY OF MIAMI GENERAL EMPLOYEES'
& SANITATION EMPLOYEES'
RETIREMENT TRUST, on Behalf of All
Others Similarly Situated,

        Plaintiff,

    v.

GLOBE LIFE INC. f/k/a TORCHMARK
CORPORATION, et al.,

        Defendants.

Case No. 4:24-CV-00376-ALM

Hon. Amos L. Mazzant, III

**ORDER GRANTING DEFENDANTS' MOTION**
**TO DISMISS THE CONSOLIDATED COMPLAINT**

Pending before the Court is Defendants' Motion to Dismiss the Consolidated Complaint

(the "Motion"). Having considered the Motion, the response, and reply thereto, and the Court's

record of the proceedings in this case, the Court finds that the Motion should be and hereby is

GRANTED in its entirety.

IT IS THEREFORE ORDERED that the Motion is GRANTED and the claims asserted in

the Consolidated Complaint for Violation of the Federal Securities Laws (ECF No. 24) are

DISMISSED.