**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST, on Behalf of All Others Similarly Situated, <br><br>     Plaintiff, <br><br>     v. <br><br> GLOBE LIFE INC. f/k/a TORCHMARK CORPORATION, et al., <br><br>     Defendants. | Case No. 4:24-CV-00376-ALM <br><br> Hon. Amos L. Mazzant, III |

**DEFENDANTS' UNOPPOSED MOTION TO STAY DEADLINES**
**IN ORDER GOVERNING PROCEEDINGS AND CONTINUE**
**THE RULE 16 MANAGEMENT CONFERENCE**

Defendants Globe Life Inc., Gary L. Coleman, Larry M. Hutchison, Frank M. Svoboda, M. Shane Henrie, James Matthew Darden, Thomas P. Kalmbach, Steven K. Greer, Jennifer A. Haworth, R. Brian Mitchell, and Joel P. Scarborough ("Defendants") respectfully move for a stay of the deadlines set in the Order Governing Proceedings (ECF No. 42) entered on January 3, 2025 and a continuance of the Rule 16 management conference scheduled for February 18, 2025 at 4:00 p.m.

Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws ("Complaint") (ECF No. 24) asserts claims under the Securities Exchange Act of 1934 ("Exchange Act") and is therefore subject to the Private Securities Litigation Reform Act ("PSLRA"). The PSLRA amends the Exchange Act and generally stays all discovery and other proceedings in a private securities class action during the pendency of a motion to dismiss. Specifically, the PSLRA provides:

1

> In any private action arising under this chapter, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.

15 U.S.C. § 78u–4(b)(3)(B).  Defendants moved to dismiss the Complaint on December 3, 2024.  *See* ECF No. 39.

The January 3, 2025 Order Governing Proceedings set deadlines for a Rule 26(f) attorney conference, initial disclosure, and a joint Rule 26(f) report; and set a Rule 16 management conference.  *See* ECF No. 42 at 1.  Given that the PSLRA imposes a mandatory stay of "discovery and other proceedings" during the pendency of Defendants' motion to dismiss, and no party has moved to take particularized discovery, Defendants respectfully request that the Court stay the deadlines set forth in the Order Governing Proceedings and continue the Rule 16 management conference until the Court rules on Defendants' motion to dismiss.

Defendants have conferred with Plaintiffs, who do not oppose the relief requested herein and agree that the PSLRA imposes an automatic mandatory stay of discovery and other proceedings until the Court rules on Defendants' motion to dismiss or otherwise grants a motion to lift, or partially lift, the PSLRA's discovery stay provision.

Dated: January 7, 2025                    Respectfully submitted,


By:     */s/  Paul R. Bessette*


Paul R. Bessette
Texas State Bar No. 02263050
Michael J. Biles
Texas State Bar No. 24008578
Frances Fink
Texas State Bar No. 24135291
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, TX  78701
Tel: (512) 457-2050

2

Fax: (512) 457-2100
pbessette@kslaw.com
mbiles@kslaw.com
ffink@kslaw.com

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I certify that on January 6, 2025, I conferred with Christopher Moriarty, Meredith Weatherby, Bobby Henssler, Ashley Kelly, Laura Andracchio, Elvin Smith, and Joe Kendall, counsel for Plaintiffs, regarding the foregoing Unopposed Motion to Stay Deadlines in Order Governing Proceedings, and on the basis set forth therein, they are unopposed to the relief sought by Defendants.

*/s/ Paul R. Bessette*

Paul R. Bessette

## CERTIFICATE OF SERVICE

I certify that on January 7, 2025, the above document was served on counsel of record for all parties via the CM/ECF system.

*/s/ Paul R. Bessette*

Paul R. Bessette

3