**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST, on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBE LIFE INC. f/k/a TORCHMARK CORPORATION, et al.,<br><br>Defendants. | Case No. 4:24-CV-00376-ALM<br><br>Hon. Amos L. Mazzant, III |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY
DEADLINES IN ORDER GOVERNING PROCEEDINGS AND
<u>CONTINUE THE RULE 16 MANAGEMENT CONFERENCE</u>**

Pending before the Court is Defendants' Unopposed Motion to Stay Deadlines in Order Governing Proceedings and Continue the Rule 16 Management Conference (the "Motion"). Having considered the Motion and the Court's record of the proceedings in this case, the Court finds that the Motion should be and hereby is GRANTED in its entirety.

IT IS THEREFORE ORDERED that the Motion is GRANTED and the deadlines set in the Order Governing Proceedings (ECF No. 42) are STAYED and the Rule 16 management conference set for February 28, 2025 is CONTINUED pursuant to 15 U.S.C. § 78u–4(b)(3)(B) pending the Court's ruling on Defendants' motion to dismiss.