UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST, on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:24-cv-00376-ALM |
| | § | CLASS ACTION |
| Plaintiff, | § § | |
| vs. | § § | |
| GLOBE LIFE INC. f/k/a TORCHMARK CORPORATION, et al., | § § § § | |
| Defendants. | § § § § | |

**[PROPOSED] ORDER DENYING DEFENDANTS'
MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

On December 3, 2024, defendants Globe Life Inc., Gary L. Coleman, Larry M. Hutchison, Frank M. Svoboda, M. Shane Henrie, James Matthew Darden, Thomas P. Kalmbach, Steven K. Greer, Jennifer A. Haworth, R. Brian Mitchell, and Joel P. Scarborough (collectively, "Defendants") filed a Motion to Dismiss the Consolidated Complaint (ECF 39) (the "Motion").

The Court, having considered the papers submitted by counsel, the applicable law, the relevant pleadings and papers filed in this action, and the arguments of counsel in support of and in opposition to Defendants' Motion, and finding good cause therefor, hereby DENIES Defendants' Motion and ORDERS as follows:

1.    The Consolidated Complaint for Violations of the Federal Securities Laws (ECF 24) (the "Complaint") sufficiently states claims against Defendants under §§10(b), 20(a), and 20A of the Securities Exchange Act of 1934; and

2.    Defendants shall answer the Complaint within 30 days after the date of this Order.

IT IS SO ORDERED.


DATED: _____          _____
                                        THE HONORABLE AMOS L. MAZZANT, III
                                        UNITED STATES DISTRICT JUDGE