**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

|  |  |
|---|---|
| CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST, on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBE LIFE INC. f/k/a TORCHMARK CORPORATION, et al.,<br><br>Defendants. | Case No. 4:24-CV-00376-ALM<br><br>Hon. Amos L. Mazzant, III |

**SUPPLEMENTAL DECLARATION OF FRANCES R. FINK IN FURTHER SUPPORT
OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT
<u>AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT</u>**

I, Frances R. Fink, declare as follows:

I am an attorney at the law firm of King & Spalding LLP, which represents Defendants Globe Life Inc., Gary L. Coleman, Larry M. Hutchison, Frank M. Svoboda, M. Shane Henrie, James Matthew Darden, Thomas P. Kalmbach, Steven K. Greer, Jennifer A. Haworth, R. Brian Mitchell, and Joel P. Scarborough (collectively, "Defendants") in the above-captioned matter. I am admitted to practice before this Court. I submit this supplemental declaration on behalf of all Defendants and in further support of Defendants' Motion to Dismiss the Consolidated Complaint and Incorporated Memorandum of Law.

Attached to this declaration is a true and correct copy of the following document:

1.      Transcript of an earnings call held by Globe Life Inc. on February 8, 2024 regarding the Company's Q4 2023 results.  A true and correct copy is attached as Exhibit 20.

1

2

I declare under penalty of perjury that the foregoing is true and correct.


Executed on February 28, 2025.

/s/ Frances R. Fink
Frances R. Fink