**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

|  |  |
|---|---|
| CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST, on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>GLOBE LIFE INC. f/k/a TORCHMARK CORPORATION, et al.,<br><br>        Defendants. | Case No. 4:24-CV-00376-ALM<br><br>Hon. Amos L. Mazzant III |

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

Defendants Globe Life Inc. ("Globe Life" or the "Company"), Gary L. Coleman, Larry M. Hutchison, Frank M. Svoboda, M. Shane Henrie, James Matthew Darden, Thomas P. Kalmbach, Steven K. Greer, Jennifer A. Haworth, R. Brian Mitchell, and Joel P. Scarborough (the "Individual Defendants" and collectively with Globe Life, "Defendants") submit this Request for Judicial Notice to provide the Court with information regarding recent developments related to certain allegations in the Consolidated Complaint (ECF No. 24).

On July 29, 2025, Globe Life filed a Form 8-K with the Securities and Exchange Commission ("SEC") attaching two press releases that announced the conclusion of investigations by the SEC and the Department of Justice ("DOJ"). The Form 8-K is attached as Exhibit A for reference. As explained in the press releases, Globe Life received notice that the SEC and DOJ have closed their respective investigations into the Company. The closing of the investigations means that no enforcement action will be taken against any of the Defendants.

1

The closing of the SEC and DOJ matters is relevant to certain allegations in the Consolidated Complaint.  *See* ECF No. 24 at ¶¶ 17, 21, 144-146, 195(g), 342-349, 368.  In particular, Plaintiffs alleged that the inquiries from government regulators support an inference of scienter.  *See id.* at ¶¶ 342-349.  Plaintiffs also rely on the announcement of Globe Life's cooperation with DOJ subpoenas as an alleged corrective disclosure to show loss causation.  *See id.* at ¶ 364.  The parties addressed these subjects in their briefing on Defendants' motion to dismiss.  *See* ECF No. 39 at 35-37; ECF No. 46 at 6-7, 39; ECF No. 53 at 11, 18-19; ECF No. 54 at 4, 11, 17.

Defendants respectfully request that the Court take judicial notice of Globe Life's Form 8-K filing as it is directly relevant to the allegations in the Consolidated Complaint and the arguments raised by the parties in this matter.  *See McNulty v. Kanode*, No. A-13-CV-026, 2013 WL 12077503, at *5 (W.D. Tex. Nov. 6, 2013) (explaining that a court can take judicial notice of the contents of public disclosure documents filed with the SEC).  If the Court accepts Plaintiffs' argument that the DOJ and SEC investigations into the misconduct alleged in the Consolidated Complaint is probative of Defendants' scienter, then it must follow that the DOJ's and SEC's decision to terminate their respective investigations without any enforcement action against Defendants negates an inference of scienter.

Dated: July 30, 2025

Respectfully submitted,

By:   */s/ Paul R. Bessette*

Paul R. Bessette
Texas State Bar No. 02263050
Michael J. Biles
Texas State Bar No. 24008578
Frances Fink
Texas State Bar No. 24135291
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800

Austin, TX  78701
Tel: (512) 457-2050
Fax: (512) 457-2100
pbessette@kslaw.com
mbiles@kslaw.com
ffink@kslaw.com

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I certify that on July 30, 2025, the above document was served on counsel of record for all parties via the CM/ECF system.

*/s/ Paul R. Bessette*
Paul R. Bessette