# EXHIBIT A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## WASHINGTON, D.C. 20549

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): July 28, 2025 (July 24, 2025)**

# GLOBE LIFE INC.

**(Exact name of registrant as specified in its charter)**

| Delaware | 001-08052 | 63-0780404 |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Commission File No.)** | **(I.R.S. Employer ID No.)** |

**3700 South Stonebridge Drive, McKinney, Texas 75070**
**(Address of principal executive offices) (Zip Code)**

**Registrant's telephone number, including area code: (972) 569-4000**

**N/A**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a.-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol(s) | Name of each exchanged on which registered |
|---|---|---|
| Common Stock, $1.00 par value per share | GL | New York Stock Exchange |
| 4.250% Junior Subordinated Debentures | GL PRD | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter):

**Emerging growth company** ☐

**If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.** ☐

Item 8.01    Other Events.

On July 24, 2025, Globe Life Inc. (the "Company") issued a press release announcing the conclusion of the previously announced SEC investigation of the Company. A copy of this press release is attached as Exhibit 99.1.

On July 28, 2025, the Company issued a press release announcing that the Department of Justice closed its investigation of the Company and its subsidiary American Income Life Insurance (AIL) Company. A copy of this press release is attached as Exhibit 99.2. All of the information in the press releases is incorporated by reference herein.

Item 9.01    Exhibits.

(a)  Exhibits.

(99.1) Press Release dated July 24, 2025

(99.2) Press Release dated July 28, 2025

(104) Cover Page Interactive Data File (embedded within the Inline XBRL document)

**SIGNATURES**

Pursuant to the requirements of the Securities and Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**GLOBE LIFE INC.**

Date: July 28, 2025

/s/ Christopher T. Moore
Christopher T. Moore
Corporate Senior Vice President,
Associate Counsel and Corporate Secretary

EX-99.1 2 a991globelifeincpressrel.htm EX-99.1

## Globe Life Announces Conclusion of SEC Investigation

MCKINNEY, Texas, July 24, 2025 /PRNewswire/ -- Globe Life Inc. (NYSE: GL) announced it received a letter today from Securities and Exchange Commission (SEC) staff notifying Globe Life that they have concluded their investigation and, based on the information gathered, do not intend to recommend an SEC enforcement action against Globe Life.



**About Globe Life**

About Globe Life: Globe Life (NYSE: GL) is headquartered in McKinney, TX, and has more than 16,000 insurance agents and 3,600 corporate employees. With a mission to Make Tomorrow Better, Globe Life and its subsidiary companies issue more life insurance policies and have more policyholders than any other life insurance company in the country, with more than 17 million policies in force (excluding reinsurance companies; as reported by S&P Global Market Intelligence 2024). Globe Life's insurance subsidiaries include American Income Life Insurance Company, Family Heritage Life Insurance Company of America, Globe Life And Accident Insurance Company, Liberty National Life Insurance Company, and United American Insurance Company. More information is available at GlobeLifeInsurance.com.

CONTACT: Media Contact: Jennifer Haworth, Executive Vice President and Chief Marketing Officer, jhaworth@Globe.Life;Investor Contact: Stephen Mota, Senior Director Investor Relations, Investors@globe.life

EX-99.2 3 a992globelifeincpressrel.htm EX-99.2

# Globe Life Announces Closing of Department of Justice Investigation



NEWS PROVIDED BY
**Globe Life Inc.** →
07/28/2025, 04:45 PM CT

SHARE THIS ARTICLE

   

MCKINNEY, Texas, July 28, 2025 /PRNewswire/ -- Globe Life Inc. (NYSE: GL) – Today, the U.S. Attorney's Office for the Western District of Pennsylvania notified Globe Life and American Income Life (AIL) that it has closed its investigation. Globe Life and AIL previously received and responded to subpoenas from the U.S. Attorney's Office seeking documents relating to sales practices by certain independent sales agents contracted to sell AIL policies. The closing of the investigation means the Department of Justice will not be taking enforcement action against Globe Life or AIL.

**About Globe Life**

About Globe Life: Globe Life (NYSE: GL) is headquartered in McKinney, TX, and has more than 16,000 insurance agents and 3,600 corporate employees. With a mission to Make Tomorrow Better, Globe Life and its subsidiary companies issue more life insurance policies and have more policyholders than any other life insurance company in the country, with more than 17 million policies in force (excluding reinsurance companies; as reported by S&P Global Market Intelligence 2024). Globe Life's insurance subsidiaries include American Income Life Insurance Company, Family Heritage Life Insurance Company of America, Globe Life And Accident Insurance Company, Liberty National Life Insurance Company, and United American Insurance Company. More information is available at GlobeLifeInsurance.com.

CONTACT: Media Contact: Jennifer Haworth, Executive Vice President and Chief Marketing Officer, jhaworth@Globe.Life; Investor Contact: Stephen Mota, Senior Director Investor Relations, Investors@globe.life