UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST, on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>GLOBE LIFE INC. f/k/a TORCHMARK CORPORATION, et al.,<br><br>     Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:24-cv-00376-ALM<br><br>CLASS ACTION |

**[PROPOSED] ORDER DENYING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

4935-5089-3145.v1

- 1 -

On July 30, 2025, defendants Globe Life Inc., Gary L. Coleman, Larry M. Hutchison, Frank M. Svoboda, M. Shane Henrie, James Matthew Darden, Thomas P. Kalmbach, Steven K. Greer, Jennifer A. Haworth, R. Brian Mitchell, and Joel P. Scarborough filed Defendants' Request for Judicial Notice (ECF 55).

On August 1, 2025 Lead Plaintiffs KBC Asset Management NV and City of Birmingham Retirement and Relief System filed Lead Plaintiffs' Response to Defendants' Request for Judicial Notice (ECF 56).

The Court, having considered the papers submitted by counsel, the applicable law, the relevant pleadings and papers filed in this action, and the arguments of counsel in support of and in opposition to Defendants' Request for Judicial Notice, DENIES Defendants' Request for Judicial Notice.

IT IS SO ORDERED.

4935-5089-3145.v1