**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST, on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLOBE LIFE INC. f/k/a TORCHMARK CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 4:24-CV-00376-ALM<br><br>Hon. Amos L. Mazzant, III |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR REQUEST FOR JUDICIAL NOTICE**

Defendants submit this Reply in support of their Request for Judicial Notice filed on July 30, 2025, asking the Court to judicially notice Defendants' July 29, 2025 Form 8-K filing with the Securities and Exchange Commission ("SEC") attaching two press releases that announced the conclusion of investigations by the SEC and the Department of Justice ("DOJ") (ECF Nos. 55, 56). This Court should take judicial notice of Globe Life's Form 8-K filing because Plaintiffs themselves alleged in the Complaint that these investigations were probative of scienter, and the Court is entitled to – indeed, must -- decide whether the opposing inference of no scienter is more compelling now that the DOJ and SEC have concluded their respective investigations without taking any adverse action against Defendants.

Plaintiffs' response is an over-the-top example of misdirection, citing a plethora of case law that mostly attacks straw man arguments that Defendants never made. For example, Defendants never argued that the DOJ and SEC declinations were dispositive of scienter on the merits, nor did Defendants offer any interpretations of, opinions about, or reasons for the DOJ and

1

SEC declinations.  In short, Plaintiffs' cases at pages 2-4 of the Response are largely off-point and irrelevant.

The Court can and should take judicial notice of Defendants' Form 8-K because, on a motion to dismiss, the Court must weigh the competing scienter inferences to determine whether Plaintiffs' scienter inference is at least as compelling as any opposing inference of no scienter. *Tellabs, Inc. v. Makor Issues & Rights, Ltd.,* 551 U.S. 308, 324-326 (2007).  Plaintiffs alleged in the Complaint that the DOJ and SEC investigations were probative of scienter.  Defendants contend, on the other hand, that the opposing inference with respect to the investigations is of no scienter in light of both the DOJ and SEC closing their respective investigations without taking any adverse action against the Defendants.  Indeed, courts have held that the opposing inference of no scienter is stronger if the SEC concludes its investigation without taking adverse action against the company or individuals.  *See, e.g., Fire & Police Pension Ass'n of Colorado v. Abiomed, Inc*., 778 F.3d 228, 245 (1st Cir. 2015) (finding that a FDA investigation was not probative of scienter where the FDA "eventually closed out its investigation of [the company] without taking any action adverse to the company.")*; see also In re Ceridian Corp. Securities Litigation*, 542 F.3d 240, 248-249 (8th Cir. 2008) (holding that plaintiff's argument that the court erred in giving no weight to the on-going SEC investigation because no hearing or adverse findings ensures was "flaw[ed]" because "the opposing inferences—that the SEC investigation uncovered no evidence of fraud […]—are more compelling in the absence of particular facts  giving rise to a strong inference of fraud."); *Carlton v. Cannon,* 184 F. Supp. 3d 428 (S.D. Tex. 2016), *amended on denial of reconsideration*, 2016 WL 3959164 at *480 (S.D. Tex. July 22, 2016) (finding that "[T]he plaintiffs have not alleged the outcome of the SEC investigation or other facts that give rise to a strong inference of scienter as to [Defendant's CFO]."

Accordingly, Defendants respectfully request that the Court take judicial notice of Globe Life's Form 8-K filing.


Date: August 7, 2025

                                        Respectfully submitted,


                                        /s/ Paul R. Bessette
                                        Paul R. Bessette
                                        Texas State Bar No. 02263050
                                        Michael J. Biles
                                        Texas State Bar No. 24008578
                                        Frances Fink
                                        Texas State Bar No. 24135291
                                        KING & SPALDING LLP
                                        500 W. 2nd Street, Suite 1800
                                        Austin, TX 78701
                                        Tel: (512) 457-2050
                                        Fax: (512) 457-2100
                                        pbessette@kslaw.com
                                        mbiles@kslaw.com
                                        ffink@kslaw.com


                                        *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on August 7, 2025, the above document was served on counsel of record for all parties via CM/ECF system.

/s/ Paul R. Bessette
Paul R. Bessette