UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| CITY OF MIAMI GENERAL EMPLOYEES & SANTIATION EMPLOYEES' RETIREMENT TRUST,<br>    *Plaintiff,*<br><br>v.<br><br>GLOBE LIFE INC., f/k/a TORCHMARK CORPORATION, et. al.,<br>    *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:24-cv-00376-ALM |

## <u>NON-PARTY TEXAS DEPARTMENT OF INSURANCE'S<br>MOTION TO QUASH SUBPOENA</u>

Non-party Texas Department of Insurance (TDI) files this Motion to Quash in response to the Subpoena served by Plaintiffs on or about December 16, 2025. *See* Exhibit 1 (Subpoena).

### MOTION TO QUASH

### I.    Sovereign Immunity

TDI is not subject to the Subpoena because sovereign immunity prevents the court form having subject matter jurisdiction over it. TDI is an independent state agency. It is protected by the Eleventh Amendment which was written "to prevent the indignity of subjecting a state to the coercive juridical tribunals at the instance of private parties." *Russell v. Jones*, 49 F.4th 507, 513 (5th Cir. 2022) (quoting *Ex parte Ayers*, 123 U.S. 443, 505 (1887)). TDI is not a party in the case. However, sovereign immunity does not only apply when states are defendants, it also applies to states as third parties. *Russell*, 49 F.4th at 514. When sovereign immunity applies, it applies

not just to direct suits, but to the *entire* "coercive process of judicial tribunals at the instance of private parties." *Id.* "Subpoenas deuces tecum are a coercive judicial process [because] they [are] issu[ed] under the court's authority and are enforced by court order." *Id.* at 515. Causing a state agency who is not a party to the case to comply with a subpoena deuces tecum "violates the 'inviolable sovereignty' retained by the states in the Constitution's wake." *Id.* (citing *Alden v. Maine*, 527 U.S. 706, 715 (1999) (quoting The Federalist No. 39, at 245 (James Madison)).

The Court lacks subject matter jurisdiction to cause a subpoena deuces tecum to be issued and compel compliance because TDI has sovereign immunity and there has been no abrogation of that sovereign immunity for this suit. Therefore, this subpoena must be quashed.

**PRAYER**

Non-party TDI respectfully requests that this Court quash the Subpoena and grant any other further relief to which it may be justly entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

/s/ Lauren McGee
LAUREN MCGEE
State Bar No. 24128835
GABRIELLA BERKEY
State Bar No. 24149946
Assistant Attorneys General
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3203
Fax: (512) 320-0167
Lauren.McGee@oag.texas.gov
Gabriella.Berkey@oag.texas.gov

*Attorneys for Non-Party TDI*

## NOTICE OF ELECTRONIC FILING

I, Lauren McGee, Assistant Attorney General of Texas, certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files system of the United States District Court for the Eastern District of Texas, on January 7, 2026.

/s/ Lauren McGee
LAUREN MCGEE
Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I, Lauren McGee, Assistant Attorney General of Texas, certify that I conferred with Plaintiff's counsel. Plaintiff's counsel indicated they would consider withdrawing the subpoena but failed to respond to further communications verifying such. Non-party TDI believes Plaintiff is opposed to this motion.

*/s/ Lauren McGee*
LAUREN MCGEE
Assistant Attorney General

### CERTIFICATE OF SERVICE

I, Lauren McGee, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served directly to all counsel on record by the Electronic Case Files System of the Eastern District of Texas on January 7, 2026.

*/s/ Lauren McGee*
LAUREN MCGEE
Assistant Attorney General