UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| CITY OF MIAMI GENERAL EMPLOYEES & SANTIATION EMPLOYEES' RETIREMENT TRUST,<br>    *Plaintiff,*<br><br>v.<br><br>GLOBE LIFE INC., f/k/a TORCHMARK CORPORATION, et. al.,<br>    *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:24-cv-00376-ALM |

## PROPOSED ORDER GRANTING NON-PARTY TEXAS DEPARTMENT OF INSURANCE'S
## MOTION TO QUASH SUBPOENA

The Court, having considered Non-party Texas Department of Insurance's Motion to Quash, any response, and all applicable law, the Court GRANTS Non-Party Texas Department of Insurance's Motion to Quash the Subpoena.

The Subpoena served on Non-Party Texas Department of Insurance on or about December 16, 2025, is hereby QUASHED.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2026.


_____
Chief District Judge Amos L. Mazzant, III