UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| CITY OF MIAMI GENERAL EMPLOYEES & SANTIATION EMPLOYEES' RETIREMENT TRUST, *Plaintiff,* | § § § § § | |
| v. | § § | Civil Action No. 4:24-cv-00376-ALM |
| GLOBE LIFE INC., f/k/a TORCHMARK CORPORATION, et. al., *Defendant.* | § § § § | |

## NON-PARTY TEXAS DEPARTMENT OF INSURANCE'S NOTICE OF WITHDRAWL OF MOTION TO QUASH

On January 7, 2026, Non-party Texas Department of Insurance (TDI) filed a Motion to Quash the Subpoena served by Plaintiffs on or about December 16, 2025. *See* Exhibit 1 (Subpoena). Plaintiffs have now agreed to withdraw the Subpoena. As such, Non-Party TDI respectfully withdraws Non-Party Texas Department of Insurance's Motion to Quash. Doc. 68, incl. 68-1, 68-2.

Dated January 8, 2026.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/ Lauren McGee*
LAUREN MCGEE
State Bar No. 24128835
GABRIELLA BERKEY
State Bar No. 24149946
Assistant Attorneys General
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3203
Fax: (512) 320-0167
Lauren.McGee@oag.texas.gov
Gabriella.Berkey@oag.texas.gov

*Attorneys for Non-Party TDI*

**NOTICE OF ELECTRONIC FILING**

I, Lauren McGee, Assistant Attorney General of Texas, certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files system of the United States District Court for the Eastern District of Texas, on January 8, 2026.

/s/ Lauren McGee
LAUREN MCGEE
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, Lauren McGee, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served directly to all counsel on record by the Electronic Case Files System of the Eastern District of Texas on January 8, 2026.

/s/ Lauren McGee
LAUREN MCGEE
Assistant Attorney General